# MACON COUNTY GENERAL HOSPITAL
## Triage/Nurses Notes
### GENERAL ADULT

**ER Record #:** 13401? **Age:** 58 **M/F:** F
**Name:** Cherry, Pamela J
**PCP:** Maxwell

**HPI:** Pain from neck & jaws down. H/o mild chest onset 2-3 hrs. Ago cut lip states no pain & nv'd good [illegible] fell [illegible] blurry lip pain [illegible]

**Assoc. symptoms:** N/V x [illegible]

**Treatment PTA:** Extremely anxious - [illegible]

**Pain level (0-10):** 10 other: [illegible]
**comments:** 10 [illegible]
**B/P:** 162 P 94 R 24 T 97 HR Ht Wt 172 kg
**LMP:** [illegible] O2 Sat 96 Rm O2 [illegible] 94M [illegible]
**Triage Nurse:** [signature] waiting room [illegible] WBS
**Exam Room #:** [illegible] **Time:** [illegible] Safety measures implemented ☐
**ALLERGIES:** Latex Y/N NKA

**MODE OF ARRIVAL** Date: 5-29-11 Time: 1915
w/c ☐ ambulatory ☑ carried ☐ stretcher ☐
EMS other:
immobilized ☐ O2 ☐ meds (see narrative) ☐ other:

IV ☐ site/size/fluid/rate/TBA
**Acuity:** 1 Critical  2 Emergent  (3 Urgent)
 4 Nonurgent  5 Minor
Communication barrier: Y/N  Interpreter:
Do you or Have you/your immediately family have/had TB? Y/N
Do you have any of the following: cough(>2wks): Y/N bloody sputum Y/N
night sweats: Y/N weight loss: Y/N loss of appetite Y/N fever Y/N
Mobility Problems: Y/N
Indications of Abuse/Neglect: Y/N  see narrative ☐

**MEDS:** Simvastatin, Zoloft, Levothyroxine [illegible]   see list ☐
**PMH/PSH:** Chronic Colitis, Hypothyroid,
Anxiety, Smokes 1ppd

**IMMUNIZATIONS:** UTD ☐  Unknown ☐  > 5yrs ☐
Td / TT 0.5ml IM time: ___ site: ___ by ___
Manuf: ___ Lot # ___ Exp. date ___

| TIME | PROCEDURE | Comments | INI |
|------|-----------|----------|-----|

Airway/Breathing: WNL ☑ other:
Circulation: WNL ☑ other:
Skin color/temp/turgor: WNL ☑ other:
AAO x 3 ☑ other:
MAE: ☑ equal hand grasps Y/N < equal leg strength Y/N <
Monitor: Y/N initial rhythm:  alarms on ☐
Head/Face: WNL ☑ other:

| TIME | BP | P/rhythm | R | T | O2 sat | PL |
|------|----|---------|---|---|--------|----|

Neck: WNL ☑ other:
Chest/heart tones: WNL ☑ other:

Abdomen/Flanks: WNL ☑ other:

GU/GYN: WNL ☑ other:
Pelvis/Perineum: WNL ☑ other:
Upper Extremities: WNL ☑ other:

Lower Extremities: WNL ☑ other:

Posterior Surface: WNL ☑ other: sunburn on upper back
Lab: Y/N drawn [illegible] by NURSE lab staff completed 2013 CBC: Y/N @
ABG: Y/N drawn: ___ complete: ___
Xray: Y/N in progress: ___ complete:
Urine: Y/N CCMS • CATH collected: ___ to lab ___ complete: ___ C&S: Y/N
CT: Y/N in progress: ___ complete: ___ Nurse w/pt to CT ☐
EKG: Y/N requested: 1920 complete: [illegible] reviewed by: ___
Primary Nurse / Assessment Time: [signature]

| TIME | NARRATIVE | INIT |
|------|-----------|------|

| TIME | NARRATIVE (cont.) | INI |
|------|-------------------|-----|
| 2000 | Resting in bed [illegible] |  |
|      | [illegible] |  |
|      | [illegible] |  |
|      | [illegible] |  |
|      | plans of care [illegible] |  |

Discharged ☑ Admit ☐ to home @ 2150
other:
Via: w/c ☐ stretcher ☐ arms ☐ ambulatory ☑
Condition: improved ☐ stable ☑ unstable ☐ critical ☐
VS: B/P 110/75 P 84 R 20 T 97.1 PL 96
Written/verbal inst. given to: patient ☑, caregiver ☐ verb understanding ☑
sedation warnings given ☐ driver here for pt ☐
valuables sent w/pt: Y/N Discharged by [signature]

| SIGNATURE | INI | SIGNATURE | INI |
|-----------|-----|-----------|-----|
| [signature] RN | SN | [signature] RN |  |
| [signature] |  |  |  |

| CHRONOLOGY | Paged | Notified/Comments | Exam Time |
|------------|-------|-------------------|-----------|
| EDP: 7/10 |  | love | 1933 |
| PCP: |  |  |  |
| Consult: |  |  |  |
| Coast: |  |  |  |

Preferred method of learning:
Verbal  Written  (Combination)
Initials: [signature]

CHERRY PAMELA J            NSV: EMR
DOB: [redacted]   AGE: 58   SEX: F
ADMIT: 05/30/11   RM/BED: /
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132   PAT #: 1032224



EXHIBIT C
MCGH0006
Case 2:12-cv-00043   Document 61-3   Filed 06/21/13   Page 1 of 1 PageID #: 502