IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DAVID CHERRY, personal representative of the Estate of Pamela Cherry, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 2:12-0043 Judge Trauger |
| MACON HOSPITAL, INC., d/b/a Macon County General Hospital, and HANNA C. ILIA, M.D., | ) ) ) | Magistrate Judge Knowles |
| Defendants. | ) | |

## **O R D E R**

Given the other extensions granted by the court on May 6, 2013 (Docket No. 50), it is hereby **ORDERED** that the deadline for the filing of the joint mediation report shall be **EXTENDED** from July 1 to August 1, 2013.

It is so **ORDERED.**

ENTER this 1st day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge