IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID CHERRY, Personal Representative of the ESTATE OF PAMELA CHERRY, DECEASED,<br><br> Plaintiff,<br><br>v.<br><br>MACON HOSPITAL, INC. d/b/a MACON COUNTY GENERAL HOSPITAL and HANNA C. ILIA, M.D.,<br><br> Defendants. | No.: 2:12-CV-00043<br>JURY DEMAND<br>JUDGE ALETA A. TRAUGER<br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF SERVING EXPERT WITNESS DISCLOSURES BY DEFENDANT MACON HOSPITAL, INC. d/b/a MACON COUNTY GENERAL HOSPITAL

Defendant Macon Hospital, Inc. d/b/a Macon County General Hospital hereby gives notice that today, July 12, 2013, it has served its Expert Witness Disclosures upon counsel for Plaintiff and Co-Defendant Hanna C. Ilia, M.D. by United States Mail, first class, postage prepaid.

        Respectfully submitted,

        LEWIS, KING, KRIEG & WALDROP, P.C.

        By:  /s/ Reba Brown
           Reba Brown, BPR No. 10920
           rbrown@lewisking.com
           424 Church Street, Suite 2500
           Post Office Box 198615
           Nashville, TN 37219-8615
           (615) 259-1366
         Attorneys for Defendant Macon Hospital, Inc. d/b/a Macon County General Hospital

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 12th day of July, 2013, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Phillip North, Esq. | D. Bruce Kehoe, Esq. |
| pln@nprjlaw.com | kehoe@wkw.com |
| Michael F. Jameson, Esq. | Wilson Kehoe Winingham, LLC |
| mjameson@nprjlaw.com | 2859 North Meridian Street |
| North Pursell & Ramos | Indianapolis, IN 46208 |
| 414 Union Street, Suite 1850 | |
| Nashville, TN 37219-1783 | |
| | |
| Joe Bednarz, Sr., Esq. | John F. Floyd, Esq. |
| joe@bednarzlaw.com | johnfloyd@toddfloyd.com |
| Bednarz & Badnarz | Jeremy A. Oliver, Esq. |
| Suite 2100, Parkway Towers | jeremyoliver@toddfloyd.com |
| 404 James Robertson Parkway | Todd, Floyd & Hammet, PLC |
| Nashville, TN 37219-1505 | 3817 Bedford Avenue, Ste 220 |
| | Nashville, TN 37215 |

             /s/ Reba Brown