Michael Jameson
---

| | |
|---|---|
| **From:** | Fredi, Joseph L <joseph.fredi@Vanderbilt.Edu> |
| **Sent:** | Friday, June 28, 2013 5:03 PM |
| **To:** | Michael Jameson |
| **Subject:** | invoice Pamela Cherry deposition 6/28/13 |

**Invoice Pamela Cherry 6/28/13**
Time-2 hrs. @ $1500/hr.
Total -$3000.00

Please send to:

Joseph L. Fredi, MD
1040 Falling Leaf Circle
Brentwood, TN 37027



Joseph L. Fredi, MD, FACC, FACP
Medical Director Vanderbilt Acute MI System
Medical Director Cardiovascular Intensive Care Unit
Vanderbilt Heart and Vascular Institute
1215 21st Ave S. MCE 5100
Nashville, TN 37232
615-322-2318

