# Sherrie Frydell

| | |
|---|---|
| From: | Bruce Kehoe |
| Sent: | June 13, 2013 9:16 AM |
| To: | 'rbrown@lewisking.com'; 'mjameson@nprjlaw.com' |
| Subject: | Cherry v. Ilia, M.D., et al |

Counsel,

I have been able to confirm Dr. Fredi's availability for his deposition on Friday June 28th. I believe we will be starting at 8:30 a.m.

I have inquired as to his fees and have received the following:

> $1500.00/hr or any fraction of an hour billed hourly. 2 hr minimum
>
> Joseph L. Fredi, MD
> Vanderbilt Heart and Vascular Institute

I have asked that they confirm how the check should be made payable and the corresponding tax identification number and will provide that to you upon receipt.

Bruce


D. Bruce Kehoe, Esq.



2859 North Meridian Street
Indianapolis, IN 46208
T: (317) 920-6400
F: (317) 920-6405
www.WKW.com
kehoe@wkw.com

Follow Us!
   

This e-mail message is intended only for the use of the individual or entity to which the transmission is addressed. Any interception may be a violation of law. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the document.