

**MACON COUNTY GENERAL HOSPITAL**
**P. O. BOX 378**
**LAFAYETTE, TENNESSEE 37083**

PHONE 615-666-2147

# AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

I, Christel Carter, RHIT, am the duly authorized Custodian of Medical Records for Macon County General Hospital under the laws of the State of Tennessee and have authority to certify said Medical Records, and

I further certify that the enclosed copy of Medical Records pertain to (patient) Pamela J. Cherry for dates of service: 5/30/2011 and 5/31/2011; and attached to this Affidavit is a true copy of the original medical records, and

Said Medical Records were created and maintained by the personnel of the hospital, staff physicians, or persons acting under the control of either the hospital personnel or staff physicians during the ordinary course of business and recorded at or near the time of the act, condition, or event reported therein, and

The cost to furnish the copies of these medical records is based on the usual charges of the hospital in accordance with T.C.A. 68-11-304.


_Christel Carter, RHIT_
Christel Carter, RHIT
Director, Health Information Management

_6-15-12_
Date


Subscribed and sworn to before me, a Notary Public,
on this 15TH day of _June_, 2012.

_Tammy Y. Dowdy_
Notary Public, State of Tennessee

My Commission expires: 3-18-2014



EXHIBIT
**H**

MCGH0001

134017

# MACON COUNTY GENERAL HOSPITAL
204 Medical Drive • Lafayette, Tennessee 37083 • (615) 666-2147

MRSA:
VRE:

Advance Directive: N

## REGISTRATION ADMISSION

| PATIENT ACCOUNT NO: | MEDICAL RECORD NO: |
|---|---|
| 1032224 | 000028132 |

| PATIENT (Name; Address; Phone) | BIRTH DATE | AGE | SEX | RACE | PRIM. LANGUAGE | SOCIAL SECURITY NO: |
|---|---|---|---|---|---|---|
| CHERRY PAMELA J | | 58 | F | W | | |
| 1152 FLETCHER AVENUE | | | | | | |

| | MAR. STATUS | REL | FC | | ADMITTED BY: | MR Y | REL Y | HIPAA Y | COP |
| INDIANAPOLIS          IN | M | Q | B | EAU | | | | | |
| 46203 | | | | | | | | | |
| COUNTY:       MARION | ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM/BED NO: |
| PHONE:    (317)683-4716 | 05/30/11    19:15 | | EMR | / |

| PATIENT/EMPLOYER (Name; Address; Phone; Occ) | EMERGENCY CONTACT 1 (Name; Address; Phone; Rel) | EMERGENCY CONTACT 2 (Name; Address; Phone; Rel) |
|---|---|---|
| FARM BUREAU | CHERRY DAVID | |
| | | |
| PHONE: | | |
| OCC: | PHONE:       (317)683-4716 | REL: |
| | REL:   SPOUSE | |

| GUARANTOR (Name; Address; Phone; Rel) | GUARANTOR EMPLOYER (Name; Address; Phone) | ATTENDING PHYSICIAN (Name; Number) |
|---|---|---|
| CHERRY PAMELA J | FARM BUREAU | ILIA HANNA         4950 |
| 1152 FLETCHER AVENUE | | |
| INDIANAPOLIS        IN | | ADMITTING PHYSICIAN (Name; Number) |
| 46203 | | ILIA HANNA         4950 |
| PHONE:    (317)683-4716 | | REFERRING PHYSICIAN (Name; Number) |
| SSN: | PHONE: | |
| REL: SELF | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| ANTHEM | | |
| ONE CAMERON HILL CIRCLE | | |
| SUITE 0002 | | |
| CHATTANOOGA       TN | | |
| 374020000 | | |
| | | |
| POLICY# | POLICY# | POLICY# |
| GROUP #: | GROUP #: | GROUP #: |
| GRP NAME: 8C | GRP NAME: | GRP NAME: |
| AUTH#: | AUTH#: | AUTH#: |
| CHERRY PAMELA J | | |
| SEX: F     RELATION: 18 | SEX:      RELATION: | SEX:      RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS |
|---|
| |

| COMMENTS |
|---|
| |

05/30/11     19:29
Current System Date and Time

MC1000/112409

MCGH0002

# Macon County General Hospital
Lafayette, Tennessee

CHERRY PAMELA J          HSV: EMR
DOB:                AGE: 58   SEX: F
ADMIT: 05/30/11   RM/BED:      /
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132     PAT #: 1032224

## EMERGENCY DEPARTMENT

| ADVANCE DIRECTIVES | |
|---|---|
| □ None known | |
| □ POA for Healthcare? Name: _____ Phone: _____ | |
| □ Living Will? Content if copy not available _____ | |

**Return to ER within 72 hours?**
□ Yes   □ No

**Medical Record Obtained for Review?**
□ Yes   □ No

## PHYSICIAN ORDERS

*Saline lock*

*NS 500 cc IV bolus X 1*

*NTG 0.4 mg SL*

*Toradol 30 mg IV X 1*

*MCHenne*

*Flu in PCP*

**Laboratory Orders:**
- □ Amylase
- □ Blood C&S x 2
- ☑ BMP *Cmp*
- □ BNP
- ☑ CBC with Diff
- ☑ CK-MB
- □ CPK
- □ Digoxin Level
- □ Flu Screen
- □ Free T-4
- □ Lipase
- ☑ Magnesium
- □ Myoglobin
- □ PT
- □ PTT
- □ RSV
- □ Sputum C&S
- □ Strep Screen
- ☑ Troponin
- □ TSH
- □ Urinalysis
- □ Urine C&S

**Radiology Orders:**
- □ CXR PA & Lat
- □ CXR Portable

**Other Orders:**
- □ ABG
- □ Crisis Protocol
- ☑ EKG
- □ Jet Neb
- □ Old Chart

Physician Signature _____

134017

Unacceptable Abbreviations: U; IU; QD; QOD; MS; MSO₄; MgSO₄; lack of leading zero; presence of trailing zero

MAC-ER-460 (Rev. 04/10)          MEDICAL RECORDS

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33

**Macon County General Hospital**
**EMERGENCY PHYSICIAN RECORD**
♦ Chest Pain ♦

PQRI – Physician Quality Reporting Initiative

CHEIGRY, PAMELA J          HSV: EMR
DOB: ▮▮▮▮     AGE: 58   SEX: F
ER# ____   ADMIT: 05/30/11   RM/BED: _____
Name: ____   PCP: MARGARET MAXWEL   #: 0
ATT: ILIA HANNA   H: 4950
MR #: 000028132   PAT #: 1033224

DATE 5-29-11   TIME 1920   ☐ on arrival ROOM: 1
___ EMS Arrival   ___ EMS treatments ordered ___
HISTORIAN: patient   spouse   paramedics ___
___ HX / ___ EXAM LIMITED BY: ___
TRANSFER FROM: ___   ☐ see transfer record
TREATMENT PTA:   by patient   paramedics   EDP   PCP
lasix   nitroglycerin   O₂   albuterol neb tx   aspirin

**HPI**
chief complaint:   chest pain + discomfort
From Head/jaw to chest,
onset / duration: ___ hrs / days ago
___ time of onset between 4 AM and 7 AM

timing: sudden / gradual onset | constant "waxing & waning"
still present   better   worse | intermittent episodes lasting
gone now   lasted ___ | persistent / worse since ___

context: onset during: sleep rest  emotional upset  activity/exertion
Stayed awake the nite
all day

severity: max:  mild  moderate  severe (1/10)
currently:  mild  moderate  severe (1/10)  gone

quality:
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
like prior MI

location of pain:

radiation  (show radiation)

radiation: ___ none   diagrammed above
arm / shoulder / back / neck / jaw
associated symptoms: *palpitations ___
*nausea / vomiting ___  cough  blood / sputum ___
*sweating ___  weakness ___
*shortness of breath ___  dizziness ___
hurts to breathe ___

worsened by: ___ nothing | relieved by: ___ nothing
deep breaths  exertion | sitting up  rest  antacids
movement  change in position | nitroglycerin  O₂  aspirin

*Similar symptoms previously – angina ___
*Recently seen / treated by doctor / hospitalized ___

*=ACC  cardiac risk factors  chest pain fail safes

**ROS**
CONST
recent illness ___
fever / chills ___
recent injury ___
MS / LYMPH
neck / back pain ___
calf pain ___
ankle swelling ___
GI / GU
abdominal pain ___
black stools ___
problems urinating ___
LMNP ___  preg  post-menop

EYES / ENT
problem with vision ___
sore throat ___
SKIN / ENDO
rash ___
recent weight change ___
NEURO / PSYCH
headache ___
fainting
anxiety
depression
☐ all systems neg except as marked

*CVS / RESP / GI / NEURO components also addressed in HPI

**PAST HX**
hypertension ___
diabetes  Type 1  Type 2 ___
diet / oral / insulin ___
hyperlipidemia ___
cardiac disease ___
AMI  angina  CHF  A-Fib ___
DVT / PE risk factors: cost  cancer
recent surgery  leg swelling  bedridden
paralysis  prior DVT/PE
TAD / AAA risk factors: ___
pregnancy  connective tissue dz
Marfan's   Ehlers-Danlos
___ old records ordered / summary: ___

CVA / TIA  deficit ___
GI disease ___
GERD  peptic ulcer  GI bleed
gall stones  hepatitis  pancreatitis
immunocompromise ___
HIV  malignancy  steroids  transplant
kidney disease / dialysis ___
lung disease ___
asthma  COPD  pneumothorax

Surgeries / Procedures ___ none
cardiac bypass ___
cardiac cath / stent ___
pacemaker / ICD ___
stress test ___
CT / MRI / ECHO ___

cholecystectomy ___
appendectomy ___
hysterectomy ___
dental work  recent ___

Immunizations: influenza / pneumovax  UTD / referred to PCP ___
Medications ___ none  see nurses note
aspirin / β-blocker (within 24 h)  coumadin
clopidogrel  BCP's ___

Allergies ___ NKDA
see nurses note

**SOCIAL HX** ___ smoker ___ ppd   *drugs ( cocaine / IV ) ___
alcohol (recent / heavy / occasional) ___   occupation ___
living situation: alone  at home  in nursing home ___
**FAMILY HX** *CAD (under 55 / over 55)  DVT/PE  AAA/TAD

MCGH0004

Pt. Name _____ Date _____

Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 5 of 45 PageID #: 973

MCGH0005

## PHYSICAL EXAM

☐ Nursing Assessment Reviewed   ☑ Vitals Reviewed _____

### General Appearance
☐ __no acute distress__    mild / moderate / severe distress _____
__alert    anxious / lethargic _____

### EENT
__PERRL    post-surgical pupillary defect (R / L) _____
__eyes nml inspection    scleral icterus / pale conjunctivae _____
__ENT nml inspection    EOM palsy / anisocoria* _____
__pharynx nml    pharyngeal erythema _____
    abnml TM / hearing deficit _____

### NECK
__nml inspection    JVD present _____
__no carotid bruit    lymphadenopathy* _____
    subcutaneous emphysema _____

### RESPIRATORY
__no resp. distress    see diagram _____
__chest non-tender    respiratory distress _____
__nml breath sounds    manifests distinct pain on movement _____
    R / L arm    trunk _____
    splinting / deer air mvmnt _____
    wheezes / rales* / rhonchi _____
    irregularly irregular rhythm _____

### CVS
__reg. rate & rhythm    extrasystoles ( occasional / frequent ) _____
__no murmur    tachycardia / bradycardia _____
__no gallop    friction rub / Hamman's crunch _____
__no friction rub    gallop ( S3 / S4 )* _____
__pulses full / equal    murmur   grade __/6   sys / dias _____
    decreased pulse(s) _____
    R / L  radial___  fem___  dors ped___
    bilateral BP's asymmetrical _____



```
T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
```

### ABDOMEN (GI)
__non-tender    tenderness / guarding / rebound _____
__no organomegaly    abnml bowel sounds _____
__no distention    hepatomegaly / splenomegaly / mass _____
__nml bowel sounds*    bruit / pulsatile mass _____

### RECTAL
__non-tender    black / bloody / heme pos. stool _____
__heme neg stool    tenderness _____

### SKIN
__color nml, no rash    cyanosis* / diaphoresis* / pallor _____
__warm, dry    skin rash  zoster-like _____
    embolic lesions / signs of IVDA _____
    decubitus _____

### EXTREMITIES (MS)
__non-tender* / nml ROM*    pedal edema* _____
__no pedal edema    calf tenderness / Homan's sign _____

### NEURO / PSYCH
☐ __oriented x3    disoriented to person / place / time _____
__mood / affect nml    depressed mood / affect _____
__CN's nml as tested    facial droop _____
__motor nml
__sensation nml

Underline indicates organ system
* equivalent or minimum required for organ system exam

Chest Pain – 33

---

## LABS, EKG & X-RAYS

| CBC | Chemistries | 1st Set | PT/PTT |
|---|---|---|---|
| nml except | nml except | CK | INR |
| __WBC | Gluc | CKMB | D-Dimer |
| __Hgb | BUN | Troponin o __ | BNP |
| __Hct | Creat | 2nd Set | Cultures sent |
| __Platelets | Na | CK | blood x__ |
| __segs | K | CKMB | sputum |
| __bands | CO2 | Troponin | |

### RHYTHM STRIP   NSR   Rate ___
☐ EKG __NML   ☑ Interp. by me   ☐ Reviewed by me   Rate ___
__NSR   __nml intervals   __nml axis   __nml QRS   __nml ST/T
not / changed from: _____
Repeat EKG: pending / __unchanged / _____

☐ CXR __Interp. by me   ☐ Reviewed by me   ☐ Disc'd w/ radiologist
__nml / NAD   __no infiltrates   __nml heart size   __nml mediastinum

☐ CT Scan   chest / abdomen   V/Q Scan   ☐ Disc'd w/ radiologist
__nml / NAD

☐ Pulse Ox ___ % on RA / ___ L O2 Interp: nml / hypoxic  Time: ___

## PROGRESS
Time ___   unchanged   improved   re-examined
pain not gone completely _____

### Rx given

☐ CHERRY PAMELA J                HSV: EMR
DOB : _____   AGE:  58   SEX: F
ADMIT: 05/30/11   RM/BED: __
PCP: MARGARET MAXWEL   H: 0
ATT: ILIA HANNA   #: 4950
MR #: 000028132   PAT #: 1032224

__antibiotics given _____

◆ CP/AMI - EKG / ASA / ASA / B-Blocker / Thrombolytics /
  PCI / transfer _____
◆ CAP – SaO2 / VS / MSE / antibiotic(s) / pathogen /
  BC / CXR or CT / transfer _____

Clinical Tool Box
TIMI ACS risk
PERC / Well's PE
CURB-65 / PORT

Discussed with Dr. ___   Additional history from:
or Cardiologist at ___   AM / PM   family caretaker paramedics
will see patient in:  ED / hospital / office

Counseled patient / family regarding lab / rad results   diagnosis   need for follow-up
Smoking cessation: discussed: plan / trigger / challenges / gave Rx  time: ___ min

CRIT CARE TIME  (excluding separately billable procedures)
30-74 min    75-104 min   ___ min

## CLINICAL IMPRESSION

◆ Chest Pain  acute    Aortic Dissection
  precordial / tightness / pressure    Pericarditis
  chest wall / discomfort / angina    Pneumomediastinum
  Dyspnea – acute    Pneumothorax
◆ Myocardial Infarction - acute    Pulmonary Edema / CHF
◆ Pneumonia    Pulmonary Embolism
  Pleurisy / Pleuritis

DISPOSITION:    ☐ transferred ☑ home ☐ expired ☐ AMA
Time ___   ☐ admitted OBS   POA  decubitus / UTI (foley) ___
Follow Up-    ☐ arranged less than 24 hours _____
CONDITION:    ☐ critical ☐ improved ☑ stable ☐ unchanged
Care transferred to Dr. _____   Time: ___

PHYSICIAN SIGNATURE _____   RT#: 06 ? __
☑ Template Complete   ☐ See Addendum (Dictated / Template # ___ )

# MACON COUNTY GENERAL HOSPITAL
## Triage/Nurses Notes
### GENERAL ADULT

25 Mark (☑) or circle appropriate response.

ER Record #: _134017_    Age: 58 M/F

Name: _Cherry, Pamela J._

PCP: _Maxwell_

**HPI:** _Pain from week x 3 days down..._
_the right east thigh on mid..._
_Burns from thighs (right)_
Assoc. symptoms: _Burns R thigh (R calf)_
_no N/V x 2 Loratab 18 (R thigh) x 10..._

**MODE OF ARRIVAL** Date _5-29-11_ Time _1915_
w/c ☐ ambulatory ☑ carried ☐ stretcher ☐
EMS other: _____
(mmob)lized ☐ O2 ☐ meds(ice narrative) ☐ other: _____

Treatment PTA: _____
Pain level: (0-10) _12_
comments: _10 Rubbing (R leg) R thigh R leg_
B/P _152_ P _94_ R _24_ T _98_ SpO2/R Ht. ____ Wt. _150_ kg ____
LMP: _____ RA ☐ O2 sat ____ % O2 ____ L/M ____
Triage Nurse: _____ waiting room: _____ LWBS ☐
Exam Room # ____ Time _1920_ Safety measures implemented ☐

**ALLERGIES:** Latex ☐ NKA ☑

**IVF** site/size/fluid/rate/TBA: _____
**Acuity:** 1 Critical   2 Emergent   3 Urgent
   4 Nonurgent   5 Minor
Communication barrier Y ☐ N ☐   Interpreter: _____
Do you or have you/your immediately family have/had TB? Y ☐ N ☐
Do you have any of the following symp(toms)? wks 2 Y ☐ Needs smoke: Y ☐
night sweats Y ☐ N ☐   weight loss: Y ☐   loss of appetite: Y ☐   fever Y ☐
Mobility Problems Y ☐ N ☐    see narrative
Indications of Abuse/Neglect: Y ☐ N ☐    see narrative

**MEDS:** _Simvastatin, Zoloft, Levothyrox N?_
_____ see list ☐

**IMMUNIZATIONS:** UTD ☐   Unknown ☐   > 5yrs ☐
Td / TT 0.5ml IM   time: _____ site: _____ by _____
Manuf _____ Lot # _____ Exp. date _____

**PMH/PSH:** _Chronic pain, GERD, Hypothyroid_
_Anxiety - Smokes 1 ppd_

| TIME | PROCEDURE | Comments | INI |
|------|-----------|----------|-----|
| | | | |

Airway/Breathing: WNL ☑ other: _____
Circulation: WNL ☑ other: _____
Skin color/temp/turgor: WNL ☑ other: _____
AAO x 3 ☑ other: _____
MAE: all   equal hand grasp Y/N   equal leg strength Y/N
Monitor: Y/N initial rhythm: _____ alarms on ☐
Head/Face: WNL ☑ other: _____

Neck: WNL ☑ other: _____
Chest/heart tones: WNL ☑ other: _____

Abdomen/Flanks: WNL ☑ other: _____

GU/GYN: WNL ☐ other: _____
Pelvis/Perineum: WNL ☑ other: _____
Upper Extremities: WNL ☑ other: _____

Posterior Surface: WNL ☐ other: _sun burn on (upper) back_
Lab: Y/N drawn _____ NURSE w/pt complete: _2013_ CBG: Y/N _____
ABG: Y/N drawn: _____ complete: _____
Xray: Y/N in progress: _____ complete: _____
Urine: Y/N CMS-CATH collected: ____ to lab: ____ complete: ____ C&S: Y/N
CT: Y/N in progress: _____ complete: _____ Nurse w/pt to CT ☐
EKG: Y/N requested: _1920_ completed: _____ reviewed by: _____
Primary Nurse/ Assessment Time: _____

| TIME | BP | P/rhythm | R | T | O2 sat | PL |
|------|-----|---------|---|---|--------|-----|
| | | | | | | |

| TIME | NARRATIVE (cont.) | INI |
|------|-------------------|-----|
| 2000 | _resting via bed..._ | |
| | | |

**Discharged ☐ Admit ☐** to _home_   # _250_
other: _____
Via: w/c ☐ stretcher ☐ arms ☐ ambulatory ☑
Condition: improved ☐ stable ☑ unstable ☐ critical ☐
VS: B/P _110/75_ P _84_ R _20_ T _97.1_ PL O2 ____
Written/verbal inst. given to: patient ☑ caregiver ☐ verb understanding ☑
sedation warnings given Y/N   driver here form Y/N
valuables sent w/pt Y/N   Discharged by _____

| SIGNATURE | INI | SIGNATURE | INI |
|-----------|-----|-----------|-----|
| | | RN | |

**CHRONOLOGY**   Paged   Notified/Comm   Exam Time
EDP: _7-11_    _home_    _1933_
PCP: _____
Consult: _____
Coor: _____

Preferred method of learning:
Verbal   Written   (Combination)
Initials: _____

CHERRY PAMELA J    HSV: EMR
DOB: _____ AGE: 58   SEX: F
ADMIT: 05/30/11   RM/BED: /
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032224

MCGH0006

| Macon County General Hospital | | | | | Emergency Room Medication Administration Record | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | | | | | | | | |
| Time | Medication / IV Fluid | Amount | Route | Site | Nurse | Response | *Time Complete (See legend) | Comments |
| 2005 | Nitroglycerin | 0.4mg | SL | | | No Reaction / Improved ___/10 / Other ___ | A T | No A |
| 2005 | NS | 500cc Bolus | | | | No Reaction / Improved ___/10 / Other ___ | A T | BP 124/87 |
| 2120 | Toradol | 30mg | IV | | | No Reaction / Improved 8/10 / Other ___ | A T | States head to 2/10 better 8/10 |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A T | |

| Time | Site | Catheter Size | Attempts | Solution | Rate | By | Comments |
|---|---|---|---|---|---|---|---|
| #1 1942 | AC | 24 gauge  18 gauge / 22 gauge  16 gauge / 20 gauge / 10 needle ___ | | Saline Lock | @ ___ mL/hr / Saline Flush | | IV Fluids DC'd / Time: ___ Init. ___ / IV DC'd / Time: 2142 Init. ___ / Site Clear/Cath Intact / Continued at Admission / Continued at Transfer |
| #2 | | 24 gauge  18 gauge / 22 gauge  16 gauge / 20 gauge / 10 needle ___ | | Saline Lock | @ ___ mL/hr / Saline Flush | | IV Fluids DC'd / Time: ___ Init. ___ / IV DC'd / Time: ___ Init. ___ / Site Clear/Cath Intact / Continued at Admission / Continued at Transfer |

| Time In-house O2 started | Oxygen | Route | Nurse | Time Stopped | Comments |
|---|---|---|---|---|---|
| ___ | O2 @ ___ L/min | Nasal Cannula / Simple Mask / Venti-mask / Non-Rebreather / Transport Ventilator | | Continued at Admission / Continued at Transfer / Time: ___ | |

| Nurse Signature | Init. | Nurse Signature | Init. |
|---|---|---|---|
| | | Darnell RN DB | |
| | | | |
| Physician Signature | | | |

CHERRY PAMELA J                    HGV: EMR
DOB: ___              AGE: 58      SEX: F
ADMIT: 05/30/11       RM/BED:
PCP: MARGARET MAXWEL              R: 0
ATT: ILIA HANNA                  H: 4950
MR #: 000026132       PAT #: 1032224

EX# 134017

**Case ID:** 11053019271552f6
**Case date:** 5/30/2011
**Device:** HeartStart MRx: US00540164

**Patient ID:**
**First name:** PAMELA
**Last name:** CHERRY



Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 8 of 45 PageID #: 976

MCGH0008

Case ID: 11053019271552f6  
Case date: 5/30/2011  
Device: HeartStart MRx: US00540164  

Patient ID:  
First name: PAMELA  
Last name: CHERRY  

| Vital Trend | 19:27:00 | 19:32:00 | 19:37:00 | 19:42:00 | 19:47:00 | 19:52:00 | 19:57:00 | 20:02:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 86^ | 94^ | 95^ | 100^ | 98^ | 97^ | 101^ | 90^ |
| SpO2 (%) | 99^ | 98^ | 100^ | 99 | 99^ | 97^ | 97^ | 97^ |
| Pulse (bpm) | 83^ | 94^ | 100^ | 99 | 95^ | 95^ | 101^ | 91^ |
| NBP systolic (mmHg) | -- | -- | -- | -- | 124 | -- | -- | 127 |
| NBP diastolic (mmHg) | -- | -- | -- | -- | 84 | -- | -- | 88 |
| NBP mean (mmHg) | -- | -- | -- | -- | 97 | -- | -- | 101 |

| Vital Trend | 20:07:00 | 20:12:00 | 20:17:00 | 20:22:00 | 20:27:00 | 20:32:00 | 20:37:00 | 20:42:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 93^ | 95^ | -- | 91 | 95^ | 95^ | 94^ | 89^ |
| SpO2 (%) | 96^ | 94^ | 95^ | 97^ | -- | -- | -- | -- |
| Pulse (bpm) | 93^ | 94^ | 90^ | 94^ | -- | -- | -- | -- |
| NBP systolic (mmHg) | -- | -- | 124 | -- | -- | 124 | -- | -- |
| NBP diastolic (mmHg) | -- | -- | 87 | -- | -- | 87 | -- | -- |
| NBP mean (mmHg) | -- | -- | 99 | -- | -- | 99 | -- | -- |

| Vital Trend | 20:47:00 | 20:52:00 | 20:57:00 | 21:02:00 | 21:07:00 | 21:12:00 | 21:17:00 | 21:22:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 94^ | 91^ | 97^ | 92^ | 93^ | 83 | -- | -- |
| SpO2 (%) | -- | -- | -- | -- | -- | -- | -- | -- |
| Pulse (bpm) | -- | -- | -- | -- | -- | -- | -- | -- |
| NBP systolic (mmHg) | 131 | -- | -- | 127 | -- | -- | -- | -- |
| NBP diastolic (mmHg) | 95 | -- | -- | 88 | -- | -- | -- | -- |
| NBP mean (mmHg) | 107 | -- | -- | 101 | -- | -- | -- | -- |

Case 2:12-cv-00043  Document 117-8  Filed 10/08/13  Page 9 of 45 PageID #: 977

MCGH0009



MCGH0010

MACON COUNTY GENERAL HOSPITAL              LABORATORY CLIA#44D0307212
P.O. BOX 378                              JULIE LEMMON, M.D.
LAFAYETTE    TN 37083

```
Name:  CHERRY PAMELA J              Status: O/P / EMR       Adm Date:  5/30/11
Pat#: 1032224                                              Adm Phys: ILIA HANNA
Strt:  5/30/11 19:38               Age/Sex: 58 / F         Ord Phys: ILIA HANNA
Ord#: R  100    200    300    400   MR#: 000028132         Fam Phys: MARGARET MAXWEL
         500
```

Special Instructions:
        Reported: 5/30/11 20:08

| Test Name | Result | Flag | Reference Range | Units |
|---|---|---|---|---|
| Collected: 5/30/11 19:44 ER | Received: 5/30/11 19:44 CS | | Verified: 5/30/11 19:45 CS | |
| **CBC WITH AUTO DIFF** | | | | |
| WBC COUNT AUTO | 14.4 | H | 4.8 - 10.8 | 10^3/mcL |
| RED BLOOD CELL | 3.99 | L | 4.20 - 5.40 | 10^6/mcL |
| HEMOGLOBIN | 13.2 | | 12.0 - 16.0 | G/dL |
| HEMATOCRIT | 39.8 | | 37.0 - 47.0 | % |
| MCV | 99.9 | | 81.0 - 99.0 | FL |
| MCH | 33.0 | H | 27.0 - 31.0 | pg |
| MCHC | 33.4 | | 32.0 - 36.0 | g/dL |
| RDW | 14.5 | | 11.5 - 15.5 | % |
| PLATELET COUNT AUTO | 291 | | 130 - 400 | 10^3/mcL |
| MEAN PLATELET VOLUME | 7.5 | L | 7.4 - 10.4 | fL |
| NEUTROPHIL % | 84.8 | H | 50.0 - 75.0 | % |
| LYMPHOCYTE % | 10.1 | L | 20.0 - 45.0 | % |
| MONOCYTE % | 4.0 | L | 5.5 - 11.7 | % |
| EOSINOPHIL % | 0.9 | | 0.0 - 2.9 | % |
| BASOPHIL % | 0.2 | | 0.2 - 1.0 | % |
| NEUTROPHIL ABSOLUTE # | 12.2 | H | 2.2 - 4.8 | 10^3/mcL |
| LYMPHOCYTE ABSOLUTE # | 1.5 | | 1.3 - 2.9 | 10^3/mcL |
| MONOCYTE ABSOLUTE # | 0.6 | | 0.3 - 0.8 | 10^3/mcL |
| EOSINOPHIL ABSOLUTE # | 0.1 | | 0.0 - 0.2 | 10^3/mcL |
| BASOPHIL ABSOLUTE # | 0.0 | | 0.0 - 0.1 | 10^3/mcL |
| MANUAL DIFFERENTIAL | | | | |
| Collected: 5/30/11 19:43 ER | Received: 5/30/11 19:43 CS | | Verified: 5/30/11 20:08 CS | |
| **COMPREHENSIVE METABOLIC PANEL** | | | | |
| GLUCOSE | 118 | H | 70 - 110 | mg/dL |
| BLOOD UREA NITROGEN | 16 | | 7 - 18 | mg/dL |
| CREATININE | 0.9 | | 0.6 - 1.3 | mg/dL |
| BUN/CREATININE RATIO | 17.8 | | 6.0 - 20.0 | |
| GFR | 64 | | >60 | ml/min/1.73m2 |
| SODIUM | 139 | | 136 - 145 | mmol/L |
| POTASSIUM | 3.3 | L | 3.5 - 5.1 | mmol/L |
| CHLORIDE | 102 | | 98 - 107 | mmol/L |
| CARBON DIOXIDE | 30.1 | | 21.0 - 32.0 | mmol/L |

Continue ...

---

Name: CHERRY PAMELA J          Sex/Age: F/ 58          Pat#: 1032224

MACON COUNTY GENERAL HOSPITAL    LABORATORY CLIA#44D0307212
P.O. BOX 378    JULIE LEMMON, M.D.
LAFAYETTE   TN  37083

```
Name: CHERRY PAMELA J            Status: O/P / EMR      Adm Date: 5/30/11
Pat#: 1032224                                           Adm Phys: ILIA HANNA
Strt: 5/30/11 19:38                    Age/Sex: 58 / F  Ord Phys: ILIA HANNA
Ord#: R  100      200     300    400    MR#: 000028132   Fam Phys: MARGARET MAXWEL
           500

Special Instructions:
         Reported: 5/30/11 20:08
```

| Test Name | Result | Flag | Reference Range | Units |
|-----------|--------|------|-----------------|-------|
| ANION GAP | 10.2 | | 10.0 - 18.0 | mmol/L |
| TOTAL PROTEIN | 6.8 | | 6.4 - 8.2 | g/dL |
| ALBUMIN SERUM | 3.3 | L | 3.4 - 5.0 | g/dL |
| GLOBULIN | 3.5 | | 2.0 - 3.9 | g/dL |
| ALBUMIN/GLOBULIN RATIO | 0.9 | L | 1.0 - 2.4 | |
| CALCIUM | 8.7 | | 8.5 - 10.1 | mg/dL |
| OSMOLALITY CALCULATED | 280 | | 275 - 295 | mOsm/L |
| BILIRUBIN TOTAL | 0.20 | | 0.00 - 1.00 | mg/dL |
| ALKALINE PHOSPHATASE | 103 | | 50 - 136 | U/L |
| AST/SGOT | 18 | | 15 - 37 | U/L |
| ALT/SGPT | 21 | L | 30 - 65 | U/L |

```
Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS
CK MB
```

| CK MB | 0.1 | | 0.0 - 3.6 | ng/mL |

```
Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS
MAGNESIUM
```

| MAGNESIUM | 1.8 | | 1.8 - 2.4 | mg/dL |

```
Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS
TROPONIN-I
```

| TROPONIN-I | 0.00 | | 0.00 - 0.10 | ng/mL |

Name: **CHERRY PAMELA J**    Sex/Age: F/ 58    Pat#: 1032224

Case 2:12-cv-00043  Document 117-8  Filed 10/08/13  Page 12 of 45 PageID #: MCGH0012

## AFTERCARE INSTRUCTIONS TO PATIENTS

The examination and treatment you have received in the Emergency Department has been rendered on an EMERGENCY basis ONLY and is not intended to be as substitute for an effort to provide COMPLETE medical care. Your listed family physician will be provided with a copy of this visit, for continuity of your care. It is important that you let him check you again and that you report to him any new or remaining problems at that time. This is because it is IMPOSSIBLE to recognize and treat ALL elements of illness or injury in a single Emergency Department visit. Meanwhile FOLLOW THE INSTRUCTIONS INDICATED FOR YOU BELOW.

### SPRAIN, FRACTURE AND SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours. Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times. Wait 24 hours for the cast to become strong before you allow pressure or weight on any part of the cast.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast - this should be done often if it does not cause pain.
- ☐ If the part swells anyway, or gets cold, blue or numb, or pain increases markedly, have it checked promptly.

### BACK OR NECK INJURY INSTRUCTIONS

- ☐ Use heat or cold on the injured area - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movements that make pain worse.
- ☐ Relax emotionally - If you are tense, the problem will only be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps clear soreness.

### WOUND CARE (CUTS, ABRASIONS, BURNS, ETC.)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus, or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Clean stitches with Peroxide or Betadine Solution, then apply Neosporin Ointment and bandage.
- ☐ Dressings should be changed in _____ days.
  - ☐ Change them.
  - ☐ Call and see your doctor.
- ☐ Tetanus Toxoid given.

### FOLLOW - UP INSTRUCTIONS

- ☒ Call to arrange an appointment at his office to see Dr. _Maxwell_ in ____ days for follow-up care. Call sooner if you think necessary. His phone _____

### HEAD INJURY INSTRUCTIONS

Report to your doctor immediately if anything listed occurs (even within several months.)

- ☐ Persistent vomiting, stiff neck, fever.
- ☐ Unequal pupils (one pupil large, one small).
- ☐ Confusion or unusual drowsiness.
- ☐ Convulsions or unconsciousness.
- ☐ Stumbling or other problems with normal use of arms or legs, or areas of skin numbness.

NOTE: Wake patient hourly the first night to check for these signs.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by the Radiology Dept. If any abnormalities are found that have not been called to your attention, your doctor will be notified. (Please be certain that the Emergency Dept. has the name of your family doctor.)

Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed / may go to the bathroom.
- ☐ Use vaporizer.
- ☐ Take clear liquids by mouth until nausea, vomiting, diarrhea and abdominal cramps subside, then gradually return to normal diet.
- ☐ Drink large amounts of liquid.
- ☐ Take _____ Tylenol every 4 hours. Stop after 48 hours.
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ No weight bearing, use crutches.
- ☒ Fill prescriptions given to you from Emergency Dept. and take as directed.
- ☐ Warm soaks to area 4 times daily, 20 to 40 minutes each time.
- ☐ Stop smoking.
- ☐ Fever control instructions given.
- ☐ Do not drive or operate machinery while taking medication.
- ☐ Apply ice packs to area.
- ☐ Wear eye patch for _____ hours.
- ☐ See patient home medication list.
- ☐ Post sedation / pain mediation instructions.

ADDITIONAL INSTRUCTIONS / EDUCATIONAL HANDOUTS: _____

_Return to ER as need_

I hereby acknowledge receipt of all the instructions as indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my condition worsens or if new symptoms appear, I should contact my Doctor immediately, or if unable to reach my doctor, return to the Emergency Room. I understand that if I receive a medication to take home with me, it may not be in a childproof container and I am assuming responsibility for safe storage.

| PATIENT OR GUARDIAN SIGNATURE | DATE | WITNESS SIGNATURE |
|---|---|---|
| _(signature)_ | 5/30/11 | _(signature)_ |

CHERRY PAMELA J      HSV: EMR
                AGE: 58  SEX: F
ADMIT: 05/30/11  RM/BED:  /
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032224

MCGH Phone: 666-2147       134017

MEDICAL RECORDS



THIS DOCUMENT CONTAINS A BLUE BACKGROUND & SECURITY WATERMARK

## MACON COUNTY GENERAL HOSPITAL
204 Medical Drive · Phone 666-2147 · Lafayette, TN 37083

Name *Pamela Cherry*

Address *...........* Date *5/30/11*

℞ *...........*

Label ☐ YES ☐ NO
Age ...... WT ......
Refill 0 1 2 3 4 5 PRN

_____ M.D.  _____ M.D.
☐ Substitution OK     Dispense As Written

DEA#: *BT 5561617*                    MAC-RX

THERMOCHROMIC INK & SECURITY FEATURES LISTED ON BACK.

CHERRY PAMELA J                    HSV: EMR
                        AGE: 58   SEX: F
ADMIT: 05/30/11         RM/BED:
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132        PAT #: 1032224

CHERRY PAMELA J        HSV; EMR
ADMIT: 05/30/11    AGE: 58   SEX: F
ATT: ILIA HANNA    RM/BED: /
MR #: 000028132
                   PAT #: 1032224

## NOTICE TO OUR PATIENTS AND/OR THEIR REPRESENTATIVE

In order to be able to offer the healthcare services needed by our community, Macon County General Hospital has contracted with independent contractors who have been granted the privilege of using the facilities at Macon County General hospital for the care and treatment of their patients. However, they are *NOT* employed by the hospital. Organizations and/or individuals that will provide services and/or patient care in Macon County General Hospital facilities and will generate a separate bill include but are not limited to:

| | |
|---|---|
| PICC Line Insertion | Podiatrist |
| Anesthesia | Cardiologist |
| Surgeons | Gastroenterologist |
| ER Physicians | Ophthalmologist |
| Radiologist | Dentist |
| Pathologist | Orthopedics |
| Physicians seeing patients in Specialty Clinic | Ambulance/Helicopter Services |

If you have any questions about these arrangements, please ask a registration specialist for assistance.

If you have any questions about these separate bills, please call the number on the bill.

The above information has been explained to me and I understand that the above organization/individuals are not employees of Macon County General Hospital and that I will be billed separately for the services of any of the above groups.


_____          _____
Patient's Signature                        Date

_Pamela Cherry_                            6-30-11
_____          _____
Representative's Signature                 Date

MAC-265  Rev. 12-09                        Reorder from Two Point Inc.  1-800-500-1076

MCGH0015

# MACON COUNTY GENERAL HOSPITAL
Lafayette, Tennessee 37083

```
CHERRY PAMELA J
ADMIT: 05/30/11          AGE:  58     HSV: EMR
ATT: ILZA HANNA          RM/BED:      SEX: F
PCP: MARGARET MAXWEL
MR #: 000028132          PAT #: 1032224
```

**Patient Name**

**1. Authorization for Treatment:** This is to certify that I (we) the undersigned request treatment... considered necessary for the patient whose name appears below. I voluntarily consent to the rendering of such... authorized agents of MCGH as deemed necessary or beneficial in their professional judgment. I acknowledge that no guarantees have been made... examination or treatment of my condition. I understand that as part of my healthcare, MCGH originates and maintains health records describing my health history, symptoms, examination, test and results, diagnoses, treatment and any plans for further care or treatment. I understand that this information will be used by hospital employees as a basis for planning my care and treatment, and as a means of communication among the healthcare professionals who contribute to my care. I realize that copies of this visit may be forwarded to my listed attending physician for continuity of care; and I understand that it may be necessary for MCGH or my attending physician to make available to other healthcare providers, copies of my medical records for information relating to my care for follow-up or continued care. I understand that I must instruct MCGH otherwise if I with copies of this visit NOT to be forwarded to my attending physician or other healthcare providers. Authorization is hereby granted for such treatment and procedures.
- **For ER Patients Only:** I(we) understand that a personal physician to be selected by or on behalf of the patient within 24 hours of hospitalization if further treatment is required or immediately if complications arise.

**2. Assignment of Insurance Benefits and Release of Information:** I hereby authorize payment directly to MCGH for entitled benefits arising out of any policy of insurance, insuring patient or any other party liable to patient and hereby assign any group, individual, Medicare and/or Medicaid payment due me to Macon County General Hospital benefit for application on patient's bill. I also authorize the Hospital to transfer any overpayment to other accounts for which I am responsible. Furthermore, I agree that if my care is handled under the Workers Compensation Act the agent is hereby authorized to have access to, or request copies of my hospital record. I also authorize payment directly to all Physicians, Radiologist, Pathologist, and Anesthesiologist performing services to me or for me through MCGH of all benefits which may be due and payable under insurance coverage that I may have. I hereby authorize MCGH and physicians to furnish any medical information and/or copies of my medical record as requested by insurance companies with whom I have coverage. A carbon or photostatic copy of this signature shall be considered as valid as the original. Medicare-Medicaid Patient's Certification: I certify that the information given by me in applying for payment under Titles XVIII and/or XIX of the Social Security Act is correct. I authorize release of all records required to action this request. I request that payment of authorized benefits be made on my behalf.

**3. Financial Agreement and Payment Guarantee:** For and in consideration of the services rendered to the patient by MCGH, I (we) do hereby guarantee payment of all charges incurred to the account of the named patient from time of admission until discharge. I (we) the undersigned agree to pay reasonable attorney's fees and collection expenses associated with this account should it be referred to an attorney for collection.

**4. Waiver of Hospital Responsibility for Patient Valuables:** MCGH will endeavor to take all necessary precautions to safeguard personal articles and valuables of patients being treated at the hospital; however MCGH shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, coats or other articles brought to the hospital. I understand all personal property must be collected at the time of discharge from the hospital.

**5. Infection Control Consent:** To protect against possible transmission of blood borne diseases, such as Hepatitis or Human Immunodeficiency Virus (HIV), I understand it may be necessary or medically indicated to test my blood while I am a patient at MCGH. If, for example, a hospital employee is stuck by a needle while drawing blood, is splashed with blood, or sustains a scalpel injury and is exposed to my blood, I understand my blood, as well as the employee's blood will be tested for possible infection with the above mentioned diseases. These results will be kept confidential as provided by Tennessee State Law.

**6. Patient Rights and Responsibilities:**
Do you currently have Hospice?  No ___ Yes ___ (agency)
Do you currently have Home Health?  No ___ Yes ___ (agency)
I have been offered a copy of the Patient Rights and Responsibilities.  X _____ (initials)

**7. Privacy Notice Acknowledgement:** Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. By initialing the line below, you acknowledge your receipt of our Notice of Privacy Practices.
I have received a copy of Macon County General Hospital' Notice of Privacy Practices. X _____ (initials)

**8. Appointment Reminders and Follow-up Calls:** I give my consent for MCGH to leave a message or voice mail in reference to my hospital visit for items such as appointment reminders, insurance items, and/or test results.  X _____ (initials) Phone number: _____

**9. Advance Directives:**
Do you have a Durable Power of Attorney for Healthcare?  No ___ Yes ___ (name) _____ (phone) _____
Do you have a Living Will?  No ___ Yes ___
If Yes, is a copy available?  No ___ Yes ___ If copy not available, content of advanced directives includes: _____

**10. Request for Private Room:** In the event that I am admitted, I would like to request a Private Room, I understand X _____ (initials)

**11. Patient Directory:**
I hereby give permission to MCGH to include my name, location within the hospital, and general condition (good, fair, stable) to the following:

During my stay in the hospital, I hereby give permission to MCGH to share my general condition and details of my care with the following people.

_____ Anyone who inquires
_____ **DO NOT** include in Directory

| Name | Relationship |
|------|------|
| Name | Relationship |

X _____
Patient's Signature          Date

X _____ Spose
Guardian if Minor/Authorized Person     Relationship

X _____ 5-30-11
Witness          Date

**TELEPHONE PERMISSION FOR TREATMENT**

This patient is an unemancipated minor _____ years of age, and unable to sign for treatment. Telephone consent is given on the patient's behalf by:

Name of Representative          Relationship

1st Witness of Telephone Call          Date & Time

2nd Witness of Telephone Call          Date & Time

---

**REFUSAL OF TREATMENT – MEDICAL SCREENING – DISCHARGE AGAINST MEDICAL ADVICE**

This is to certify that I, _____, have refused medical care and treatment and am leaving MCGH against medical advice of the attending physician and the hospital staff. I acknowledge that I have been informed of the risk(s) involved, which include: _____ and hereby release all concerned (physician, hospital, and employees) from all responsibility and any ill effects which may result from my action.

Signed _____          Witness _____          Date _____

MCGH0016

Patient: Pamela J Cherry
First      [REDACTED]      Last
DOB: [REDACTED]
Social Security #: [REDACTED]
Complaint: Jaw Pain
Chest Pain

Family Physician: Margaret Maxwell
Time of Arrival: 7:15
MAC-4x3 (Rev. 07-10)      Two Point Inc. 1-800-800-5876

**Patient:** Pamela J Cherry
First      Middle      Last

**DOB:** [REDACTED]

**Social Security #:** [REDACTED]

**Complaint:** Jaw Pain
Chest Pain


**Family Physician:** Margaret Maxwell

**Time of Arrival:** 7:15

MAC-4x3 (Rev. 07-10)      Two Point Inc. 1-800-800-5876

MCGH0017



**Anthem.** ⊕ ⊗

**PAMELA J CHERRY**
Identification Number

Group:
HIA
Plan Codes:
BIN#:
PCN:

HIA PLAN

Copayment                    $0



**Anthem.** ⊕ ⊗

anthem.com

Member Services
24/7 Nurseline
Pre Certification
Pharmacy Provider Services
Coverage While Traveling
Provider Services

1-877-532-9566
1-866-400-8760
1-866-776-4793
1-800-462-0210
1-800-810-2583
1-800-676-2583

Possession of this card does not guarantee
eligibility for benefits.

MCGH0018

134032

MRSA:
VRE:

# MACON COUNTY GENERAL HOSPITAL
204 Medical Drive • Lafayette, Tennessee 37083 • (615) 666-2147

Advance Directive: N

## REGISTRATION ADMISSION

| PATIENT ACCOUNT NO. | MEDICAL RECORD NO. |
|---|---|
| 1032247 | 000028132 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | PRIM. LANGUAGE | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| CHERRY PAMELA J | ▓▓▓▓▓ | 58 | F | W | | ▓▓▓▓▓ |
| 1152 FLETCHER AVENUE | | | | | | |

| | MAR. STATUS | REL | FC | ADMITTED BY | HIPAA | |
|---|---|---|---|---|---|---|
| INDIANAPOLIS     IN     46203 | M | Q | B | SBR | RM. Y    RL. Y | REL. Y   COND. Y |

| COUNTY:   MARION | ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|---|
| PHONE:   (317)683-4716 | 05/31/11   07:18 | 05/31/11   08:44 | EMR | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| FARM BUREAU | CHERRY DAVID | |
| PHONE: | PHONE:   (317)683-4716 | |
| OCC: | REL:   SPOUSE | REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| CHERRY PAMELA J | FARM BUREAU | CHUNN STANLEY        4900 |
| 1152 FLETCHER AVENUE | | ADMITTING PHYSICIAN (Name, Number) |
| INDIANAPOLIS     IN     46203 | | CHUNN STANLEY        4900 |
| PHONE:   (317)683-4716 | PHONE: | REFERRING PHYSICIAN (Name, Number) |
| SSN: ▓▓▓▓▓ | | |
| REL: SELF | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| BLUE CROSS | | |
| ONE CAMERON HILL CIRCLE | | |
| SUITE 0002 | | |
| CHATTANOOGA       TN       374020000 | | |
| POLICY#  FBJAN2471298 | POLICY# | POLICY# |
| GROUP #: 003321926 | GROUP #: | GROUP #: |
| GRP NAME: BC | GRP NAME: | GRP NAME: |
| AUTH#: | AUTH#: | AUTH#: |
| CHERRY PAMELA J | | |
| SEX: F      RELATION: 18 | SEX:      RELATION: | SEX:      RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS |
|---|
| |

| COMMENTS |
|---|
| |

06/01/11        08:03
Current System Date and Time

MC1000/112409

# Macon County General Hospital
Lafayette, Tennessee

## EMERGENCY DEPARTMENT

CHERRY PAMELA J                HSV: EMR
DOB:  ▓▓▓▓▓▓  AGE: 58  SEX: F
ADMIT:              RM/BED:       /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132     PAT #: 1032247

Pa:

DC

ER

| ADVANCE DIRECTIVES | Return to ER within 72 hours? |
|---|---|
| ☐ None known | ☑ Yes   ☐ No |
| ☐ POA for Healthcare?  Name:_____  Phone:_____ | **Medical Record Obtained for Review?** |
| ☐ Living Will? Content if copy not available_____ | ☑ Yes   ☐ No |

## PHYSICIAN ORDERS

Transfer to Vanderbilt

follow up č Dr. Matheson

**Laboratory Orders:**
- ☐ Amylase
- ☐ Blood C&S x 2
- ☑ BMP
- ☐ BNP
- ☑ CBC with Diff
- ☑ CK-MB
- ☑ CPK
- ☐ Digoxin Level
- ☐ Flu Screen
- ☐ Free T-4
- ☐ Lipase
- ☐ Magnesium
- ☐ Myoglobin
- ☐ PT
- ☐ PTT
- ☐ RSV
- ☐ Sputum C&S
- ☐ Strep Screen
- ☑ Troponin
- ☐ TSH
- ☐ Urinalysis
- ☐ Urine C&S

**Radiology Orders:**
- ☐ CXR PA & Lat
- ☐ CXR Portable

**Other Orders:**
- ☐ ABG
- ☐ Crisis Protocol
- ☑ EKG
- ☐ Jet Neb
- ☐ Old Chart

Physician Signature

134032

Unacceptable Abbreviations: U; IU; QD; QOD; MS; $MSO_4$; $MgSO_4$; lack of leading zero; presence of trailing zero

CHERRY PAMELA J                HSV: EMR
DOB:                  AGE: 58   SEX: F
ADMIT: 05/31/11      RM/BED:      /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132      PAT #: 1032247

ER#: _____

Name: _____

**50**  **Macon County General Hospital**
**EMERGENCY PHYSICIAN RECORD**
**♦ Cardiopulmonary Resuscitation ♦**

**PQRI – Physician Quality Reporting Initiative**

DATE: _____  TIME: _____ ☐ on arrival ROOM: _____

__ EMS Arrival  _EMS treatments ordered_ __

HISTORIAN:  patient  spouse  paramedics __ __ __

__ **HX** / __ **EXAM LIMITED BY:** _____

TRANSFER FROM: _____ ☐ see transfer record

## HPI

Initial complaint(s):  collapsed  (found unresponsive)
chest pain  dyspnea  abdominal pain  back pain
_√_  _g ↓ ↓ a.m._

Witnessed arrest?  no / (yes)

Bystander CPR?  no / yes

Down-time before ACLS: _2√_ minutes  unknown

Initial findings:  by paramedics
mentation        respirations       pulse
unresponsive     no respirations    none
                 agonal respirations  weak

rhythm
_√_ asystole       HR __     Glucose __ mg/dl
_√_ vent. fibrillation
_√_ PEA  brady / tachy  BP __   D-stick glucometer ISTAT
                        by paramedics /in ED

pre-hospital treatment:
oxygen       CPR / thumper     epinephrine __ mg
bag-valve-   defibrillated x__  vasopressin __ mg
mask         IV access __      atropine __ mg
             IV fluids __      amiodarone __ mg
intubated                      sodium bicarb __ amps
                               lidocaine / narcan __ mg

## ROS

CONST
recent illness __
fever / chills __

EYES / ENT
problems with vision __
sore throat __
CVS / RESP
chest pain __
shortness of breath __
cough __
LNMP __  preg  post- menop

GI / GU
abdominal pain __
problems urinating __
MS / SKIN / LYMPH
joint pain __
rash __
swollen glands __
NEURO / PSYCH
dizziness __
fainting __
anxiety / depression __
☐ all systems neg except as marked

•CVS / RESP / NEURO components also addressed in HPI

## PAST HX

cardiac disease  AMI  CHF  A-Fib    diabetes  Type 1  Type 2
CVA / TIA  deficit __                diet / oral / insulin __
__ hypertension __
__ old records ordered / summary: __
_C/shw  et__
Medications __ none  (see nurses note)  Allergies __ NKDA
aspirin  coumadin  clopidogrel     see nurses note

drugs __
alcohol (recent / heavy / occasional) __  occupation __
living situation:  alone  at home  in nursing home
**FAMILY HX** __ negative

---

☐ Nursing Assessment Reviewed    ☐ Vitals Reviewed
## INITIAL PHYSICAL EXAM
*See reverse for initial rhythm and interventions*

**GENERAL**
_√_ no evidence       __ unresponsive __
   of trauma

**RESPIRATORY**      __ no spontaneous respirations __
_√_ breath sounds    __ bag-valve-mask __
   equal bilaterally __ ET tube / bag-valve __
_√_ lungs clear      __ agonal respirations __
                     __ decreased air movement __
                     __ wheezes / rales / rhonchi __

**CVS**              _√_ no spontaneous pulse __
__ spontaneous       __ chest compressions __
   pulse present        pulse w/ CPR-  none  poor  good
                     __ heart sounds absent __
                     __ irregularly irregular rhythm __
                     __ extrasystoles ( occasional / frequent ) __
                     __ JVD present __
                     __ murmur  grade __ /6  sys / dias __
                     __ gallop ( S3 / S4 ) __

**ABDOMEN (GI)**     __ distention __
_√_ soft, no mass    __ hepatomegaly / splenomegaly __
_√_ nml bowel sounds* __ mass __
                     __ guarding __

**HEAD / NECK**      __ head trauma __
_√_ atraumatic       __ c-spine tenderness __
_√_ pharynx clear    __ tracheal deviation __

**NEURO**
_√_ pupils reactive  (unresponsive / agitated / confused) __
                     __ pupils fixed, dilated __
                     __ unequal pupils __
                        size-  R __ mm  L __ mm
                     __ no motor responses __
                     __ abnormal response to pain __
                        withdraws  flexion  extension
                     __ Babinski reflex ( R / L ) __
                     __ reflexes absent __

Reflexes

**EXTREMITIES (MS)** __ rigidity __
__ no signs of trauma __ pedal edema ( R / L ) __
__ nml ROM*

**SKIN**             __ pallor __
_√_ no rash          __ cyanosis __
                     __ dependent lividity __
                     __ decubitus __

Underline indicates organ system
* equivalent or minimum required for organ system exam

Pt. Name_____ Date_____

## INITIAL EKG MONITOR RHYTHM

asystole — wide complex — sinus rhythm
ventricular fibrillation — narrow complex — atrial fibrillation
ventricular tachycardia — tachycardia — heart block 1° 2° 3°
bradycardia
rate=_____

## PROCEDURES & INTERVENTIONS

☐ Time out performed _____
__CPR_____
__intubated by: ED physician  Pannem_____
  with #___ET tube  curved / straight blade  nasal / oral
  Premedication:_____
  RSI  etomidate  succinylcholine  vecuronium
  Post-intubation: Breath sounds_____
    equal  R greater than L  L greater than R
  Pulse Ox:_____ End-tidal CO2 detector._____

__central line placed  sterile technique  betadine prep
    right / left  internal jugular  subclavian  femoral

__pacemaker external / transvenous_____
__defibrillated ___X_2_____
__foley catheter_____

Electr/Nek    X1.
Given a Amp of Epi.

Verny episode of PEA c
sinus Rhythm.

7:55    HR - 104    BP 149/80
ABG    PO₂ - 304'r
        PCO₂ - 38
        Bicarb - 420
Given  Amp. of Bicarb.

## LABS, EKG & XRAYS

**CBC**
normal except
WBC_____
Hgb_____
Hct_____
Platelets_____
segs_____
bands_____

**Chemistries**
normal except
Gluc_____
BUN_____
Creat_____
Na_____
K_____
CO2_____

**CK** _____
**CKMB** _____
**Troponin** _____
**PT/PTT** _____
**INR** _____

**UA**
normal except
WBC_____
RBC_____
bacteria_____
dip:_____

**ABGs**
time:____ RA /____ LO2  pH____ pCO2____ pO2____ HCO3____
time:____ RA /____ LO2  pH____ pCO2____ pO2____ HCO3____

**RHYTHM STRIP** ___NSR___ Rate_____

P  EKG ___NML ☐ Interp. by me  ☐ Reviewed by me  Rate____
Q  ___NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T
R
  not / changed from:_____ repeat EKG-____ unchanged /___

**CXR** ☑ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
____ nml / NAD ___ no infiltrates ___ nml heart size ___ nml mediastinum

## PROGRESS
Also see CPR Flow Sheet
Time_____  unchanged  improved  re-examined
_____
_____
_____
_____
_____
_____

**Rx**
**given**_____

__CPR discontinued, patient pronounced dead at_____
♦AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer____

Discussed with Dr._____  Additional history from:
  will see patient in:  ED / hospital / office   family caretaker paramedics
Counseled patient / family  regarding:
  lab / rad. results  diagnosis  need for follow-up
__Smoking Cessation: discussed: plan / trigger / challenges / gave Rx  time:___min
CRIT CARE TIME  (excluding separately billable procedures)
              30-74 min   75-104 min ___ min

## CLINICAL IMPRESSION

Cardiopulmonary Resuscitation      Pulmonary Edema
  successful  unsuccessful          Pulseless Electrical Activity
Asystole                            Respiratory Failure
Cardiac Rhythm Disturbance          Sudden Death
  V. Tach.  V. Fib.  A. Fib.  SVT
♦ Myocardial Infarction - acute

**DISPOSITION-** ☐ admitted ___POA  decubitus / UTI (foley)____
**Time** _____  ☐ Medical Examiner  ☐ morgue  ☐ transfer____
**CONDITION-** ☐ unchanged  ☐ improved  ☐ stable_____
              ☐ critical  ☐ serious  ☐ deceased_____

Care transferred to Dr_____  Time:_____
PHYSICIAN SIGNATURE-_____  RTI#_____
☑ Template Complete  ☐ See Addendum (Dictated / Template # _____)

CHERRY PAMELA J        HSV: EMR
DOB: _____  AGE: 58  SEX: F
ADMIT: 05/31/11   RM/BED:    /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028133       PAT #: 1032247

Cardiopulmonary Resuscitation-50

♦ Quality Measure Initiative

4.4.52

## MACON COUNTY GENERAL HOSPITAL
### Triage/Nurses Notes
### GENERAL ADULT

**ER Record #:** 134033   **Age:** 58 M/F

**Name:** Cherry _____

**PCP:** Margaret Maxwell - FN

**HPI:** Presents in V-FIB CPR in progress shocked c̄ 150J biphasic ☑ other ETT checked for placement on arrival

**MODE OF ARRIVAL** Date: 5-31-11   Time: 0716
w/c ☐   ambulatory ☐   carried ☐   stretcher ☑
**EMS** other: _____
immobilized ☐   O2 ☐   meds(see narrative) ☐   other: ____

**Assoc. symptoms:** + collapsed in kitchen this AM witnessed per family

**Treatment PTA** + CPR at home
**Pain level:** (0-10) N/A   other: (U)
comments:

**IV:** site/size ___ fluid/rate/TBA
**Acuity:** 1 Critical  2 Emergent  3 Urgent

**B/P:** Ø  P Ø  R Ø  T 96  O/A/R (R) Ht. ___  Wt. ___
**LMP:** ___ n/a ☐  O2 Sat 94 n/a  O2 ☐  ETT Bagging
**Triage Nurse:** ___ 0716   To waiting room ☐  LWBS ☐
**Exam Room #** 0716   **Time:** ___   Safety measures implemented ☑

**ALLERGIES:** Latex: Y/N NKA ☑   NKFA

**MEDS:** Levothyroxine, Simvastatin
see list ☐

**PMH/PSH:** COPD, HTN, Pulmonary HTN, (L) shoulder smokes ½pd

**Airway/Breathing:** WNL ☐  other: ETT 7.0 PTA c̄ 22 @ teeth
**Circulation:** WNL ☐  other: Pale
**Skin color/temp/turgor:** WNL ☐  other:
**AAO X 3** other: Pupils 1mm B/L unreactive
**MAE:** Y/N   equal hand grasps: Y/N   equal leg strength: Y/N   other:
**Monitor** Y/N initial rhythm: see N/N   alarms on ☐
**Head/Face:** WNL ☐  other: Pupils 1mm B/L. Reaction
**Neck:** WNL ☐  other: ashen lips
**Chest/heart tones:** WNL ☐  other: (—)
**Abdomen/Flanks:** WNL ☐  other:
**GU/GYN:** WNL ☐  other:
**Pelvis/Perineum:** WNL ☐  other:
**Upper Extremities:** WNL ☐  other:
**Lower Extremities:** WNL ☐  other: Ø pulses cool extremities
**Posterior Surface:** WNL ☐  other: Ø
**Labs** Y/N drawn 718 by NURSE/lab staff complete 0800  **CBG:** Y/N ___
**ABG:** Y/N drawn: ___   complete: ___
**Xray** Y/N in progress 0721 complete: portable
**Urine:** Y/N CCMS **CATH** collected ___ to lab: ___   complete: ___   **C&S:** Y/N
**CT:** Y/N in progress: ___ complete: ___   Nurse w/pt to CT ☐
**EKG** Y/N requested: 0726 complete: ___ reviewed by: ___
**Primary Nurse/Assessment Time:** Nicole Owen RN

**ACUITY:** 1 Critical  2 Emergent  3 Urgent  4 Nonurgent  5 Minor
Communication barrier: Y/N   Interpreter:
Do you or have you/your immediately family have/had TB? Y/N
Do you have any of the following: cough (>2wks) Y/N   bloody sputum Y/N
night sweats Y/N   weight loss Y/N   loss of appetite Y/N   fever Y/N
Mobility Problems: Y/N ___
Indications of Abuse/Neglect: Y/N   see narrative ☐

**IMMUNIZATIONS:** UTD ☐   Unknown ☐   > 5yrs ☐
Td / TT 0.5ml IM   time: ___   site: UTA   by ___
Manuf. ___   Lot # ___   Exp. date: ___

| TIME | PROCEDURE | Comments | INI |
|------|-----------|----------|-----|
| | | | |
| | | | |

| TIME | BP | P/rhythm | R | T | O2 sat | PL |
|------|-----|----------|---|---|--------|-----|
| | | | | | | |

| TIME | NARRATIVE (cont.) | INI |
|------|-------------------|-----|
| 708 | Unit 83 c̄ 68 y/o female CPR in progress transport given 4 Epi - 2 Atropine shocked 3-4 X - was in PEA - gonna shock again ETA 3-4 mins | |
| 0718 | ABG femoral stick FSBS 422 | |
| 0731 | Bigeminy - chest compressions briefly - then return of pulses | |

see continuation sheet ☐

**Discharged ☐  Admit ☐** to ___
other: transfer VUMC 0844
**Via:** w/c ☐  stretcher ☑  arms ☐  ambulatory ☐
**Condition:** improved ☐  stable ☐  unstable ☐  critical ☑
**VS:** B/P 77 / 55  P 93  Rsp T96.8  PLO ___
Written/verbal inst. given to: patient ☐  caregiver ☐  verbal understanding ☐
sedation warnings given ☐   driver here for pt ☐ eligible
valuables sent w/pt: Y/N   Discharged by ___

| SIGNATURE | INI | SIGNATURE | INI |
|-----------|-----|-----------|-----|
| ___ RN | ___ | ___ RN | ___ |
| Nicole Owen, RN | | | |

| CHRONOLOGY | Paged | Notified/Comments | Exam Time |
|------------|-------|-------------------|-----------|
| EDP: Chern | | | 0716 |
| PCP: | | | |
| Consult: | | | |
| Cons: | | | |

**Preferred method of learning:**
Verbal   Written   Combination
Initials: _____

| TIME | NARRATIVE | INIT. |
|------|-----------|-------|
| 0718 | Chest compressions immediately p̄ shock for 2 minutes. Rhythm check c̄ | JS |
| 0720 | (+) pulses. chest compressions stopped | |
| 0725 | epi 1mg IV + pulses lost chest compressions resumed (+) pulse c̄ compressions | tr |
| 0727 | (+) pulses centrally chest compression stopped | tr |

## Macon County General Hospital

Date: _____

## Emergency Room
## Medication Administration Record

| Time | Medication / IV Fluid | Amount | Route | Site | Nurse | Response | *Time Complete (See legend) | Comments |
|------|----------------------|--------|-------|------|-------|----------|------------------------------|----------|
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |
| | | | | | | No Reaction<br>Improved ____/10<br>Other_____ | A T | |

*Time Complete Legend:  A-Continued at admission        T-Continued at Transfer

| Time | Site | Catheter Size | Attempts | Solution | Rate | By | Comments |
|------|------|---------------|----------|----------|------|-----|----------|
| #1 | | 24 gauge  18 gauge<br>22 gauge  16 gauge<br>20 gauge<br>IO needle_____ | | Saline Lock | @____ mL/hr<br><br>Saline Flush | | IV Fluids DC'd<br>Time:____ Init.____<br>IV DC'd<br>Time:____ Init.____<br>Site Clear/Cath Intact<br>Continued at Admission<br>Continued at Transfer |
| #2 | | 24 gauge  18 gauge<br>22 gauge  16 gauge<br>20 gauge<br>IO needle_____ | | Saline Lock | @____ mL/hr<br><br>Saline Flush | | IV Fluids DC'd<br>Time:____ Init.____<br>IV DC'd<br>Time:____ Init.____<br>Site Clear/Cath Intact<br>Continued at Admission<br>Continued at Transfer |

| Time In-house O2 started | Oxygen | Route | Nurse | Time Stopped | Comments |
|--------------------------|--------|-------|-------|--------------|----------|
| _____ | O2 @ _____ L/min | Nasal Cannula<br>Simple Mask<br>Venti-mask<br>Non-Rebreather<br>Transport Ventilator | | Continued at Admission<br>Continued at Transfer<br>Time:_____ | |

| Nurse Signature | Init. | Nurse Signature | Init. |
|-----------------|-------|-----------------|-------|
| | | | |
| | | | |
| | | | |
| Physician Signature | | | |

CHERRY PAMELA J          HSV: EMR
DOB: _____          AGE: 58   SEX: F
ADMIT: 05/31/11          RM/BED:      /
ATT: CHURN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132     PAT #: 1032247

MCGH0024

MACON COUNTY GENERAL HOSPITAL — STANDARD Continuation Sheet

| Time | BP/ cap.refill | P | R | T | O2 Sat | IN/ site | OUT/ site | Meds/Titrated Infusions/Procedures | NARRATIVE | PL | INI |
|------|------|---|---|---|---|---|---|---|---|---|---|
| 0730 | 78 | | | | | | | | RAC 20 g X ÷ NS IVF bolus started for ↓ BP | | |
| 0738 | | | | | | | | | Dopamine IVPB @ 10 mcg/kg/min + amp Bicarb 8.4% IV site #2 (L) hand IV site | | |
| 0739 | O₂ Sat 90 | 90 | | | | | | | discontinued due to infiltration with foley cath 16 F 10ml bulb sterile technique Ø urine out | | WS |
| 0740 | ebilling, IVP | | | | | | | | Dr. Chunn speaks c husband pulses Ⓛ again chest compressions started | | WS |
| 0740 | 72/50 | | | | | | | | (+) pulses. c/c stopped. 2nd NS bolus started 18 g ÷ stick LAC | | WS |
| 0744 | | | | | | | | | SpO2 100% 142/82  96 pulse. Hendersonville Cardiologist/ hospital contacted for possible transfer | | WS |
| 0754 | | | | | | | | | BP 64/45 Dopamine gtt ↑ 15 mcg/kg/min | | WS |
| 0755 | SR c 1° AVB | | | | | | | | (+) pulses centrally but weak. EDP remains c bedside pt orders ½ amp epi IV 1:10,000. | | WS |
| 0800 | 139/133 | | | | 100% | | | | Rhythm changes frequently Dr. Chunn speaking c Yuma transfer Ctr. — NC | | WS |
| 0802 | | | | | | | | | 14 fr. NG tube placed per Wendy Stearn RN, 2nd IV NS ↓ Ø to KVO. — ne | | |
| 0805 | | | | | | | | | Pulses Ⓛ NSR c 1st° AV Block small runs Vtach present. — ne | | |
| 0807 | 78/58 | | | | | | | | Ice packs placed to neck, (B) axillary areas & (B) groins per Yuma request. | | |
| | | | | | | | | :TOTALS | see continuation sheet ☐ | | |

**ALLERGIES:**

I & O Legend: Chest tube #1= CT1
Chest tube #2= CT2
Foley = F    Void = V
Emesis = E
NasoGastric tube = NG
Oral gastric tube = OG
Oral = O

other:
**Physician Signature:**

| SIGNATURE | INI | |
|---|---|---|
| Nicole Torres, RN | ne | N |
| [illegible] RN | WS | E |
| | | L |

CHERRY  PAMELA  J                    HGV: EMR
DOB: ███████   AGE:  58   SEX: F
ADMIT: 05/31/11   RM/BED:      /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132        PAT #: 1032347

10A

# MACON COUNTY GENERAL HOSPITAL

**STANDARD Continuation Sheet**

| Time | BP/cap.refill | P | R | T | O2 Sat | IN/site | OUT/site | Meds/Titrated Infusions/Procedures | NARRATIVE | PL | INI |
|------|------|---|---|---|--------|---------|----------|-----------------------------------|-----------|----|----|
| 0810 | | | | | | | | | ETT placement checked BRB | | NC |
| | | | | | | | | | husband present @ bedside. | | |
| | | | | | | | | | IVF placed in rm. | | NC |
| 0811 | 82/67 | 72 | BR | 96.3 | 100% | | 4 lop | | Dr. Chuang giving report to | | |
| | | | | | | | | | Vume Lifeflight. | | NC |
| | | | | | | | | | Dr. McFerron accepted. | | NC |
| 0818 | 71/52 | 67 | BR | | 100% | | | | Daughter @ bedside. | | NC |
| 0824 | | | | | | | | | Vume Lifeflight present for | | |
| | | | | | | | | | transport. | | NC |
| 0844 | | | | | | | | | Pt. transported to Vume | | |
| | | | | | | | | | per Lifeflight. | | NC |
| 0904 | | | | | | | | | report to Path lab charge | | |
| | | | | | | | | | nurse. | | NC |
| | | | | | | | :TOTALS | | see continuation sheet | | |

**ALLERGIES:**

Form #10A ® ENGSS ® A2000, rev. (2/26/01)

| I & O Legend: Chest tube #1= CT1<br>Chest tube #2= CT2<br>Foley= F  Void= V<br>Emesis= E<br>NasoGastric tube = NG<br>Oral gastric tube = OG<br>Oral= O<br>other:<br>Physician Signature: | SIGNATURE | INI |
|---|---|---|
| | Nicole Carver, RN | NC |
| | [signature] | NS |

CHERRY PAMELA J                    HSV: EMR
DOB: ████████        AGE:   58    SEX: F
ADMIT: 05/31/11    RN/BED:        /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132      PAT #: 1032247

MCGH0026

# RESUSCITATION FLOW SHEET

DATE: 5-31-11    TIME: 0716    LOCATION: ER

NURSE: W Steen RN  T Deering  N. Carver
            T. Phillips LPN
PHYSICIANS PRESENT: Churn

ANCILLARY: Lab  RT  X-ray

**TYPE OF ARREST: (All Appropriate)**
- [x] RESPIRATORY
- [x] CARDIAC
- [x] WITNESSED
- [ ] UNWITNESSED

**ADDITIONAL TEAM MEMBERS**
EMS  Earl Cunningham EMT-P
    Jimmy Barlow EMT-P
    D. Smith EMT-IV

Time Family Notified:
Time Attend. Phys. Notified:

**INTUBATION**
SIZE: 7.0
TIME: PTA    # OF ATTEMPTS
BY WHOM: J. Barlow EMT-P
BILATERAL BREATH SOUNDS  [x] PRESENT
EID USED: [ ] YES  [ ] NO  [ ] ABSENT    BY WHOM:

**RHYTHM CODES:**
A ——————— Asystole
VF ——————— V. Fib
VT ——————— V. Tach
PEA ——————— Pulseless Electrical Activity

IV PRESENT    IV STARTED

NEEDLE SIZE: 20g (L)
SOLUTION: NS    hand    by ems

| TIME: | Airway Oral-ET | Respirations A=Assisted S=Spontaneous | Pulse P=Present W/O Pulse W/CPR | Blood Pressure | Rhythm (rate) See Code | CPR M=Maintained S=Stopped | Defibrillated Watts/Joules | External Pacer | Epinephrine | Atropine | Lidocaine Bolus | Bretylium Bolus 300/500 D5W | Procainamide Bolus | Mag Sulfate | Sodium Bicarb | Dopamine 800mg/500 D5W | Amiodarone | Vasopressin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0716 | ETT | A | PWC | | VF | M | 180 J | | | | | | | | | | | |
| 0720 | ETT | A | P | 111/88 | SR | S | | | 1mg | | | | | | | | | |
| 0728 | ETT | A | P | 90/37 | VT | S | | | | | | | | | | | | |
| 0731 | ETT | A | PWC | 80/39 | | M | | | | | | | | | | | | |
| 0735 | ETT | A | P | | SR PVCS | S | | | | | | | | 300 u amio Vein | | | | |
| 0735 0740 | ETT | A | PWC | | SR/A | M | | | 1mg | | | | | | | | | |
| 0751 | ETT | A | P | | SR | S | | | | | | | | 15mcg 1g 2min | | | | |
| 0755 | ETT | A | P | 104/45 | SR | S | | | 0.5mg | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

*see nurses notes*

**OUTCOME:** [x] SUCCESSFUL  DISPOSITION: Vanderbilt Cardiac cath lab
[ ] UNSUCCESSFUL:
PRONOUNCED DEAD AT _____ (TIME)
BY WHOM: _____
VALUABLES - LIST/GIVEN TO:
     None

**SIGNATURES:**

_____
PHYSICIAN

W Steen RN
RECORDER

White Copy - Chart    Canary Copy - Pharmacy    Pink Copy - Nursing

# MACON COUNTY GENERAL HOSPITAL
## CONSENT TO TRANSFER

Under government regulations you have certain rights to health care before being transferred to another facility. We are required to inform you, or if you are not able to understand these rights, a family member of these rights before transferring you to another facility. Also, you or a family member are to be notified of the risk that may be involved in transferring or not transferring to another facility.

**IF YOU HAVE A MEDICAL EMERGENCY OR ARE IN LABOR, YOU HAVE THE RIGHT TO RECEIVE, WITHIN THE CAPABILITIES OF THIS HOSPITAL'S STAFF AND FACILITIES:**

    *An appropriate MEDICAL SCREENING EXAMINATION.
    *Necessary STABILIZATION TREATMENT(including treatment for an unborn child) and if necessary:
    *An appropriate TRANSFER to another facility even if:

**YOU CAN NOT PAY OR DO NOT HAVE MEDICAL INSURANCE or YOU ARE NOT ENTITLED TO MEDICARE or MEDICAID**

PATIENT'S NAME: _Cherry Pamela_    Date of Birth: _6/14/52_   Date: _5/31/11_   Time: _0755_

TRANSFERRING PHYSICIAN: _Chunn_

RECEIVING HOSPITAL/PHYSICIAN: _VUMC / Dr. McPherson_

REASON FOR TRANSFER: ☑ Patient required treatment not provided by MCGH    ☐ Patient/guardian requests transfer
☐ Other: _____

RISK OF TRANSFER: ☐ Traffic delay    ☑ Accident during transport    ☑ Inclement weather
☑ Worsening of condition    ☐ Cardiopulmonary arrest    ☐ Other: _____

REPORT CALLED TO: _Lifeflight_ BY: _Dr. Chunn_   TIME: _0805_
VITAL SIGNS: BP _71/49_   P _80_   Resp _intubated_   T _96.8_   O2 SAT _100_ % ☐ RA ☐ O2 @_100%_
COPY OF MEDICAL RECORD ACCOMPANIED PT: ☑ YES    ☐ NO    ☐ Patient Home Med List Sent
METHOD OF TRANSFER: ☑ Helicopter    ☐ Ambulance ( ☐ ALS ☐ BLS)    ☐ Private Car

I, _Pamela Cherry_ , have been informed of my rights, risks and benefits
of transfer and ___/___ DO _____ DO NOT agree to the transfer.

PATIENT SIGNATURE                    PATIENT REPRESENTATIVE SIGNATURE

WITNESS                                PHYSICIAN SIGNATURE

CONDITION AT TRANSFER: ☐ STABLE      ☑ UNSTABLE, stabilized within our facility's capabilities
                                      (See Physician Certificate for Transfer)

**PHYSICIAN CERTIFICATE FOR TRANSFER:(Required if unstable patient transferred)**
I hereby certify that based on the information available to me at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical care at another facility outweighs the increased risk to the patient and, in the case of labor, to the unborn child, from effecting the transfer. This certification is based upon the following (check, if appropriate, at least one benefit must be noted):

BENEFITS: _____ SPECIALIZED CARE (describe): _Transfer at request of_
_family and needs cardiac evaluation_

OTHER: _____

Date: _____ Time: _____ Physician Signature: _____

MCGH-108 Rev 04/09

CHERRY PAMELA J       HSV: EMR
DOB: ■■■■■■   AGE: 58   SEX: F
ADMIT: 05/31/11   RM/BED:    /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032247

MCGH0028



## ECG Pre- and Post-shock

HEARTSTART
Event Review Pro / Hospital 4.1

| | | | |
|---|---|---|---|
| **Case ID:** | 11053107124552f6 | **Patient ID:** | 06141952 |
| **Case date:** | 5/31/2011 | **First name:** | PAMELA |
| **Device:** | HeartStart MRx: US00540164 | **Last name:** | CHERRY |

Presenting: 12 seconds
Pads on
Lead change: pads
ECG noisy signal

> Presenting: 12 seconds
HR 0bpm

Pre and post shock: 6 + 12 seconds
ECG noisy signal
Shock 1 delivered

> Pre and post shock: 6 + 12 seconds

> Pre and post shock: 6 + 12 seconds
ECG noisy signal

Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 29 of 45 PageID #: 997

MCGH0029

| | |
|---|---|
| **Case ID:** | 11053107124552f6 |
| **Case date:** | 5/31/2011 |
| **Device:** | HeartStart MRx: US00540164 |

| | |
|---|---|
| **Patient ID:** | 06141952 |
| **First name:** | PAMELA |
| **Last name:** | CHERRY |



Closing: 12 seconds

08:35:29   08:35:30   08:35:31   08:35:32   08:35:33   08:35:34   08:35:35

> Closing: 12 seconds

08:35:36   08:35:37   08:35:38   08:35:39   08:35:40

Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 30 of 45   PageID #: 998

MCGH0030

**Case ID:** 11053107124552f6
**Case date:** 5/31/2011
**Device:** HeartStart MRx: US00540164

**Patient ID:** 06141952
**First name:** PAMELA
**Last name:** CHERRY

| Vital Trend | 07:12:00 | 07:17:00 | 07:22:00 | 07:27:00 | 07:32:00 | 07:37:00 | 07:42:00 | 07:47:00 |
|---|---|---|---|---|---|---|---|---|
| HR  (bpm) | -- | -- | 121^ | 98^ | 115^ | 80^ | 50^ | 123^ |
| NBP systolic (mmHg) | -- | -- | 111^ | 80^ | 86 | 89^ | 146^ | 142^ |
| NBP diastolic (mmHg) | -- | -- | 88^ | 37^ | 66 | 66^ | 113^ | 82^ |
| NBP mean (mmHg) | -- | -- | 96^ | 51^ | 73 | 74^ | 124^ | 102^ |
| EtCO2  (mmHg) | -- | -- | 24^ | 23^ | 27^ | 20^ | 34^ | 35^ |
| AwRR  (rpm) | -- | -- | 13^ | 14^ | 14^ | 12^ | 15^ | 12^ |
| SpO2  (%) | -- | -- | 90 | 100^ | -- | -- | 98^ | 100^ |
| Pulse  (bpm) | -- | -- | 111 | 106^ | -- | -- | 49^ | 138^ |

| Vital Trend | 07:52:00 | 07:57:00 | 08:02:00 | 08:07:00 | 08:12:00 | 08:17:00 | 08:22:00 | 08:27:00 |
|---|---|---|---|---|---|---|---|---|
| HR  (bpm) | 94^ | 77^ | 137^ | 80^ | 80^ | 76^ | 81^ | 86^ |
| NBP systolic (mmHg) | 66^ | 62^ | 134^ | 72^ | 82 | 82^ | 71 | 158^ |
| NBP diastolic (mmHg) | 46^ | 45^ | 83^ | 48^ | 67 | 65^ | 52 | 129^ |
| NBP mean (mmHg) | 53^ | 51^ | 100^ | 56^ | 72 | 71^ | 58 | 139^ |
| EtCO2  (mmHg) | 29^ | 27^ | 38^ | 35^ | 32^ | 32^ | 33^ | 33^ |
| AwRR  (rpm) | 13^ | 11^ | 7^ | 10^ | 9^ | 10^ | 9^ | 10^ |
| SpO2  (%) | 99^ | 94^ | 100^ | 100^ | 100^ | 100^ | 100^ | 100^ |
| Pulse  (bpm) | 86^ | 68^ | 136^ | 58^ | 79^ | 61^ | 77^ | 77^ |

| Vital Trend | 08:32:00 | 08:37:00 | 08:42:00 | 08:47:00 | 08:52:00 | 08:57:00 | 09:02:00 | 09:07:00 |
|---|---|---|---|---|---|---|---|---|
| HR  (bpm) | 91^ | -- | -- | -- | -- | -- | -- | -- |
| NBP systolic (mmHg) | 78^ | 75 | -- | -- | -- | -- | -- | -- |
| NBP diastolic (mmHg) | 57^ | 53 | -- | -- | -- | -- | -- | -- |
| NBP mean (mmHg) | 64^ | 60 | -- | -- | -- | -- | -- | -- |
| EtCO2  (mmHg) | 35^ | 31^ | -- | -- | -- | -- | -- | -- |
| AwRR  (rpm) | 13^ | 12^ | -- | -- | -- | -- | -- | -- |
| SpO2  (%) | 100^ | -- | -- | -- | -- | -- | -- | -- |
| Pulse  (bpm) | 43^ | -- | -- | -- | -- | -- | -- | -- |

MCGH0031



Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 32 of 45 PageID #: 1000

MCGH0032

MACON COUNTY GENERAL HOSPITAL
204 MEDICAL DRIVE
LAFAYETTE, TN 37083

RADIOLOGY REPORT

PATIENT:  CHERRY PAMELA J                    DATE: 05-31-2011

SERVICE TYPE: EMR          ROOM:             MR# 28136

ORDERING PROVIDER: CHUNN STANLEY             DOB: ▓▓▓▓▓▓▓▓

PRIMARY PROVIDER:                            ACCT# 1032247

REASON FOR EXAMINATION: CPR in progress

SINGLE-VIEW CHEST
Endotracheal tube has been placed.  The tip is in good position.
No consolidation or pleural effusion is identified.  Heart size
is normal.  No bone destruction is identified.

CONCLUSION:    Endotracheal intubation without pulmonary
infiltrate, pleural effusion, pneumothorax, or cardiomediastinal
finding.

T: dlc 2011-05-31 12:27:25
D: Kraft, William 2011-05-31 07:39:49

*Electronically Signed By: KRAFT WILLIAM L 2011-05-31 14:17:57*

MCGH0033

MACON COUNTY GENERAL HOSPITAL    LABORATORY CLIA#44D0307212
P.O. BOX 378    JULIE LEMMON, M.D.
LAFAYETTE   TN  37083

```
Name:  CHERRY PAMELA J          Status: O/P / EMR      Adm Date: 5/31/11
Pat#: 1032247                   DOB:                   Adm Phys: CHUNN STANLEY
Strt:  5/31/11  7:31            Age/Sex: 58 / F        Ord Phys: CHUNN STANLEY
Ord#: R  300     400    500  600 MR#: 000028132        Fam Phys: MARGARET MAXWEL
         700

Special Instructions:
       Reported:  5/31/11  8:23
```

| Test Name | Result | Flag | Reference Range | Units |
|---|---|---|---|---|
| Collected: 5/31/11 7:32 SC  Received: 5/31/11 7:32 RL  Verified: 5/31/11 7:34 RL | | | | |
| **CBC WITH AUTO DIFF** | | | | |
| WBC COUNT AUTO | 14.6 | H | 4.8 - 10.8 | 10^3/mcL |
| RED BLOOD CELL | 3.31 | L | 4.20 - 5.40 | 10^6/mcL |
| HEMOGLOBIN | 11.2 | L | 12.0 - 16.0 | G/dL |
| HEMATOCRIT | 33.6 | L | 37.0 - 47.0 | % |
| MCV | 101.4 | H | 81.0 - 99.0 | FL |
| MCH | 33.8 | H | 27.0 - 31.0 | pg |
| MCHC | 33.3 | | 32.0 - 36.0 | g/dL |
| RDW | 14.0 | | 11.5 - 15.5 | % |
| PLATELET COUNT AUTO | 201 | | 130 - 400 | 10^3/mcL |
| MEAN PLATELET VOLUME | 7.6 | | 7.4 - 10.4 | fL |
| NEUTROPHIL % | 40.7 | L | 50.0 - 75.0 | % |
| LYMPHOCYTE % | 49.2 | H | 20.5 - 45.5 | % |
| MONOCYTE % | 6.2 | | 5.5 - 11.7 | % |
| EOSINOPHIL % | 1.4 | | 0.9 - 2.9 | % |
| BASOPHIL % | 2.5 | H | 0.2 - 1.0 | % |
| NEUTROPHIL ABSOLUTE # | 5.9 | H | 2.2 - 4.8 | 10^3/mcL |
| LYMPHOCYTE ABSOLUTE # | 7.2 | H | 1.3 - 2.9 | 10^3/mcL |
| MONOCYTE ABSOLUTE # | 0.9 | H | 0.3 - 0.8 | 10^3/mcL |
| EOSINOPHIL ABSOLUTE # | 0.2 | | 0.0 - 0.3 | 10^3/mcL |
| BASOPHIL ABSOLUTE # | 0.4 | H | 0.0 - 0.1 | 10^3/mcL |
| MANUAL DIFFERENTIAL | | | ........ | ....... |
| Collected: 5/31/11 7:32 SC  Received: 5/31/11 7:32 RL  Verified: 5/31/11 8:23 DH | | | | |
| **BASIC METABOLIC PANEL** | | | | |
| GLUCOSE | 424 | H | 70 - 110 | mg/dL |
| BLOOD UREA NITROGEN | 15 | | 7 - 18 | mg/dL |
| CREATININE | 1.4 | H | 0.6 - 1.3 | mg/dL |
| BUN/CREATININE RATIO | 10.7 | | 6.0 - 20.0 | |
| GFR | 39 | L | 60 | ml/min/1.73m2 |
| SODIUM | 137 | | 136 - 145 | mmol/L |
| POTASSIUM | 3.9 | | 3.5 - 5.1 | mmol/L |
| CHLORIDE | 102 | | 98 - 107 | mmol/L |
| CARBON DIOXIDE | 17.2 | L | 21.0 - 32.0 | mmol/L |

Continue ...

Name: CHERRY PAMELA J    Sex/Age: F/ 58    Pat#: 1032247

MGGH0034

MACON COUNTY GENERAL HOSPITAL         LABORATORY CLIA#44D0307212
P.O. BOX 378                      JULIE LEMMON, M.D.
LAFAYETTE    TN   37083

| | | |
|---|---|---|
| Name: CHERRY PAMELA J | Status: O/P / EMR | Adm Date: **5/31/11** |
| Pat#: 1032247 | DOB: ▓▓▓▓▓ | Adm Phys: CHUNN STANLEY |
| Strt: 5/31/11 7:31 | Age/Sex: 58 / F | Ord Phys: CHUNN STANLEY |
| Ord#: R 300 400 500 600 | MR#: 000028132 | Fam Phys: MARGARET MAXWEL |
| 700 | | |

Special Instructions:
       Reported: 5/31/11 8:23

| Test Name | Result | Flag | Reference Range | Units |
|---|---|---|---|---|
| ANION GAP | 21.7 | H | 10.0 - 18.0 | mmol/L |
| CALCIUM | 7.7 | L | 8.5 - 10.1 | mg/dL |
| OSMOLALITY CALCULATED | 293 | | 275 - 295 | mOsm/L |

Collected: 5/31/11 7:32 SC   Received: 5/31/11 7:32 RL   Verified: 5/31/11 8:23 DH
**CK MB**
| | | | | |
|---|---|---|---|---|
| CK MB | 159.5 | H | 0.0 - 3.6 | ng/mL |

Collected: 5/31/11 7:32 SC   Received: 5/31/11 7:32 RL   Verified: 5/31/11 8:23 DH
**MAGNESIUM**
| | | | |
|---|---|---|---|
| | 2.4 | | 1.8 - 2.4 | mg/dL |

Collected: 5/31/11 7:32 SC   Received: 5/31/11 7:32 RL   Verified: 5/31/11 8:23 DH
**TROPONIN-I**
| | | | |
|---|---|---|---|
| | 13.90 | H | 0.00 - 0.10 | ng/mL |

Name: CHERRY PAMELA J        Sex/Age: F/ 58        Pat#: 1032247

MCGH0035

MACON COUNTY GENERAL HOSPITAL              RESPIRATORY THERAPY
P.O. BOX 378                               JULIE LEMMON, M.D.
LAFAYETTE    TN  37083

Name: CHERRY PAMELA J              Status: O/P / EMR    Adm Date: 5/31/11
Pat#: 1032247                      DOB: ████████        Adm Phys: CHUNN STANLEY
Strt:  5/31/11  8:01               Age/Sex: 58 / F      Ord Phys: CHUNN STANLEY
Ord#: R  900                       MR#: 000028132       Fam Phys: MARGARET MAXWEL

Special Instructions:
        Reported:  5/31/11  8:04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Test Name                          Result Flag      Reference Range      Units

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Collected:  5/31/11  7:30 SC   Received:  5/31/11  7:32 KB   Verified:  5/31/11  8:04 KB
ARTERIAL BLOOD GAS
    PH                             6.98   CL       7.35 - 7.45
    PCO2                           39              35 - 45           mmHg
    PO2                            348    H        80 - 100          mmHg
    HCO3                           9      L        22 - 26           mmol/L
    BE                             -22    L        -2 - +2           mmol/L
    O2 SATURATION                  100             95 - 100          %
    SITE                           RT FEMORAL
    DEVICE                         AMBU BAG
    OXYGEN                         15                                L/minute
    # OF ATTEMPTS                  1               1 - 5
    PRESSURE HELD TO SITE          5                                 minutes

CRITICAL VALUE RESPONSE:
    5/31/11  8:03 ABG      KENDRA BRANSFORD notified Dr chunn
                           on 5/31/11 at 08:03
                           Critical value phoned and read back.

Name: CHERRY PAMELA J          Sex/Age: F/ 58      Pat#: 1032247

Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 36 of 45 PageID #: 1004
MCGH0036



Date/Time of
Insertion  5/31/11 0739

Initials  WSJ...

**BARD**

Foley Catheter

CHERRY PAMELA J                    HSV: EMR
DOB: ███████████      AGE: 58    SEX: F
ADMIT: 05/31/11    RM/BED:        /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132        PAT #: 1032247



⚠ **TAKE EVERY PRECAUTION**
TECHNIQUE AND TECHNOLOGY

**CDC Guidelines for Appropriate Indications for Indwelling Urethral Catheter Use**

www.TakeEveryPrecaution.com

☐ Patient has acute urinary retention or bladder outlet obstruction

☐ Need for accurate urine output measurements in critically ill patients

☑ Use for selected surgical procedures

☐ To assist in healing of open sacral or perineal wounds in incontinent patients

☐ Patient requires prolonged immobilization

☐ To improve comfort for end of life care

**Have You?**  ☐ Obtained order from physician/provider
☐ Explained procedure to patient and provide education

# Celina Fire / EMS

## HANDOFF REPORT

211 Green Street • P.O. Box 449
Celina, Tennessee 38551
Phone: (931) 243-3147
Fax: (931) 243-4969

Comp.# _____ /Log #_____   Dispatch Info: UNRESPONSIVE (NO PULSE) AMA ☐ HOSPICE ☐

Crew: S. Barlow / S. Philpot

PATIENT NAME: Pamela S Cherry
ADDRESS: ███████████
CITY: ██████ STATE ███ ZIP 46203
PHONE (317) 683 - 4716
SOCIAL SECURITY NO. _____
DATE OF BIRTH: ██████████ AGE 58
RACE C SEX Female WEIGHT _____ lbs.
INSURANCE: _____
INS #: _____ CARD COPIES: ☐ YES ☐ NO

PARAMEDIC ASSESSMENT PERFORMED ☑ YES ☐ NO

CHIEF COMPLAINT: Unresponsive
ALLERGIES: NKA
PAST HX: Unknown
MEDS: Unknown

PICK-UP: Residence of Family
SK ☐  EMER ☐  DEST: MCG
DOCTOR: Unknown   DOCTOR: Chunn

UNIT I.D. 58
DATE OF SERVICE 5/31/11

| | |
|---|---|
| RECEIVED | ARRIVAL PT |
| DISPATCHED | DEPARTURE |
| ENROUTE | DESTINATION |
| ARRIVAL | AVAILABLE |

MILEAGE
START _____
SCENE _____
DESTINATION _____
TOTAL _____

### 02 / AIRWAY THERAPY

| RATE | MODE | | | |
|---|---|---|---|---|
| BVM 15/m | Mask ☐ | NC ☐ | | |
| | Mask ☐ | NC ☐ | | |

| TIME | TYPE | SIZE | OS | OA |
|---|---|---|---|---|
| OET | | | | |
| NET | | | | |
| COMB | | | | |

MVC: PT. SEAT BELT ☐ YES ☐ NO ☐ NO ☑ Unknown
AIR BAG: ☐ YES ☐ NO
PT LOCATION: D C FP RP RC RP
OS + _____ OA + _____
PMS

SUCTION: ☑ YES ☐ NO

| LOC | UNRESP | TIME | MEDS / FLUIDS / VITALS | MODE | DOSE / RATE | RT / GA | SITE | PTA | M-T |
|---|---|---|---|---|---|---|---|---|---|
| Airway | open | 06:48 | CPR | BVM | Ventilations | NS | | | |
| Respirations | O | 06:50 | Intubated | 7-0 | Tube | 23 cm | at Lips | | |
| Pulse | none | 06:52 | PU NSR | EPI IVP | | | | | |
| B.P. | O/O | 06:53 | ATP | IVP | Shocked 6 Times | En Route | | | |
| SP02 | % | 07:04 | EPI | IVP | | | | | |
| EtCO2 | mmHg | 07:08 | ATP | IVP | | | | | |
| | | 07:13 | EPI | IVP | O2?% ET at ER | | | | |

Pupil Size R __mm L __mm
Pupil Response R + - J N+ J reactive

Current HX / MOI:

TREATMENT:

CHERRY PAMELA J          HSV: EMR
DOB: 06/14/1952   AGE: 58   SEX: F
ADMIT: 05/31/11   RM/BED:       /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032247

### GLASGOW COMA SCALE

| EYE OPENING | | |
|---|---|---|
| Spontaneous | 4 | |
| To Voice | 3 | |
| To Pain | 2 | |
| None | 1 | 1 |

| VERBAL RESPONSE | | |
|---|---|---|
| Oriented | 5 | |
| Confused | 4 | |
| Inappropriate Words | 3 | |
| Garbled | 2 | |
| None | 1 | 1 |

| MOTOR RESPONSE | | |
|---|---|---|
| Obeys Command | 6 | |
| Localized Pain | 5 | |
| Withdraw (Pain) | 4 | |
| Flexion (Pain) | 3 | |
| Extension (Pain) | 2 | |
| None | 1 | 1 |

Glasgow Coma Score Total: 3

### REVISED TRAUMA SCORE

| A. RESPIRATORY RATE | | |
|---|---|---|
| 10 - 29 | 4 | |
| > 29 | 3 | |
| 6 - 9 | 2 | |
| 1 - 5 | 1 | |
| 0 | 0 | |

| B. SYSTOLIC B.P. | | |
|---|---|---|
| > 89 | 4 | |
| 76 - 89 | 3 | |
| 50 - 75 | 2 | |
| 1 - 49 | 1 | |
| 0 | 0 | |

| C. GLASCOW COMA SCORE | | |
|---|---|---|
| 13 - 15 | 4 | |
| 9 - 12 | 3 | |
| 6 - 8 | 2 | |
| 4 - 5 | 1 | |
| 3 | 0 | |

REVISED TRAUMA SCORE TOTAL

1) I AUTHORIZE / ABOUT ME TO AND HEALTH CARIES OR CARE LATED MEDICAL TO BE USED IN PLACE OF THE ORIGINAL AND REQUEST PAYMENT OF MEDICAL INSURANCE BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

2) BY MY SIGNATURE OR THAT OF MY AUTHORIZED AGENT, I SHOW THAT I HAVE RECEIVED THE CELINA FIRE AND EMS HIPPA PRIVACY NOTICE.

3) ☐ IF THIS BLOCK IS CHECKED, THE PATIENT IS UNABLE TO SIGN AND/OR DID NOT HAVE A RESPONSIBLE PARTY PRESENT WHEN SERVICE WAS RENDERED AND/OR THE PATIENT WAS MENTALLY UNABLE TO UNDER-STAND THE FINANCIAL RESPONSIBILITY SECTION OF THIS AGREEMENT.

SIGNATURE OF PATIENT   1406   DATE SIGNED 05-31-11

REASON UNABLE TO SIGN: Unresponsive
WITNESS: S Barlow

EMT /EMT-P          RECEIVING SIGNATURE          PHYSICIAN ORDERS AUTHORIZATION

## AFTERCARE INSTRUCTIONS TO PATIENTS

The examination and treatment you have received in the Emergency Department has been rendered on an EMERGENCY basis ONLY and is not intended to be as substitute for an effort to provide COMPLETE medical care. Your listed family physician will be provided with a copy of this visit for continuity of your care. It is important that you let him check you again and that you report to him any new or remaining problems at that time. This is necessary because it is IMPOSSIBLE to recognize and treat ALL elements of illness or injury in a single Emergency Department visit. Meanwhile FOLLOW THE INSTRUCTIONS INDICATED FOR YOU BELOW.

### SPRAIN, FRACTURE AND SEVERE BRUISES

❑ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.

❑ Ice packs also help prevent swelling, especially during the first 48 hours. Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.

❑ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.

❑ If you have a cast, keep it perfectly dry at all times. Wait 24 hours for the cast to become strong before you allow pressure or weight on any part of the cast.

❑ Wiggle toes or fingers to help prevent swelling in the cast-this should be done often if it does not cause pain.

❑ If the part swells anyway, or gets cold, blue or numb, or pain increases markedly, have it checked promptly.

### BACK OR NECK INJURY INSTRUCTIONS

❑ Use heat or cold on the injured area - whichever seems to help the most. Be careful not to burn yourself.

❑ Rest as much as possible until you are improved.

❑ Avoid positions and movements that make pain worse.

❑ Relax emotionally - If you are tense, the problem will only be worse.

❑ Gentle but firm massage will increase circulation in sore muscles and helps clear soreness.

### WOUND CARE (CUTS, ABRASIONS, BURNS, ETC.)

❑ Keep the dressings clean and dry.

❑ Elevate the wound to help relieve soreness and help speed wound healing.

❑ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus, or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.

❑ Clean stitches with Peroxide or Betadine Solution, then apply Neosporin Ointment and bandage.

❑ Dressings should be changed in _____days.
  ❑ Change them.
  ❑ Call and see your doctor.

❑ Tetanus Toxoid given. _____

### FOLLOW - UP INSTRUCTIONS

❑ Call to arrange an appointment at his office to see Dr. _____in ___ days for follow-up care. **Call sooner if you think necessary.** His phone. _____

### HEAD INJURY INSTRUCTIONS

Report to your doctor immediately if anything listed occurs (even within several months.)

❑ Persistent vomiting, stiff neck, fever.

❑ Unequal pupils (one pupil large, one small).

❑ Confusion or unusual drowsiness.

❑ Convulsions or unconsciousness.

❑ Stumbling or other problems with normal use of arms or legs, or areas of skin numbness.

**NOTE:** Wake patient hourly the first night to check for these signs.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by the Radiology Dept. If any abnormalities are found that have not been called to your attention; your doctor will be notified. (Please be certain that the Emergency Dept. has the name of your family doctor.)

Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken.

### GENERAL INSTRUCTIONS

❑ Stay in bed / may go to the bathroom.

❑ Use vaporizer.

❑ Take clear liquids by mouth until nausea, vomiting, diarrhea and abdominal cramps subside, then gradually return to normal diet.

❑ Drink large amounts of liquid.

❑ Take _____ Tylenol every 4 hours. Stop after 48 hours.

❑ Avoid any use of injured part.

❑ Allow only limited use of the part.

❑ No weight bearing, use crutches.

❑ Fill prescriptions given to you from Emergency Dept. and take as directed.

❑ Warm soaks to area 4 times daily, 20 to 40 minutes each time.

❑ Stop smoking

❑ Fever control instructions given.

❑ Do not drive or operate machinery while taking medication.

❑ Apply ice packs to area.

❑ Wear eye patch for _____ hours.

❑ See patient home medication list.

❑ Post sedation / pain mediation instructions.

### ADDITIONAL INSTRUCTIONS / EDUCATIONAL HANDOUTS: _____

_____

_____

I hereby acknowledge receipt of all the instructions as indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my condition worsens or if new symptoms appear, I should contact my Doctor immediately, or if unable to reach my doctor, return to the Emergency Room. I understand that if I receive a medication to take home with me, it may not be in a childproof container and I am assuming responsibility for safe storage.

| PATIENT OR GUARDIAN SIGNATURE | DATE | WITNESS SIGNATURE |
|---|---|---|
| | | |

CHERRY PAMELA J          HSV: EMR
DOB ▮▮▮▮▮ AGE: 58     SEX: F
ADMIT: 05/31/11  RM/BED:      /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132     PAT #: 1032247

**MCGH Phone: 666-2147**          134032

MCGH0039

**MACON COUNTY GENERAL HOSPITAL**
**P O BOX 378**
**LAFAYETTE, TN 3708**
**615-666-2147**

CHERRY PAMELA J          HSV: EMR
DOB: ████████████AGE: 58  SEX: F
ADMIT: 05/31/11  RM/BED:    /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132     PAT #: 1032247

## NOTICE TO OUR PATIENTS AND/OR THEIR REPRESENTATIVE

In order to be able to offer the healthcare services needed by our community, Macon County General Hospital has contracted with independent contractors who have been granted the privilege of using the facilities at Macon County General hospital for the care and treatment of their patients. However, they are ***NOT*** employed by the hospital. Organizations and/or individuals that will provide services and/or patient care in Macon County General Hospital facilities and will generate a separate bill include but are not limited to:

| | |
|---|---|
| PICC Line Insertion | Podiatrist |
| Anesthesia | Cardiologist |
| Surgeons | Gastroenterologist |
| ER Physicians | Ophthalmologist |
| Radiologist | Dentist |
| Pathologist | Orthopedics |
| Physicians seeing patients in Specialty Clinic | Ambulance/Helicopter Services |

If you have any questions about these arrangements, please ask a registration specialist for assistance.

If you have any questions about these separate bills, please call the number on the bill.

The above information has been explained to me and I understand that the above organization/individuals are not employees of Macon County General Hospital and that I will be billed separately for the services of any of the above groups.

_____          _____
Patient's Signature                                    Date

*Daniel Cherry*                                   5-31-11
_____          _____
Representative's Signature                        Date

MAC-265  Rev. 12-09                          Reorder from Two Point Inc.  1-800-800-5876

MCGH0040

# MACON COUNTY GENERAL HOSPITAL
Lafayette, Tennessee 37083

Patient Name _____

CHERRY PAMELA J          HSV: EMR
DOB : ▉▉▉▉▉▉    AGE: 58    SEX: F
ADMIT: 05/31/11    RM/BED:    /
ATT: CRUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032247

**1. Authorization for Treatment:** This is to certify that I (we) the undersigned request treatment a considered necessary for the patient whose name appears below. I voluntarily consent to the rendering authorized agents of MCGH as deemed necessary or beneficial in their professional judgment. I acknow examination or treatment of my condition. I understand that as part of my healthcare, MCGH originates and maintains health records describing my health history, symptoms, examination, and test results, diagnoses, treatment and any plans for further care or treatment. I understand that this information will be used by hospital employees as a basis for planning my care and treatment, and as a means of communication among the healthcare professionals who contribute to my care. I realize that copies of this visit may be forwarded to my listed attending physician for continuity of care; and I understand that it may be necessary for MCGH or my attending physician to make available to other healthcare providers, copies of my medical records for information relating to my care for follow-up or continued care. I understand that I must instruct MCGH otherwise if I wish copies of this visit NOT to be forwarded to my attending physician or other healthcare providers. Authorization is hereby granted for such treatment and procedures.
- For ER Patients Only: I(we) understand that a personal physician is to be selected by or on behalf of the patient within 24 hours of hospitalization if further treatment is required or immediately if complications arise.

**2. Assignment of Insurance Benefits and Release of Information:** I hereby authorize payment directly to MCGH for entitled benefits arising out of any policy of insurance insuring patient or any other party liable to patient and hereby assign any group, individual, Medicare and/or Medicaid payment due me to Macon County General Hospital benefit for application on patient's bill. I also authorize the Hospital to transfer any overpayment to other accounts for which I am responsible. Furthermore, I agree that if my case is handled under the Workers Compensation Act the agent is hereby authorized to have access to, or request copies of my hospital record. I also authorize payment directly to all Physicians, Radiologist, Pathologist, and Anesthesiologist performing services to me or for me through MCGH of all benefits which may be due and payable under insurance coverage that I may have. I hereby authorize MCGH and physicians to furnish any medical information and/or copies of my medical record as requested by insurance companies with whom I have coverage. A carbon or photostatic copy of this signature shall be considered as valid as the original. Medicare-Medicaid Patient's Certification: I certify that the information given by me in applying for payment under Titles XVIII and/or XIX of the Social Security Act is correct. I authorize release of all records required to act on this request. I request that payment of authorized benefits be made on my behalf.

**3. Financial Agreement and Payment Guarantee:** For and in consideration of the services rendered to the patient by MCGH, I (we) do hereby guarantee payment of all charges incurred to the account of the named patient from time of admission until discharge. I (we) the undersigned agree to pay reasonable attorney's fees and collection expenses associated with this account should it be referred to an attorney for collection.

**4. Waiver of Hospital Responsibility for Patient Valuables:** MCGH will endeavor to take all necessary precautions to safeguard personal articles and valuables of patients being treated at the hospital; however MCGH shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, coats or other articles brought to the hospital. I understand all personal property must be collected at the time of discharge from the hospital.

**5. Infection Control Consent:** To protect against possible transmission of blood borne diseases, such as Hepatitis or Human Immunodeficiency Virus (HIV), I understand it may be necessary or medically indicated to test my blood while I am a patient at MCGH. If, for example, a hospital employee is stuck by a needle while drawing blood, is splashed with blood, or sustains a scalpel injury and is exposed to my blood, I understand my blood, as well as the employee's blood will be tested for possible infection with the above mentioned diseases. These results will be kept confidential as provided by Tennessee State Law.

**6. Patient Rights and Responsibilities:**
Do you currently have Hospice?   No ___✓___   Yes _____ (agency) _____
Do you currently have Home Health?   No ___✓___   Yes _____ (agency) _____
I have been offered a copy of the Patient Rights and Responsibilities.   X ___DLC___ (initials)

**7. Privacy Notice Acknowledgement:** Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. By initialing the line below, you acknowledge your receipt of our Notice of Privacy Practices.
I have received a copy of Macon County General Hospital's Notice of Privacy Practices.  X ___DLC___ (initials)

**8. Appointment Reminders and Follow-up Calls:** I give my consent for MCGH to leave a message or voice mail in reference to my hospital visit for items such as appointment reminders, insurance items, and/or test results.   X _____ (initials) Phone number: _____

**9. Advance Directives:**
Do you have a Durable Power of Attorney for Healthcare?   No ___✓___   Yes _____ (name) _____ (phone) _____
Do you have a Living Will?   No ___✓___   Yes _____
If Yes, is a copy available?   No _____   Yes _____   If copy not available, content of advanced directives includes _____

**10. Request for Private Room:** In the event that I am admitted, I would like to request a Private Room, if available?   X _____ (initials)

**11. Patient Directory:**
I hereby give permission to MCGH to include my name, location within the hospital, and general condition (good, fair, stable) to the following:

_____ ___✓___ Anyone who inquires

_____ **DO NOT** include in Directory

During my stay in the hospital, I hereby give permission to MCGH to share my general condition and details of my care with the following people.

Name _____   Relationship _____

Name _____   Relationship _____

X _____   _____
Patient's Signature                    Date

X _Pamela Cherry_   _____
Guardian of Minor/Authorized Person    Relationship

X _Daniel Carr_   _5-31-11_
Witness                               Date

**TELEPHONE PERMISSION FOR TREATMENT**

This patient is an unemancipated minor _____ years of age, and unable to sign for treatment. Telephone consent is given on the patient's behalf by:

Name of Representative _____   Relationship _____

1st Witness of Telephone Call _____   Date & Time _____

2nd Witness of Telephone Call _____   Date & Time _____

**REFUSAL OF TREATMENT – MEDICAL SCREENING – DISCHARGE AGAINST MEDICAL ADVICE**

This is to certify that I, _____, have refused medical care and treatment and am leaving MCGH against medical advice of the attending physician and hospital staff. I acknowledge that I have been informed of the risk(s) involved, which include _____ _____ and hereby release all concerned (physician, hospital, and employees) from all responsibility and any ill effects which may result from my action.

Signed _____   Witness _____   Date _____

Case 2:12-cv-00043   Document 117-8   Filed 10/08/13   Page 41 of 45 PageID #: 1009

MCGH0041





CHERRY PAMELA J                HSV: EMR
DOB:                    AGE: 58    SEX: F
ADMIT: 05/31/11    RM/BED:        /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132    PAT #: 1032247

Vanderbilt LifeFlight
Vanderbilt Medical Center
Skyport Helipad - VUH
Nashville, TN 37232-7430

| | |
|---|---|
| Business: | 615.936.0770 |
| Fax: | 615.936.0772 |
| Communications: | 615.322.3211 |
| Flight Request: | 1.800.288.8111 |
| www.vulifeflight.com | |

Date: **5/31/11**

Dear Colleagues:

Thank you for requesting Vanderbilt LifeFlight to provide air medical transport for your patient. Vanderbilt LifeFlight is currently conducting a post-flight customer service survey on all of our missions. LifeFlight is asking each referring facility/agency to provide feedback on the transfer experience. Your cooperation would help us tremendously to provide better customer service in the fut: .e. It will only take a couple of minutes to complete the on-line survey.

Please go to www.vulifeflight.com   Click on the icon for the **On-Line Feedback Form** in the top right margin of the page.

Flight crew:   Wilson   MATTHEWS   MORMAN

Flight Number:   **823**

Thanks in advance for your participation in our survey.

Sincerely,

Flight Crew Member

***Vanderbilt LifeFlight is committed to assisting you with equipment returns. If you have sent a piece of equipment with LifeFlight (e.g. spinal immobilization) you may send an e-mail to EMSEquipment@Vanderbilt.edu This will alert the staff that your service or hospital has equipment needing to be returned. ***



*Physician Certification Statement*     <u>Please give completed form to flightcrew</u>
*Medical Necessity for Air Medical Transport*

Flight# _____     MR# _____

Date: 5-31-11     Patient Name: Cherry, Paula     Diagnosis: Cardiopulmonary Arrest

Presenting time critical condition / required intervention: 0716

---

The following information is required for INTERFACILITY TRANSPORTS:

As the attending physician for *(enter patient name)* Paula Cherry

at *(enter referring hospital name)* Macon Co General, I am directing

emergency transportation to the services of *(enter receiving physician name)* Dr. McPherson

at *(enter receiving facility and unit name)* Vanderbilt

*Based on an assessment of this patient, emergent transportation is required for the following reasons (mark all that apply, minimum of one from both sections):*

**1 - REASON(S) FOR METHOD OF TRANSPORT:**

☒ The patient's condition was **TIME CRITICAL**, requiring rapid air transportation in order to minimize morbidity / mortality.

☒ The patient's condition met established criteria for transport based on published standards for appropriate utilization of air transport from the EMS, cardiac, trauma, pediatric, and neonatal communities.

☒ During transport, the patient's condition required critical care life support and monitoring by an ALS crew with an attending RN present *(specify care)*: ☐ Intubated ☐ TPA infusion ☐ IABP ☐ ETCO2 Monitoring ☐ EKG ☒ IV Medications, titrated drips *(specify Medications)* Dopamine gtt   NS x2 ☒ Ventilator dependent at the time of transport ☐ Other_____

☒ Ground transport would have been hazardous due to the **LENGTH OF TRANSPORT**. Ground transport time of _____ minutes versus air transport time of _____ minutes.

☐ Ground transport would have been hazardous and / or delayed due to:☐ Rush hour / traffic conditions ☐ Bridge out / road construction ☐ Adverse weather conditions require fixed wing transport ☐ Care needed beyond the scope of a ground unit

**2 - REASON(S) PATIENT REQUIRED TRANSPORT:**

*All Interfacility transports must document why the referring facility was not the appropriate facility*
The referring facility, evidenced below and superseding any other documentation in electronic, paper or any other media format, was not the appropriate facility due to *(mark all that apply)*:

☒ Define all services not available at the time of transport (required): Cardiology,  ICU

☒ Bed or appropriate bed (e.g. ICU/CCU) for care was not available at the time of transport;

☒ Unequipped/ Specialty Service Department not open/ available to provide necessary hospital care at the time of transport;

☒ Appropriate physician or physician specialist not available to provide the necessary care required to treat the patient;

☐ Appropriate surgeon or back-up surgeon not available at the time of transport and or;

☒ Patient's condition at the time of transport requires a higher level of trauma care or other specialized care not currently available at the time of transport.

☐ Specialized maternal / neonatal care required with high-risk obstetrician and / or neonatal ICU not available at referring facility. Other maternal / neonatal specialized services needed *(describe care required and facilities needed)* _____

☐ Specialized Level I Trauma Care required with diagnostic and trauma surgical facilities readily available.*(Describe services not available at referring facility)*_____

*Mechanism of injury:* ☐ Fall > 20 feet ☐ MVC with rollover ☐ Pedestrian struck by motor vehicle ☐ MVC with ejection ☐ _____ ☐ Blast injury ☐ Extrication time > 30 minutes ☐ Trauma patient > 55 years of age ☐ _____ or more proximal extremity fractures ☐ Pregnant trauma patient ☐ Crash speed change>20 mph

CHERRY PAMELA J
DOB: █████████     HGV: EMR
ADMIT: 05/31/11     AGE: 58   SEX: F
ATT: CHUNN STANLEY     RM/BED:
PCP: MARGARET MAXWEL
NR #: 000028132     PAT #: 1032247

/PA/NP (or per voice order)

Signature of Referring MD/DO/RN/PA/NP (or per voice order)

60904-6/14/10

MCGH0043



Flight# _____

MR# _____

### Vanderbilt LifeFlight Signature Form – Version 1.5

**Patient Name:** _Paula Cherry_          **Transport Date:** _5/31/11_

I hereby authorize Vanderbilt University Medical Center, its agents, employees and/or physicians, to transport and for services provided to me by Vanderbilt LifeFlight now or in the future by means of the Vanderbilt LifeFlight Ground, Helicopter or Fixed Wing. I understand the risks, benefits and alternatives of this transfer. I further authorize the administration of such diagnostic procedures, medications and medical treatment as may be deemed necessary prior to or during transport in order to stabilize my/his/her medical condition.

In the event that I am unable to be present at the hospital upon arrival, I hereby consent to and authorize such hospital to provide care, diagnostic procedures and medical treatment, including testing for HIV antibodies (AIDS test), as may be deemed necessary by the attending physician.

I understand that expeditious transport to the Hospital has been determined to be medically necessary, and I hereby request and authorize that such transport be made by ground or air ambulance. I understand that I am financially responsible for the services provided to me by Vanderbilt LifeFlight, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to Vanderbilt LifeFlight any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to Vanderbilt LifeFlight. I authorize Vanderbilt LifeFlight to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical information or documentation about me to release such information to Vanderbilt LifeFlight and its billing agents, and/or the Centers for Medicare and Medicaid Services and its carriers and agents, and/or any other payers or insurers as may be necessary to determine these or other benefits payable for any services provided to me by Vanderbilt LifeFlight, now or in the future. I understand that air ambulance is a more expensive mode of medical transport than is ground transportation.

I understand that a copy of the Vanderbilt LifeFlight Notice of Privacy Practices will be provided. If transferred to VUMC, the VUMC Notice of Privacy Practices will be provided as soon as reasonably practicable by mail or hand-delivery.

----------------------------------------------------------------

### SIGNATURE SECTION:
### ONE of the following three sections MUST be completed.

| SECTION I – PATIENT SIGNATURE | SECTION II – AUTHORIZED REPRESENTATIVE SIGNATURE |
|---|---|
| This Section is for **emergencies or non-emergencies.** The patient must sign here unless the patient is physically or mentally incapable of signing. | This section is for **emergencies or non-emergencies.** Complete this section **only** if patient is **physically or mentally incapable** of signing. **\*\*Reason the patient is physically** (unconscious/unresponsive, physical disability, the patient's condition is emergent in nature; such that any delay in treatment could reasonably result in catastrophic consequences; such as permanent disability and/or the loss of life or limb, etc) or **mentally** (experiencing an altered level of consciousness, language barrier during an emergent situation, without an immediate means of language translation available, known to be under the influence of alcohol/narcotics, mental disability, etc.) incapable of signing; |

X _____
Patient Signature or Mark          Date

If the patient signs with an "X" or other mark, it is recommended that someone sign below as a witness. This can be an transport crew member.

X _____
Witness Signature          Date

_____
Witness Printed Name

Authorized representatives include **only** the following individuals (check one):
☐ Patient's Legal Guardian   ☐ Patient's Health Care Power of Attorney
☐ Relative or other person who receives government benefits on behalf of patient
☒ Relative or other person who arranges treatment or handles the patient's affairs
I am signing on behalf of the patient. I recognize that signing on behalf of the patient in not an acceptance of financial responsibility for the services rendered.
X _____ 5/31/11 _David Cherry_
Representative Signature          Date          Printed Name of Representative

### SECTION III - EMERGENCIES ONLY - TRANSPORT CREW AND FACILITY REPRESENTATIVE SIGNATURES

Complete this section **only** if **all** of the following are true: (1) the call is an **emergency** ambulance transport, (2) the pt was physically or mentally incapable of signing, **and** (3) no authorized representative (Section II) was available or willing to sign on behalf of the pt at time of service.

**A.      Transport Crew Member Statement** (**must** be completed by crew member at time of transport)
*My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. My signature is not an acceptance of financial responsibility for the services rendered.*

Reason pt incapable of signing: _____

Name and Location of Receiving Facility: _____          Time at Receiving Facility: _____

X _____
Signature of Crewmember          Date          Printed Name of Crewmember

**B.      Receiving Facility Representative Signature**
*The patient named on this form was received by this facility at the date and time indicated above. My signature is not an acceptance of financial responsibility for the services rendered to this patient.*

X _____
Signature of Receiving Facility Representative          Date          Printed Name and Title of Receiving Facility Representative

**C.      Secondary Documentation** (required only if signature in Section B above cannot be obtained)

_____ ure is obtained, the ambulance crew should attempt to obtain one or more of the following forms of
_____ eiving facility indicating that the patient was transported to that facility by ambulance on the date and
_____ e of this information to the ambulance service is expressly permitted by §164.506(c) of HIPAA.
_____ representative of facility)     ☐ Facility Face Sheet/Admissions Record
                                        ☐ Hospital Log or Other Similar Facility Record

CHERRY PAMELA J          HSV: EMR
DOB: ███████ AGE:  58   SEX: F
ADMIT: 05/31/11   RM/BED:        /
ATT: CHUNN STANLEY
PCP: MARGARET MAXWEL
MR #: 000028132   PAT #: 1032247

MCGH0044

# MACON COUNTY GENERAL HOSPITAL

204 Medical Drive    Phone 666-2147    Lafayette, TN

Name: _Pamela Cherry_

Address: _____    Date: _0_

℞ Voltren 75 mg
      i po q12 h pr

Flexerl 10 i po q8h
                              #30

Label: ☐YES ☐NO

Age _____ Wt. _____

Refill 0 - 1 - 2 - 3 - 4 - 5  P.R.N.

_____    M.D. _____
Substitution OK                                    Dispense As Written

DEA#: _BT 5961013_