IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DAVID CHERRY, personal )
representative of the ESTATE )
OF PAMELA CHERRY )
 )
    Plaintiff ) CIVIL ACTION NO. 2:12-cv-00043
 )
VERSUS ) JUDGE TRAUGER
 ) MAGISTRATE JUDGE KNOWLES
MACON HOSPITAL, INC. d/b/a )
MACON COUNTY GENERAL )
HOSPITAL, HANNA C. ILIA, M.D., )
JAMES BARLOW, JIMMY PHILPOTT, )
CELINA FIRE DEPARTMENT EMS )
and CLAY COUNTY E911 BOARD, )
 )
    Defendants )

## MOTION FOR SUMMARY JUDGMENT
## ON BEHALF OF JAMES BARLOW AND JIMMY PHILPOTT

    Come the defendants, James Barlow and Jimmy Philpott, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move the Court to dismiss them and to grant summary judgment in this case. There are no material issues of fact in dispute, and these defendants are entitled to be dismissed as a matter of law because they have total personal immunity pursuant to Tennessee Code Annotated, § 29-23-310(c) and the Tennessee Supreme Court holding in *Hill v. Germantown*, 31 S.W.3d 234 (Tenn. 2010), and its progeny.

1

Attached is a Memorandum of Law in Support of this Motion.  Also attached are the Affidavit of Kristy Copas and a Statement of Material Facts to Which There is No Genuine Issue.

        Respectfully submitted,

        MOORE, RADER AND
        FITZPATRICK, P. C.

        By <u>s/Daniel H. Rader III, B.P.R. No.002835</u>
            Attorneys for Defendants,
            James Barlow,
            Jimmy Philpott and
            Town of Celina,
            P. O. Box 3347
            Cookeville, TN 38502
            (931-526-3311)


        By <u>s/Daniel H. Rader IV, B.P.R. No.025998</u>
            Attorneys for Defendants,
            James Barlow,
            Jimmy Philpott and
            Town of Celina,
            P. O. Box 3347
            Cookeville, TN 38502
            (931-526-3311)

CERTIFICATE OF SERVICE

       I hereby certify that on December 20, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Mr. D. Bruce Kehoe<br>Ms. Kelly M. Scanlan<br>Wilson Kehoe Winingham LLC<br>2859 N. Meridian St.<br>Indianapolis, IN 46208 | Ms. Mary Ann Stackhouse<br>Lewis, King, Krieg & Waldrop, P.C.<br>620 Market Street<br>One Centre Square, Fifth Floor<br>Knoxville, TN 37901-2425 |
| Mr. Joseph Paul Bednarz, Sr.<br>Mr. Joseph Paul Bednarz, Jr.<br>404 James Robertson Parkway<br>Suite 2100 Parkway Towers<br>Nashville, TN 37219 | Mr. Brent A. Kinney<br>Mr. Michael F. Jameson<br>Mr. Phillip Lester North<br>North, Pursell, Ramos & Jameson, PLC<br>Bank of America Plaza<br>414 Union Street, Suite 1850<br>Nashville, TN 37218-1783 |
| Ms. Reba Brown<br>Mr. Winston Harless<br>Lewis, King, Krieg & Waldrop, P.C.<br>201 Fourth Avenue North, Suite 1500<br>Nashville, TN 37219-8615 | Mr. John F. Floyd<br>Todd, Floyd & Hammet, PLC<br>3817 Bedford Avenue, Suite 220<br>Nashville, TN 37215 |
| Ms. Lisa M. Carson<br>Buerger, Mosselley & Carson, PLC<br>306 Public Square<br>Franklin, TN 37064 | |

This the 20th day of December, 2013.

                                MOORE, RADER AND
                                FITZPATRICK, P. C.
                                By s/Daniel H. Rader III, B.P.R.No. 002835
                                    Attorneys for Defendants,
                                    James Barlow, Jimmy Philpott and
                                    Town of Celina,
                                    P. O. Box 3347
                                    Cookeville, TN 38502
                                    (931-526-3311)