IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, personal representative of the ESTATE OF PAMELA CHERRY | ) ) ) ) |
| Plaintiff | ) CIVIL ACTION NO. 2:12-cv-00043 |
| VERSUS | ) ) JUDGE TRAUGER ) MAGISTRATE JUDGE KNOWLES |
| MACON HOSPITAL, INC. d/b/a MACON COUNTY GENERAL HOSPITAL, HANNA C. ILIA, M.D., JAMES BARLOW, JIMMY PHILPOTT, CELINA FIRE DEPARTMENT EMS and CLAY COUNTY E911 BOARD, | ) ) ) ) ) ) ) |
| Defendants | ) |

## **AFFIDAVIT OF KRISTY COPAS**

STATE OF TENNESSEE

COUNTY OF PUTNAM

Kristy Copas, being first duly sworn, makes oath as follows:

My name is Kristy Copas. I am the Director for the Celina Fire Department EMS. This is not a separate legal entity, but is a department of the Town of Celina. I am an employee of the Town of Celina.

With respect to the 911 call to Pamela Cherry on May 31, 2011, and the dispatch of the ambulance, James Barlow and Jimmy Philpott were both operating as employees

1

of the Town of Celina and responded to this call in the course and scope of their employment with the Town of Celina.

This information is true and is based upon my own personal knowledge.

Further Affiant saith not.

                                                  KRISTY COPAS

STATE OF TENNESSEE

COUNTY OF PUTNAM

Sworn to and subscribed before me this 9 day of December, 2013.

                                                  NOTARY PUBLIC

My Commission Expires:

July 22, 2014

2

Case 2:12-cv-00043   Document 156-1   Filed 12/20/13   Page 2 of 2 PageID #: 1247