UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, Personal Representative of the ESTATE OF PAMELA CHERRY, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>MACON HOSPITAL, INC. d/b/a MACON COUNTY GENERAL HOSPITAL, HANNA C. ILIA, M.D., JAMES BARLOW, JIMMY PHILPOTT, CELINA FIRE DEPARTMENT EMS, and CLAY COUNTY E911 BOARD<br><br>Defendants. | CASE NO. 2:12-cv-00043 |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND PLEADINGS BY INTERLINEATION TO IDENTIFY PROPER PARTY IN INTEREST

Comes now the Court, having reviewed Plaintiff's Motion to Amend Pleadings by Interlineation to Identify Proper Party in Interest, and the Court being duly and sufficiently advised in the premises now GRANTS said motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff's pleadings and the caption herein be amended by interlineation to properly reflect Defendant Celina Fire Department EMS as Town of Celina, Tennessee.

DATED: December 27, 2013

_____
JUDGE, United States District Court

1