IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DAVID CHERRY, personal representative of the Estate of Pamela Cherry, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 2:12-0043<br>Judge Trauger |
| MACON HOSPITAL, INC., d/b/a Macon County General Hospital, HANNA C. ILIA, M.D., JAMES BARLOW, JIMMY PHILPOTT, CELINA FIRE DEPARTMENT EMS, and CLAY COUNTY E911 BOARD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### O R D E R

Because of pending motions in this case, it is hereby **ORDERED** that the case management conference presently scheduled for January 6, 2014 is **CONTINUED**, to be reset, if appropriate, following disposition of these motions.

It is so **ORDERED.**

Enter this 27th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge