

**MACON COUNTY GENERAL HOSPITAL**
**P. O. BOX 378**
**LAFAYETTE, TENNESSEE 37083**

PHONE 615-666-2147

## AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

I, Christel Carter, RHIT, am the duly authorized Custodian of Medical Records for Macon County General Hospital under the laws of the State of Tennessee and have authority to certify said Medical Records, and

I further certify that the enclosed copy of Medical Records pertain to (patient) Pamela J. Cherry for dates of service: 5/30/2011 and 5/31/2011; and attached to this Affidavit is a true copy of the original medical records, and

Said Medical Records were created and maintained by the personnel of the hospital, staff physicians, or persons acting under the control of either the hospital personnel or staff physicians during the ordinary course of business and recorded at or near the time of the act, condition, or event reported therein, and

The cost to furnish the copies of these medical records is based on the usual charges of the hospital in accordance with T.C.A. 68-11-304.

_Christel Carter, RHIT_

Christel Carter, RHIT
Director, Health Information Management

_6-15-12_

Date

Subscribed and sworn to before me, a Notary Public,
on this 15TH day of _June_, 2012.

_Tammy Y. Dampf_

Notary Public, State of Tennessee

My Commission expires: 3-18-2014

**EXHIBIT**
60

134017

MACON COUNTY GENERAL HOSPITAL
204 Medical Drive • Lafayette, Tennessee 37083 • (615) 666-2147

**REGISTRATION ADMISSION**

WRSA:
VRE:

Advance Directive: N

| PATIENT ACCOUNT NO. | | MEDICAL RECORD NO. |
|---|---|---|
| 1032224 | | .000020132 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | PRIM LANGUAGE | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| CHERRY PAMELA J | 06/14/1952 | 58 | F | W | | 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 |
| 1152 FLETCHER AVENUE | | | | | | |

| MAR STATUS | REL | FIN | FORM | ADMITTED BY | HIPAA | |
|---|---|---|---|---|---|---|
| INDIANAPOLIS        IN | M | Q | B | EAU | Y Y Y | COP |
| 46203 | | | | | | |

| COUNTY: MARION | ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM/BED NO. |
|---|---|---|---|---|
| PHONE: (317) 683-4716 | 05/30/11    19:15 | | EMR | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| FARM BUREAU | CHERRY DAVID | |
| | | |
| PHONE: | PHONE: (317) 683-4716 | |
| OCC: | REL: SPOUSE | REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| CHERRY PAMELA J | FARM BUREAU | ILIA HANNA         4950 |
| 1152 FLETCHER AVENUE | | |
| INDIANAPOLIS        IN | | ADMITTING PHYSICIAN (Name, Number) |
| 46203 | | ILIA HANNA         4950 |
| PHONE: (317) 683-4716 | PHONE: | REFERRING PHYSICIAN (Name, Number) |
| SSN: 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 | | |
| REL: SELF | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| ANTHEM | | |
| ONE CAMERON HILL CIRCLE | | |
| SUITE 0002 | | |
| CHATTANOOGA        TN | | |
| 374020000 | | |
| | | |
| POLICY# FBJAN2471298 | POLICY# | POLICY# |
| GROUP #: 003321926 | GROUP #: | GROUP #: |
| GRP NAME: BC | GRP NAME: | GRP NAME: |
| AUTH#: | AUTH#: | AUTH#: |
| CHERRY PAMELA J | | |
| SEX: F    RELATION: 18 | SEX:    RELATION: | SEX:    RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS |
|---|
| |

| COMMENTS |
|---|
| |

05/30/11      19:29
Current System Date and Time

MC1000/12240B

MCGH0002

# Macon County General Hospital
Lafayette, Tennessee

CHERRY PAMELA J          HSV: EMR
DOB: 06/14/1952   AGE:  58   SEX: F
ADMIT: 08/30/11   RM/BED: /
ATP: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000028132   PAT #: 1032224

## EMERGENCY DEPARTMENT

| ADVANCE DIRECTIVES | Return to ER within 72 hours? |
|---|---|
| ☐None known _____ | ☐ Yes  ☐ No |
| ☐POA for Healthcare? Name: _____ Phone: _____ | Medical Record Obtained for Review? |
| ☐Living Will? Content if copy not available _____ | ☐ Yes  ☐ No |

### PHYSICIAN ORDERS

_Saline lock_

_NS 500 cc IV bolus X 1_

_NTG 0.4 mg SL_

_Toradol 30 mg IV X 1_

_D/C home_

**Laboratory Orders:**
- ☐ Amylase
- ☐ Blood C&S x 2
- ☑ BMP *CMP*
- ☐ BNP
- ☑ CBC with Diff
- ☑ CK-MB
- ☐ CPK
- ☐ Digoxin Level
- ☐ Flu Screen
- ☐ Free T-4
- ☑ Lipase
- ☑ Magnesium
- ☐ Myoglobin
- ☐ PT
- ☐ PTT
- ☐ RSV
- ☐ Sputum C&S
- ☐ Strep Screen
- ☑ Troponin
- ☐ TSH
- ☐ Urinalysis
- ☐ Urine C&S

**Radiology Orders:**
- ☐ CXR PA & Lat
- ☐ CXR Portable

**Other Orders:**
- ☐ ABG
- ☐ Crisis Protocol
- ☑ EKG
- ☐ Jet Neb
- ☐ Old Chart

Physician Signature _____

134017

Unacceptable Abbreviations: U; IU; QD; QOD; MS; MSO₄; MgSO₄; lack of leading zero; presence of trailing zero

MCGH0003

Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 3 of 18 PageID #: 1509

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives
33

# Macon County General Hospital
## EMERGENCY PHYSICIAN RECORD
### ◆ Chest Pain ◆

PQRI – Physician Quality Reporting Initiative

DATE: 5-29-11  TIME: 1920  □ on arrival ROOM: 1
___ EMS Arrival ___ EMS treatments ordered _____
HISTORIAN: (patient) spouse paramedics _____
___ HX / EXAM LIMITED BY: _____
TRANSFER FROM: _____  □ see transfer record
TREATMENT PTA:  by patient  paramedics  EDP  PCP
lasix  nitroglycerin  O₂  albuterol neb tx  aspirin

## HPI

**chief complaint:** chest pain / discomfort
From Head (7/10) to c (cont)
**onset / duration:** ___ hrs / days ago _____
___ time of onset between 4 AM and 7 AM _____

**timing:** sudden/ gradual onset  constant  "waxing & waning"
still present  better  worse  intermittent episodes lasting _____
gone now  lasted ___  persistent / worse since _____

**context:** onset during: sleep rest emotional upset activity/exertion

**severity:** max:  mild  moderate  severe (1/10) _____
currently:  mild  moderate  severe (1/10) ___ gone

**quality:**          **location of pain:**
pressure
tightness
indigestion
(boring)
dull
aching
sharp
stabbing
like prior MI

radiation (show radiation: _____ )

**radiation:** ___ none ___ diagrammed above _____
arm / shoulder / back / neck / jaw _____

**associated symptoms:**          palpitations
nausea / vomiting          cough  blood / sputum
sweating          weakness
shortness of breath          dizziness
hurts to breathe

**worsened by:** ___ nothing          **relieved by:** ___ nothing
deep breaths  exertion          sitting up  rest  antacids
movement  change in position          nitroglycerin  O₂  aspirin

Similar symptoms previously  angina
Recently seen / treated by doctor / hospitalized _____

ACS cardiac risk factors: third pain fall safes

---

ER#:
Name:

CHBIRY PAMELA J          HSV: EMS
DOB: 06/14/1952  AGE: 58  SEX: F
ADMIT: 05/30/11  RM/BED: _____
PCP: MARGARET MAXWEL          R: 0
ATT: ILIA MARIA          R: 4950
MR #: 000028132          PAT #: 1032224

## ROS

**CONST**
recent illness
fever / chills
recent injury
**MS / LYMPH**
neck / back pain
calf pain
ankle swelling
**GI / GU**
abdominal pain
black stools
problems urinating
LNMP ___ preg  post-menop

**EYES / ENT**
problem with vision
sore throat
**SKIN / ENDO**
rash
recent weight change
**NEURO / PSYCH**
headache
(dizzy)
(anxiety)
(depression)
□ all systems neg except as marked

CVS / RESP / GI / NEURO components also addressed in HPI

## PAST HX

hypertension
diabetes  Type 1  Type 2
diet / oral / insulin
(hyperlipidemia)
cardiac disease
AMI  angina  CHF  A-fib
DVT / PE risk factors:  cast  cancer
recent surgery  leg swelling  bedridden
paralysis  prior DVT/PE
TAD / AAA risk factors: _____
pregnancy  connective tissue dz
Marfan's  Ehlers-Danlos
___ old records ordered / summary _____

**CVA / TIA** deficit
GI disease
GERD  peptic ulcer  GI bleed
gall stones  hepatitis  pancreatitis
immunocompromise
HIV  malignancy  steroids  transplant
kidney disease / dialysis
lung disease
asthma  COPD  pneumothorax

**Surgeries / Procedures** ___ none
cardiac bypass          cholecystectomy
cardiac cath / stent          appendectomy
pacemaker / ICD          hysterectomy
stress test          dental work recent
CT / MRI / ECHO

**Immunizations:** influenza / pneumovax  UTD / referred to PCP _____
**Medications** ___ none  see nurses note    **Allergies**  NKDA
aspirin / β-blocker (within 24 h)  coumadin    see nurses note
clopidogrel  BCPs

## SOCIAL HX
smoker  ___ ppd  drugs (cocaine / IV) _____
alcohol (recent / heavy / occasional) ___ occupation _____
living situation: alone  at home  in nursing home _____
## FAMILY HX  CAD (under 55 / over 55)  DVT/PE  AAA/TAD

MCGH0004

Case 2:12-cv-00043  Document 189-5  Filed 01/24/14  Page 4 of 18 PageID #: 1510

## PHYSICAL EXAM

☐ Nursing Assessment Reviewed ☑ Vitals Reviewed _____

**General Appearance**
- ☐ no acute distress
- ☐ alert

mild / moderate / severe distress _____
anxious / lethargic _____

**EENT**
- ☐ PERRL
- ☐ eyes nml inspection
- ☐ ENT nml inspection
- ☐ pharynx nml

post-surgical pupillary defect (R / L) _____
scleral icterus / pale conjunctivae _____
EOM palsy / anisocoria _____
pharyngeal erythema _____
abnml TM / hearing deficit _____

**NECK**
- ☐ nml inspection
- ☐ no carotid bruit

JVD present _____
lymphadenopathy* _____
subcutaneous emphysema _____

**RESPIRATORY**
- ☐ no resp. distress
- ☐ chest non-tender
- ☐ nml breath sounds

see diagram _____
respiratory distress _____
manifests distinct pain on movement _____
R / L arm  trunk _____
splinting / deer air mvmnt _____
wheezes / rales * / rhonchi _____

**CVS**
- ☐ reg. rate & rhythm
- ☐ no murmur
- ☐ no gallop
- ☐ no friction rub
- ☐ pulses full / equal

irregularly irregular rhythm _____
extrasystoles ( occasional / frequent ) _____
tachycardia / bradycardia _____
friction rub / Hamman's crunch _____
gallop ( S3 / S4 ) * _____
murmur  grade _/6  sys / dias _____
decreased pulse(s) _____
R / L  radial __ fem __ dors ped __ _____
bilateral BP's asymmetrical _____

_+ [handwritten notation]_

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe

**ABDOMEN (GI)**
- ☐ non-tender
- ☐ no organomegaly
- ☐ no distention
- ☐ nml bowel sounds*

tenderness / guarding / rebound _____
abnml bowel sounds _____
hepatomegaly / splenomegaly / mass _____
bruit / pulsatile mass _____

**RECTAL**
- ☐ non-tender
- ☐ heme neg stool

black / bloody / heme pos. stool _____
tenderness _____

**SKIN**
- ☐ color nml, no rash
- ☐ warm, dry

cyanosis * / diaphoresis * / pallor _____
skin rash zoster-like _____
embolic lesions / signs of IVDA _____
decubitus _____

**EXTREMITIES (MS)**
- ☐ non-tender / nml ROM *
- ☐ no pedal edema

pedal edema * _____
calf tenderness / Homan's sign _____

**NEURO / PSYCH**
- ☐ oriented x3
- ☐ mood / affect nml
- ☐ CN's nml as tested
- ☐ motor nml
- ☐ sensation nml

disoriented to person / place / time _____
depressed mood / affect _____

facial droop _____

_Underline_ indicates organ system
* equivalent or substance required for organ system exam

Chest Pain – 33

---

## LABS, EKG & X-RAYS

| ☐ CBC | Chemistries | 1st Set | PT/PTT |
|---|---|---|---|
| nml except | nml except | CK | INR |
| WBC | Gluc | CKMB | D-Dimer |
| Hgb | BUN | Troponin | BNP |
| Hct | Creat | 2nd Set | Cultures sent |
| Platelets | Na | CK | blood x___ |
| segs | K | CKMB | sputum |
| bands | CO2 | Troponin |  |

**RHYTHM STRIP** ___ NSR ___ Rate ___

☐ EKG ☐ NML ☐ interp. by me ☐ Reviewed by me ___ Rate ___
___ NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T
not / changed from _____
Repeat EKG - pending / unchanged / _____

☐ CXR ☐ interp. by me ☐ Reviewed by me ☐ Discd w/ radiologist
☐ nml / NAD ___ no infiltrates ___ nml heart size ___ nml mediastinum

☐ CT Scan ___ chest / abdomen ___ V/Q Scan ☐ Discd w/ radiologist
___ nml / NAD

☐ Pulse Ox ___ % on RA / ___ L O₂ Interp: nml / hypoxic Time: ___

## PROGRESS

Time ___ unchanged  **improved**  re-examined ___
pain not gone completely _____

CHERRY PAMELA J          HSV: EMR
DOB: 06/14/1952    AGE: 58    SEX: F
ADMIT: 05/30/11    RM/BED:
PCP: MARGARET MAXWEL      R: 0
ATT: ILIA HANNA          A: 4950
MR #: 000028132    PAT #: 1032224

**Rx given**

antibiotics given _____

◆ CP/AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer _____
◆ CAP - SaO₂ / VS / MSE / antibiotic(s) / pathogen / BC / CXR or CT / transfer _____

☐ Clinical Tool Box
☐ TIMI ACS risk
☐ PERC / Well's PE
☐ CURB-65 / PORT

Discussed with Dr. _____  Additional history from:
or Cardiologist at ___ AM / PM  family caretaker paramedics
will see patient in: ED / hospital / office

Counseled patient / family regarding lab / test results diagnosis need for follow-up _____
Smoking cessation: discussed: plan / trigger / challenges / gave Rx time: ___ min
**CRIT CARE TIME** (excluding separately billable procedures) _____
30-74 min   75-104 min ___ min

## CLINICAL IMPRESSION

◆ Chest Pain - acute
precordial / tightness / pressure
chest wall / discomfort / angina
Dyspnea -- acute
◆ Myocardial Infarction - acute
◆ Pneumonia
Pleurisy / Pleuritis

Aortic Dissection
Pericarditis
Pneumomediastinum
Pneumothorax
Pulmonary Edema / CHF
Pulmonary Embolism

_[signatures]_

DISPOSITION: ☐ transferred ☐ home ☐ expired ☐ AMA
Time ___ ☐ admitted OBS   POA decubitus / UTI (falls) ___
Follow-Up ___ ☐ arranged less than 24 hours ___
CONDITION ☐ critical ☐ improved ☐ stable ☐ unchanged
Care transferred to Dr. _____  Time: ___

PHYSICIAN SIGNATURE _____ RT#: ___
☑ Template Complete  ☐ See Addendum (Dictated / Template #___)

6-14-52

**MACON COUNTY GENERAL HOSPITAL**
Triage/Nurses Notes
**GENERAL ADULT**

ER Record #: 134017    Age: 58 M/F

Name: Cherry, Pamela J.
PCP: Maxwell

HPI: Pain from neck + jaws down [illegible]
[illegible]
[illegible]

Assoc. symptoms: [illegible]

Treatment PTA: [illegible]
Pain level: (0-10) [illegible]
[illegible]
BP: ___ P: ___ R: ___ T: ___ W: 122 lb. 6
LMP: ___ □ O2 Sat ___ □ 2L [illegible]
Exam Room #: ___ Temp: 1022    □ WBS □
ALLERGIES: Latex □ NKA □

Safety measures implemented □

MEDS: Simbastatin, Zoloft, Levothyrox ng

PMH/PSH: Chronic constipation, [illegible]
Anxiety, smokes 1ppd

Airway/Breathing: WNL □ other
Circulation: WNL □ other
Skin color/temp/turgor: WNL □ other
AAO x 3 □ other
MAE: □   equal hand grasps Y/N   <   equal leg strength Y/N
Monitor: Y/N Initial rhythm: ___   □ rhythm strip □
Head/Face: WNL □ other

Neck: WNL □ other
Chest/heart tones: WNL □ other

Abdomen/Flanks: WNL □ other

GU/GYN: WNL □ other
Pelvis/Perineum: WNL □ other
Upper Extremities: WNL □ other

Lower Extremities: WNL □ other

Posterior Surface: WNL □ [illegible] sun burn on upper back
Lab: drawn by ___ NURSE: labs call complete □ □ CBG: Y/N
ABG: Y/N drawn: ___ in progress: ___ complete: ___
X-ray: Y/N requested: ___ complete: ___
Urine: Y/N CMS- CATH collected: ___ to lab: ___ complete: ___   C&S: Y/N
CT: Y/N in progress: ___ complete: ___   Nurse w/pt in CT? Y/N
EKG: Y/N requested: 1920 ___ completed: ___ reviewed by: ___
Primary Nurse/Assessment Time: ___

**TIME** | **NARRATIVE** | **INIT.**
--- | --- | ---
 | | 

CHERRY PAMELA J          HSV: EMR
DOB: 06/14/1952   AGE:  58   SEX: F
ADMIT: 05/30/11   RM/BED:     /
ATT: ILIA HANNA
PCP: MARGARET MAXWELL
MR #: 000028132       PAT #: 1032224

MODE OF ARRIVAL: Date 5-29-11 Time 1915
w/c □ ambulatory □ carried □ stretcher □
immobilized □   EMS □ other
□ see narrative □
IV: □ site/size/fluid/rate/TBA ___
Acuity:  1 Critical  2 Emergent  3 Urgent
4 Nonurgent  5 Minor
Communication barrier Y/N   Interpreter: ___
Do you have any of the following: weight loss Y/N
night sweats Y/N   loss of appetite Y/N   fever Y/N
Mobility Problems Y/N   see narrative □
IMMUNIZATIONS: UTD □   Unknown □   > Syrs □
Td/TT 0.5ml IM   site: ___   by ___
Manuf ___   Lot # ___   Exp. date ___

**TIME** | **PROCEDURE** | **Comments** | **INI**
--- | --- | --- | ---
 | | | 

**TIME** | **BP** | **P/rhythm** | **R** | **T** | **O2 sat** | **PL**
--- | --- | --- | --- | --- | --- | ---
 | | | | | | 

**TIME** | **NARRATIVE (cont.)** | **INI**
--- | --- | ---
 | | 

Discharged □ Admit □ to home □ 2150
other: ___
Via: w/c □ stretcher □ arms □ ambulatory □
Condition: improved □ stable □ unstable □ critical □
VS: BP 110/75 P 84 R 20 T 97.4 PL 98%
Written/verbal inst. given ex. patient & caregiver □ web understanding □
sedation warnings given □ driver home log Y/N
valuables sent w/pt: Y/N   Discharged by: ___

**SIGNATURE** | **INI** | **SIGNATURE** | **INI**
--- | --- | --- | ---
 | | | 

**CHRONOLOGY** | **Paged** | **Notified/Comments** | **Exam Time**
--- | --- | --- | ---
EDP: 7/10 | | home | 1932
PCP: | | |
Consult: | | |
Cons: | | |

Preferred method of learning:
Verbal  Written  Combination
Initials: ___

MCGH0006

| Macon County General Hospital | | | Emergency Room Medication Administration Record | | | | | |
|---|---|---|---|---|---|---|---|---|

Date:

| Time | Medication / IV Fluid | Amount | Route | Site | Nurse | Response | *Time Complete (see legend) | Comments |
|---|---|---|---|---|---|---|---|---|
| 2005 | Nitroglycerin | 0.4mg | SL | | | No Reaction / Improved ___/10 / Other ___ | A  T | No A |
| 2009 | IV | 500cc Bolus | | | | No Reaction / Improved ___/10 / Other ___ | A  T | BP 134/87 |
| 2120 | Toradol | 30mg | IM | | | No Reaction / Improved 8/10 / Other ___ | A  T | states Maria 8/10 better 8/10 |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A  T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A  T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A  T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A  T | |
| | | | | | | No Reaction / Improved ___/10 / Other ___ | A  T | |

*Time Complete Legend: A-Continued at admission    T-Continued at Transfer

| Time | Site | Catheter Size | Attempts | Solution | Rate | By | Comments |
|---|---|---|---|---|---|---|---|
| #1 2142 | RAC | 24 gauge / 22 gauge / X 20 gauge / 10 needle___ / 18 gauge / 16 gauge | | X Saline Lock | X Saline Flush | | IV Fluids DC'd / Time: ___ Init. ___ / X IV DC'd / Time: 242 Init. / X Site Clear/Cath Intact / Continued at Admission / Continued at Transfer |
| #2 | | 24 gauge / 22 gauge / 20 gauge / 10 needle___ / 18 gauge / 16 gauge | | Saline Lock | Saline Flush | | IV Fluids DC'd / Time: ___ Init. ___ / IV DC'd / Time: ___ Init. ___ / Site Clear/Cath Intact / Continued at Admission / Continued at Transfer |

| Time In-house O2 started | Oxygen | Route | Nurse | Time Stopped | Comments |
|---|---|---|---|---|---|
| ___ | O2 @ ___ L/min | Nasal Cannula / Simple Mask / Venti-mask / Non-Rebreather / Transport Ventilator | | Continued at Admission / Continued at Transfer / Time: ___ | |

| Nurse Signature | Init. | Nurse Signature | Init. |
|---|---|---|---|
| | | | |

Physician Signature

CHERRY PAMELA J          HGV: ENR
DOB: 06/14/1952  AGE: 58   SEX: F
ADMT: 05/30/11   RH/BED:
FCP: MARGARET MAXWEL       R: 0
ATT: ILZA HANNA            R: 4950
MR #: 000028132    PAT #: 1032224

EXH# 134 017

MCGH0007

| Case ID: | 1105301927155216 | Patient ID: | 06141952 |
| Case date: | 5/30/2011 | First name: | PAMELA |
| Device: | HeartStart MRx: US00540164 | Last name: | CHERRY |



MCGH0008

Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 8 of 18 PageID #: 1514

Case ID: 11053019271552/6
Case date: 5/30/2011
Device: HeartStart MRx: US00540164

Patient ID: 06141952
First name: PAMELA
Last name: CHERRY

| Vital Trend | 19:27:00 | 19:32:00 | 19:37:00 | 19:42:00 | 19:47:00 | 19:52:00 | 19:57:00 | 20:02:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 86^ | 94^ | 95^ | 100^ | 98^ | 97^ | 101^ | 90^ |
| SpO2 (%) | 99^ | 98^ | 100^ | 99 | 99^ | 97^ | 97^ | 97^ |
| Pulse (bpm) | 83^ | 94^ | 100^ | 99 | 95^ | 95^ | 101^ | 91^ |
| NBP systolic (mmHg) | .. | .. | .. | .. | 124 | .. | — | 127 |
| NBP diastolic (mmHg) | .. | .. | .. | .. | 84 | .. | .. | 88 |
| NBP mean (mmHg) | .. | .. | .. | .. | 97 | .. | .. | 101 |

| Vital Trend | 20:07:00 | 20:12:00 | 20:17:00 | 20:22:00 | 20:27:00 | 20:32:00 | 20:37:00 | 20:42:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 93^ | 95^ | .. | 91 | 95^ | 95^ | 94^ | 89^ |
| SpO2 (%) | 96^ | 94^ | 95^ | 97^ | .. | .. | .. | .. |
| Pulse (bpm) | 93^ | 94^ | 90^ | 94^ | .. | .. | .. | .. |
| NBP systolic (mmHg) | .. | .. | 124 | .. | .. | 124 | .. | .. |
| NBP diastolic (mmHg) | .. | .. | 87 | .. | .. | 87 | .. | .. |
| NBP mean (mmHg) | .. | .. | 99 | .. | .. | 99 | .. | .. |

| Vital Trend | 20:47:00 | 20:52:00 | 20:57:00 | 21:02:00 | 21:07:00 | 21:12:00 | 21:17:00 | 21:22:00 |
|---|---|---|---|---|---|---|---|---|
| HR (bpm) | 94^ | 91^ | 97^ | 92^ | 93^ | 83 | .. | .. |
| SpO2 (%) | .. | .. | .. | .. | .. | .. | .. | .. |
| Pulse (bpm) | .. | .. | .. | .. | .. | .. | .. | .. |
| NBP systolic (mmHg) | 131 | .. | .. | 127 | .. | .. | .. | .. |
| NBP diastolic (mmHg) | 95 | .. | .. | 88 | .. | .. | .. | .. |
| NBP mean (mmHg) | 107 | .. | .. | 101 | .. | .. | .. | .. |

MCGH0009

Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 9 of 18 PageID #: 1515



Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 10 of 18 PageID #: 1516

MCGH0010

MACON COUNTY GENERAL HOSPITAL        LABORATORY CLIA#44D0307212
P.O. BOX 378                    JULIE LEMMON, M.D.
LAFAYETTE    TN   37083

```
Name: CHERRY PAMELA J              Status: O/P / EMR   Adm Date: 5/30/11
Pat#: 1032224                         DOB: 6/14/52     Adm Phys: ILIA HANNA
Strt: 5/30/11 19:38               Age/Sex: 58 / F      Ord Phys: ILIA HANNA
Ord#: R  100   200   300   400        MR#: 000028132   Fam Phys: MARGARET MAXWEL
          500
```

Special Instructions:
     Reported:   5/30/11 20:08

| Test Name | Result Flag | Reference Range | Units |
|---|---|---|---|
| Collected: 5/30/11 19:44 ER   Received: 5/30/11 19:44 CS   Verified: 5/30/11 19:45 CS | | | |
| **CBC WITH AUTO DIFF** | | | |
| WBC COUNT AUTO | 14.4   H | 4.0 - 10.8 | 10^3/mcL |
| RED BLOOD CELL | 3.99   L | 4.20 - 5.40 | 10^6/mcL |
| HEMOGLOBIN | 13.2 | 12.0 - 16.0 | g/dL |
| HEMATOCRIT | 39.5 | 37.0 - 47.0 | % |
| MCV | 98.9 | 81.0 - 99.0 | FL |
| MCH | 33.0   H | 27.0 - 31.0 | pg |
| MCHC | 33.4 | 32.0 - 36.0 | g/dL |
| RDW | 14.1 | 11.0 - 15.0 | % |
| PLATELET COUNT AUTO | 291 | 130 - 400 | 10^3/mcL |
| MEAN PLATELET VOLUME | 7.3   L | 7.4 - 10.4 | FL |
| NEUTROPHIL % | 84.0   H | 50.0 - 78.0 | % |
| LYMPHOCYTE % | 10.1   L | 20.0 - 45.0 | % |
| MONOCYTE % | 4.0   L | 5.5 - 11.7 | % |
| EOSINOPHIL % | 1.7 | 0.0 - 6.0 | % |
| BASOPHIL % | 0.2 | 0.2 - 1.0 | % |
| NEUTROPHIL ABSOLUTE # | 12.1   H | 2.2 - 4.8 | 10^3/mcL |
| LYMPHOCYTE ABSOLUTE # | 1.5 | 1.3 - 2.9 | 10^3/mcL |
| MONOCYTE ABSOLUTE # | 0.6   H | 0.3 - 0.5 | 10^3/mcL |
| EOSINOPHIL ABSOLUTE # | 0.3 | 0.0 - 0.2 | 10^3/mcL |
| BASOPHIL ABSOLUTE # | 0.0 | 0.0 - 0.1 | 10^3/mcL |
| MANUAL DIFFERENTIAL | | | |
| Collected: 5/30/11 19:44 ER   Received: 5/30/11 19:44 CS   Verified: 5/30/11 20:08 CS | | | |
| **COMPREHENSIVE METABOLIC PANEL** | | | |
| GLUCOSE | 116   H | 70 - 110 | mg/dL |
| BLOOD UREA NITROGEN | 16 | 7 - 18 | mg/dL |
| CREATININE | 0.9 | 0.6 - 1.3 | mg/dL |
| BUN/CREATININE RATIO | 17.8 | 6.0 - 20.0 | |
| GFR | >60 | | mL/min/1.73m2 |
| SODIUM | 139 | 136 - 145 | mmol/L |
| POTASSIUM | 3.3   L | 3.5 - 5.1 | mmol/L |
| CHLORIDE | 102 | 98 - 107 | mmol/L |
| CARBON DIOXIDE | 30.1 | 21.0 - 32.0 | mmol/L |

                                           Continue ...

Name: CHERRY PAMELA J        Sex/Age: F/ 58      Pat#: 1032224

MCGH0011

MACON COUNTY GENERAL HOSPITAL                LABORATORY CLIA#44D0307212
P.O. BOX 378                                 JULIE LEMMON, M.D.
LAFAYETTE    TN  37083

| | |
|---|---|
| Name: **CHERRY PAMELA J** | Status: O/P / EMR | Adm Date: **5/30/11** |
| Pat#: 1032224 | DOB: 6/14/52 | Adm Phys: ILIA HANNA |
| Strt: 5/30/11 19:38 | Age/Sex: 58 / F | Ord Phys: ILIA HANNA |
| Ord#: R 100   200   300   400 | MRH#: 000028132 | Fam Phys: MARGARET MAXWEL |
|         500 | | |

Special Instructions:
        Reported:  5/30/11 20:08

| Test Name | Result | Flag | Reference Ranges | Units |
|---|---|---|---|---|
| ANION GAP | 10.2 | | 10.0 - 18.0 | mmol/L |
| TOTAL PROTEIN | 6.8 | | 6.4 - 8.2 | g/dL |
| ALBUMIN SERUM | 3.3 | L | 3.4 - 5.0 | g/dL |
| GLOBULIN | 3.5 | | 2.2 - 3.9 | g/dL |
| ALBUMIN/GLOBULIN RATIO | 0.9 | L | 1.0 - 2.4 | |
| CALCIUM | 8.7 | | 8.5 - 10.1 | mg/dL |
| OSMOLALITY CALCULATED | 280 | | 275 - 295 | mOsm/L |
| BILIRUBIN TOTAL | 0.20 | | 0.00 - 1.00 | U/L |
| ALKALINE PHOSPHATASE | 103 | | 50 - 136 | U/L |
| AST/SGOT | 18 | | 15 - 37 | U/L |
| ALT/SGPT | 21 | L | 30 - 65 | U/L |

Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS

| | | | | |
|---|---|---|---|---|
| CK MB | | | | |
| CK MB | 1.9 | | 0.0 - 3.6 | ng/mL |

Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS

| | | | | |
|---|---|---|---|---|
| MAGNESIUM | 1.8 | | 1.8 - 2.4 | mg/dL |

Collected: 5/30/11 19:43 ER   Received: 5/30/11 19:43 CS   Verified: 5/30/11 20:08 CS

| | | | | |
|---|---|---|---|---|
| TROPONIN-I | 0.06 | | 0.00 - 0.10 | ng/mL |

Name: CHERRY PAMELA J          Sex/Age: F/ 58          Pat#: 1032224

Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 12 of 18 PageID #: 1518

MCGH0012

## AFTERCARE INSTRUCTIONS TO PATIENTS

The examination and treatment you have received in the Emergency Department has been rendered on an EMERGENCY basis ONLY and is not intended to be as substitute for an effort to provide COMPLETE medical care. Your listed family physician will be provided with a copy of this visit, for continuity of your care. It is important that you let him check you again and that you report to him any new or remaining problems at that time. This is necessary because it is IMPOSSIBLE to recognize and treat ALL elements of illness or injury in a single Emergency Department visit. Meanwhile FOLLOW THE INSTRUCTIONS INDICATED FOR YOU BELOW.

### SPRAIN, FRACTURE AND SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours. Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times. Wait 24 hours for the cast to become strong before you allow pressure or weight on any part of the cast.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast; this should be done often if it does not cause pain.
- ☐ If the part swells anyway, or gets cold, blue or numb, or pain increases markedly, have it checked promptly.

### BACK OR NECK INJURY INSTRUCTIONS

- ☐ Use heat or cold on the injured area - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movements that make pain worse.
- ☐ Relax emotionally - If you are tense, the problem will only be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps clear soreness.

### WOUND CARE (CUTS, ABRASIONS, BURNS, ETC.)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus, or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Clean stitches with Peroxide or Betadine Solution, then apply Neosporin Ointment and bandage.
- ☐ Dressings should be changed in _____ days.
  - ☐ Change them.
  - ☐ Call and see your doctor.
- ☐ Tetanus Toxoid given.

### FOLLOW - UP INSTRUCTIONS

- ☒ Call to arrange an appointment at his office to see Dr. _Margaret_ in ___ days for follow-up care. Call sooner if you think necessary. His phone. _____

### HEAD INJURY INSTRUCTIONS

Report to your doctor immediately if anything listed occurs (even within several months.)

- ☐ Persistent vomiting, stiff neck, fever.
- ☐ Unequal pupils (one pupil large, one small).
- ☐ Confusion or unusual drowsiness.
- ☐ Convulsions or unconsciousness.
- ☐ Stumbling or other problems with normal use of arms or legs, or areas of skin numbness.

NOTE: Wake patient hourly the first night to check for these signs.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by the Radiology Dept. If any abnormalities are found that have not been called to your attention, your doctor will be notified. (Please be certain that the Emergency Dept. has the name of your family doctor.)

Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed / may go to the bathroom.
- ☐ Use vaporizer.
- ☐ Take clear liquids by mouth until nausea, vomiting, diarrhea and abdominal cramps subside, then gradually return to normal diet.
- ☐ Drink large amounts of liquid.
- ☐ Take _____ Tylenol every 4 hours. Stop after 48 hours.
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ No weight bearing, use crutches.
- ☒ Fill prescriptions given to you from Emergency Dept. and take as directed.
- ☐ Warm soaks to area 4 times daily, 20 to 40 minutes each time.
- ☐ Stop smoking
- ☐ Fever control instructions given.
- ☐ Do not drive or operate machinery while taking medication.
- ☐ Apply ice packs to area.
- ☐ Wear eye patch for _____ hours.
- ☐ See patient home medication list.
- ☐ Post sedation / pain mediation instructions.

### ADDITIONAL INSTRUCTIONS / EDUCATIONAL HANDOUTS:

_Return to ER as needed_

I hereby acknowledge receipt of all the instructions as indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my condition worsens or if new symptoms appear, I should contact my Doctor immediately, or if unable to reach my doctor, return to the Emergency Room. I understand that if I receive a medication to take home with me, it may not be in a childproof container and I am assuming responsibility for safe storage.

PATIENT OR GUARDIAN SIGNATURE    DATE 5/30/11    WITNESS SIGNATURE

CHERRY PAMELA J
DOB: 06/14/1952   AGE: 59   SEX: F
ADMIT: 05/30/11   RM/BED:
ATT: ILIA HANNA
PCP: MARGARET MAXWEL
MR #: 000020132   PAT #: 1032224

MCGH Phone: 666-2147     134017

Case 2:12-cv-00043   Document 189-5   Filed 01/24/14   Page 13 of 18 PageID #: 1519

MCGH0013



MACON COUNTY GENERAL HOSPITAL
P O BOX 378
LAFAYETTE, TN 37083
615-666-2147

CHERRY PAMELA J                HSV: EMR
DOB: 06/14/1952   AGE: 58     SEX: F
ADMIT: 05/30/11   RM/BED:   /
ATT: ILIA HANNA
MR #: 000028132              PAT #: 1032224

## NOTICE TO OUR PATIENTS AND/OR THEIR REPRESENTATIVE

In order to be able to offer the healthcare services needed by our community, Macon County General Hospital has contracted with independent contractors who have been granted the privilege of using the facilities at Macon County General hospital for the care and treatment of their patients. However, they are **_NOT_** employed by the hospital. Organizations and/or individuals that will provide services and/or patient care in Macon County General Hospital facilities and will generate a separate bill include but are not limited to:

| | |
|---|---|
| PICC Line Insertion | Podiatrist |
| Anesthesia | Cardiologist |
| Surgeons | Gastroenterologist |
| ER Physicians | Ophthalmologist |
| Radiologist | Dentist |
| Pathologist | Orthopedics |
| Physicians seeing patients in Specialty Clinic | Ambulance/Helicopter Services |

If you have any questions about these arrangements, please ask a registration specialist for assistance.

If you have any questions about these separate bills, please call the number on the bill.

The above information has been explained to me and I understand that the above organization/individuals are not employees of Macon County General Hospital and that I will be billed separately for the services of any of the above groups.

_____
Patient's Signature                              Date

_____                    6-30-11
Representative's Signature                       Date

MAC-265  Rev.12-09                    Reorder from Two Print Inc.  1-800-800-5576

# MACON COUNTY GENERAL HOSPITAL
Lafayette, Tennessee 37083

CHERRY PAMELA J
DOB: 06/14/1952
ADMIT: 05/30/11          AGE: 58        HSV: EHR
ATT: ILIA HANNA          RM/BED:        SEX: F
PCP: MARGARET MAXWEL
MR #: 000028132                         PAT #: 1032224

Patient Name

**1. Authorization for Treatment:** This is to certify that I (we) the undersigned request treatment... [text partially illegible] considered necessary for the patient whose name appears below. I voluntarily consent to the rendering of such care by the physicians, employees and authorized agents of MCGH as deemed necessary or beneficial in their professional judgment. I acknowledge that no guarantee have been made... Part of such examination or treatment of my condition. I understand that as part of my healthcare, MCGH originates and maintains health records describing my health history, symptoms, examination, test results, diagnoses, treatment and any plans for further care or treatment. I understand that this information will be used by hospital employees as a basis for planning my care and treatment, and as a means of communication among the healthcare professionals who contribute to my care. I realize that copies of this visit may be forwarded to my listed attending physician for continuity of care; and I understand that it may be necessary for MCGH or my attending physician to make available to other healthcare providers, copies of my medical records for information relating to my care for follow-up or continued care. I understand that I must instruct MCGH otherwise if I wish copies of this visit NOT to be forwarded to my attending physician or other healthcare providers. Authorization is hereby granted for such treatment and procedures.

• For ER Patient Only: I(we) understand that a personal physician is to be selected by or on behalf of the patient within 24 hours of hospitalization if further treatment is required or immediately if complications arise.

**2. Assignment of Insurance Benefits and Release of Information:** I hereby authorize payment directly to MCGH for entitled benefits arising out of any policy of insurance insuring patient or any other party liable to patient and hereby assign any group, individual, Medicare and/or Medicaid payment due me to Macon County General Hospital benefit for application on patient's bill. I also authorize the Hospital to transfer any overpayment to other accounts for which I am responsible. Furthermore, I agree that if my care is handled under the Workers Compensation Act the agent is hereby authorized to have access to, or request copies of my hospital record. I also authorize payment directly to all Physicians, Radiologists, Pathologist, and Anesthesiologist performing services to me or for me through MCGH of all benefits which may be due and payable under insurance coverage that I may have. I hereby authorize MCGH and physicians to furnish any medical information and/or copies of my hospital record as requested by insurance companies with whom I have coverage. A carbon or photostatic copy of this signature shall be considered as valid as the original. Medicare-Medicaid Patient's Certification: I certify that the information given by me in applying for payment under Title XVIII and/or XIX of the Social Security Act is correct. I authorize release of all records required to action this request. I request that payment of authorized benefits be made on my behalf.

**3. Financial Agreement and Payment Guarantee:** For and in consideration of the services rendered to the patient by MCGH, I (we) do hereby guarantee payment of all charges incurred to the account of the named patient from time of admission until discharge. I (we) the undersigned agree to pay reasonable attorney's fees and collection expenses associated with this account should it be referred to an attorney for collection.

**4. Waiver of Hospital Responsibility for Patient Valuables:** MCGH will endeavor to take all necessary precautions to safeguard personal articles and valuables of patients being treated at the hospital, however MCGH shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, or other articles brought to the hospital. I understand all personal property must be collected at the time of discharge from the hospital.

**5. Infection Control Consent:** To protect against possible transmission of blood borne diseases, such as Hepatitis or Human Immunodeficiency Virus (HIV), I understand it may be necessary or medically indicated to test my blood while I am a patient at MCGH. If, for example, a hospital employee is stuck by a needle while drawing blood, is splashed with blood, or sustains a scalpel injury and is exposed to my blood, I understand my blood, as well as the employee's blood will be tested for possible infection with the above mentioned diseases. These results will be kept confidential as provided by Tennessee State Law.

**6. Patient Rights and Responsibilities:**
Do you currently have Hospice?          No ___   Yes ___   (agency) _____
Do you currently have Home Health?      No ___   Yes ___   (agency) _____
I have been offered a copy of the Patient Rights and Responsibilities.   ___ (initials)

**7. Privacy Notice Acknowledgement:** Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. By initialing the line below, you acknowledge your receipt of our Notice of Privacy Practices.
I have received a copy of Macon County General Hospital's Notice of Privacy Practices.   X __ DLC __ (initials)

**8. Appointment Reminders and Follow-up Calls:** I give my consent for MCGH to leave a message or voice mail in reference to my hospital visit for items such as appointment reminders, insurance items, and/or test results.   X _____ (initials) Phone number: _____

**9. Advance Directives:**
Do you have a Durable Power of Attorney for Healthcare?   No ✓   Yes ___   (name) _____   (phone) _____
Do you have a Living Will?                                No ✓   Yes ___
If Yes, is a copy available?   No ___   Yes ___   If copy not available, content of advanced directives includes: _____

**10. Request for Private Room:** In the event that I am admitted, I would like to request a Private Room, if available.   X _____ (initials)

**11. Patient Directory:**
I hereby give permission to MCGH to include my name, location within the hospital, and general condition (good, fair, stable) to the following:

✓  Anyone who inquires

___  DO NOT include in Directory

During my stay in the hospital, I hereby give permission to MCGH to share my general condition and details of my care with the following people:

Name _____  Relationship _____

Name _____  Relationship _____

X _Darrell Cherry Spouse_____
   Patient's Signature                    Date

X _____
   Guardian (Minor/Authorized Person)     Relationship

X _Cheyenne Austin_____  5-30-11
   Witness                                Date

**TELEPHONE PERMISSION FOR TREATMENT**
This patient is an unemancipated minor _____ years of age, and unable to sign for treatment. Telephone consent is given on the patient's behalf by:

Name of Representative _____  Relationship _____

1st Witness of Telephone Call _____  Date & Time _____

2nd Witness of Telephone Call _____  Date & Time _____

**REFUSAL OF TREATMENT – MEDICAL SCREENING – DISCHARGE AGAINST MEDICAL ADVICE**
This is to certify that I, _____, have refused medical care and treatment and am leaving MCGH against medical advice of the attending physician and the hospital staff. I acknowledge that I have been informed of the risk(s) involved, which includes: _____ and hereby release all concerned (physician, hospital, and employees) from all responsibility and any ill effects which may result from my action.

Signed _____  Witness _____  Date _____

MCGH0016

Patient: Pamela J Cherry
First                    Last
DOB: 6-121-52
                Middle
Social Security #: 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

Complaint: Jaw Pain
Chest Pain

Family Physician: Margaret Maywell

Time of Arrival: 7:15
MAC-4x3 (Rev. 07-10)                    Two Point Inc. 1-800-800-5876

Patient: Pamela J Cherry
First                    Middle                    Last

DOB: 6-121-52

Social Security #: 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

Complaint: Jaw Pain
Chest Pain

Family Physician: Margaret Maywell

Time of Arrival: 7:15

MAC-4x3  (Rev. 07-10)                    Two Point Inc. 1-800-800-5876



**Anthem.** ⊕ ⊗

**PAMELA J CHERRY**
Identification Number
FBJAN2471298

HIA PLAN

| | | | |
|---|---|---|---|
| Group: | 003321928 | Copayment | $0 |
| HIA | | | |
| Plan Codes: | 631/332 | | |
| BIN: | 610575 | | |
| PCN: | COH9999 | | |

PPO ℞

**Anthem.** ⊕ ⊗

anthem.com

Member Services          1-877-345-9661
24/7 NurseLine           1-844-400-8765
Pre Certification        1-866-776-4793
Pharmacy Provider Services 1-800-416-0510
Coverage While Traveling  1-800-810-2583
Provider Services         1-800-676-2583

Possession of this card does not guarantee eligibility or benefits.