UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID CHERRY, personal representative of the ESTATE OF PAMELA CHERRY, </br></br>Plaintiff, </br></br>v. </br></br>MACON HOSPITAL, INC. d/b/a MACON COUNTY GENERAL HOSPITAL; HANNA C. ILIA, M.D.; JAMES BARLOW; JIMMY PHILPOTT, CELINA FIRE DEPARTMENT EMS; and CLAY COUNTY E911 BOARD, </br></br>Defendants, | Case No. 2:12-cv-00043 </br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The Motion for Summary Judgment filed by Defendant Celina Fire Department EMS (the "Town") (Docket No. 189) is **GRANTED**. The Town's Motion to Dismiss (Docket No. 154) is **DENIED AS MOOT**.

- The Motion for Summary Judgment filed by Defendant Clay County E911 Board (the "911 Board") (Docket No. 169) is **GRANTED**. The 911 Board's Motion to Dismiss (Docket No. 167) is **DENIED AS MOOT**.

- All claims against the Town and the 911 Board are hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Enter this 28th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge

1