IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, personal representative of the Estate of Pamela Cherry, deceased, ) ) ) Plaintiff, ) ) v. ) ) HANNA C. ILIA, M.D., ) ) Defendant. ) | Civil No. 2:12-0043 Judge Trauger |

### **O R D E R**

It is hereby **ORDERED** that a telephone conference will be held on Friday, September 5, 2014, at 3:30 p.m. in order to reset the trial. Counsel for the parties should call (615) 695-2858 in order to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 29th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge