# In The Matter Of:

*David Cherry, et al. v.*
*Macon Hospital, Inc., et al.*

---

*Hanna C. Ilia, M.D.*
*March 19, 2013*

---

*Vowell and Jennings, Inc.*
*214 Second Avenue North*
*Suite 207*
*Nashville, Tenessee 37201*



**VJ** VOWELL AND JENNINGS

Original File 031913HI.txt
Min-U-Script® with Word Index

**Page 29**

1 smoker?
2 A. Yes, sir.
3 Q. And that would be a risk factor for heart
4 attack; would it not?
5 A. Absolutely.
6 Q. And as described, pain from neck and jaw
7 down to midchest would be a pain pattern
8 consistent with the presentation of a heart attack
9 in a 58-year-old woman; would it not?
10   MR. JAMESON: Object to the form of
11 the question.
12   You can answer.
13   MS. BROWN: Object to the form.
14   THE WITNESS: No, not necessarily.
15 Only -- she did not come only with chest pain.
16 First -- first thing she came was sunburn, and you
17 have to put that in the equation, sir. You can't
18 have one without the other.
19 BY MR. KEHOE:
20 Q. Is sunburn listed in the triage note,
21 Doctor?
22 A. Yes, sir.
23 Q. That's down at the -- at the bottom; is it
24 not?
25 A. Yes, sir.

**Page 30**

1 Q. Is it your testimony to the ladies and
2 gentlemen of this jury that this woman presented
3 to the emergency room at Macon County General
4 Hospital with ten out of ten pain for sunburn?
5 A. No, it was not presented like this, but
6 the sunburn was there.
7 Q. She had a radiating pattern of pain; did
8 she not?
9 A. I did not know that. And I -- it's not
10 like I did not know that, but -- did not say it
11 was radiating. Was separate pain. When I asked
12 my own history from her, start from the jaw -- she
13 had pain in the jaw, in the neck, and the
14 midchest, and the back.
15 Q. And that is consistent -- that is
16 consistent and worrisome for a woman presenting
17 with a heart attack?
18 A. Absolutely.
19 Q. And she additionally had a report of
20 having experienced nausea and vomiting, didn't
21 she?
22 A. She didn't have that not in the emergency
23 room, no.
24 Q. Her history that was obtained in the
25 course of --

**Page 31**

1 A. Yes.
2 Q. Let me finish, Doctor, and then -- then
3 I'll -- then I'll let -- I'll let you finish, and
4 we'll maintain a record here.
5 A. Uh-huh.
6 Q. The history that she presented and was
7 noted through the triage process is that she had
8 experienced nausea and vomiting times one in the
9 hour or so prior to reaching the emergency room?
10 A. She -- she did have an episode of nausea
11 and vomiting. Yes, sir, I'm aware of that.
12 Q. And she was noted and described as being
13 anxious; is that right?
14 A. Extremely anxious, yes, sir.
15 Q. And that in addition to the cholesterol
16 and the smoking was also one of the things that
17 you indicated might be worrisome or a risk factor?
18 A. Absolutely.
19 Q. And she was also reported as rubbing her
20 chest, wasn't she?
21 A. She was, like, moving, you know, rocking
22 back and forth, yeah.
23 Q. Don't they say that -- that she is rubbing
24 her chest?
25 A. The nurse's note, yes.

**Page 32**

1 Q. If she's really being troubled by a
2 sunburn, are you telling us that a person could be
3 expected to be rubbing that sunburn then?
4 A. I did not see her rubbing her chest, no.
5 Q. So the nurses noted that and not you?
6 A. That's nurse's note, yes, sir.
7 Q. Would you agree that with all of the
8 notations concerning this 58-year-old female with
9 ten out of ten pain in her jaw, chest, neck, and
10 back, nausea and vomiting times one, anxious, and
11 rubbing her chest would be a pattern consistent
12 with a heart attack until proven otherwise?
13 A. Yes --
14   MR. JAMESON: Object to the form.
15   MS. BROWN: Object.
16 BY MR. KEHOE:
17 Q. I'm sorry?
18 A. Is a pattern of heart attack?
19 Q. Isn't that -- is that indeed a pattern of
20 a heart attack until proven otherwise?
21 A. They're concerning signs, absolutely, for
22 a heart attack.
23 Q. And it would be incumbent upon good
24 emergency room care to rule out that heart attack?
25 A. Yes, sir.

**Page 49**

1 a sudden onset; is it not?
2     MR. JAMESON: Object to the form of
3 the question.
4     MS. BROWN: Object to the form.
5     THE WITNESS: No, sir.
6 BY MR. KEHOE:
7 Q. No?
8 A. No.
9 Q. So the pain was not described as sudden in
10 onset?
11 A. Well, sudden onset, but the timing is -- I
12 had different -- different impression about the
13 timing.
14 Q. You did note in -- yourself that it was
15 sudden in onset, didn't you? I mean, you circled
16 the word sudden?
17 A. Yes, I remember that.
18 Q. And the nurses describe the onset as two
19 to three hours earlier; did they not?
20 A. That's in the nurse's note, yes, sir.
21 Q. And those notations would be consistent
22 with what I represented to you as Mr. Cherry's
23 testimony that the onset of the sudden ten out of
24 ten pain was about 5:00 p.m.?
25 A. I don't know if Mr. Cherry presented, but

**Page 50**

1 I know my -- my impression when I asked was she
2 had pain longer than that.
3 Q. What did you note in your focused history
4 about the onset of pain other than the circle of
5 sudden?
6 A. I don't have the note. We don't write
7 everything in the note. I mean...
8 Q. Would you agree that if the onset was
9 around 5 o'clock, then the blood draw would have
10 taken place less than three hours after the onset
11 of the chest and back -- jaw and back pain?
12 A. Yes, sir.
13 Q. And that would make it unreliable for
14 ruling out a heart cause; would it not?
15 A. If it's three hours, yes, sir, for the
16 lab. Yes, sir.
17 Q. And there was also a troponin level that
18 was done.
19     For the benefit of the ladies and
20 gentlemen, the -- troponin is a very heart muscle
21 specific enzyme, isn't it?
22 A. You can have positive troponin and kidney
23 disease too, but it's very specific for the heart,
24 yes.
25 Q. And the troponin was also for my blood

**Page 51**

1 draw that occurred at 1943?
2 A. Yes, sir.
3 Q. Was either the troponin level or the CK/MB
4 band cardiac enzyme level ever repeated before she
5 was released home?
6 A. No, sir.
7 Q. Why not?
8 A. Why they were not repeated?
9 Q. Why weren't they repeated if it was
10 important to rule out a cardiac cause of her
11 complaint?
12 A. Well, the last time when I checked on
13 her -- I went to see her four times total that I
14 remember. The last time I saw her -- you have
15 to -- to remember, she was monitored all this
16 time. Look at the monitor. The vital signs,
17 everything was stable. She was -- she was calm.
18     No worrisome sign whatsoever.
19     Went to see -- she told me her back was
20 hurting the most. Then I gave her Toradol. And I
21 thought Toradol might help. After I gave her the
22 Toradol, then went to reassess her again, and she
23 says she's feeling better.
24     So the impression I had, this is
25 musculoskeletal pain. And at that point, I said,

**Page 52**

1 Well, we have everything looking good. And I
2 remember she was eager to go home. And I said --
3 So if everything is good, can I go home? I said,
4 Sure. I mean, I -- I had -- I felt comfortable
5 there's absolutely no cardiac event on this
6 patient.
7     And I -- I thought that would be best for
8 the patient, you know, keep them -- or transfer
9 them somewhere.
10 Q. So the Toradol was given for the back
11 tenderness that you've described?
12 A. Yes, sir.
13 Q. It was not given for sunburn then?
14 A. No.
15 Q. Would you agree that a musculoskeletal
16 pain diagnosis would be of a much lesser clinical
17 significance of potential severity than a heart
18 attack?
19 A. Oh, absolutely.
20 Q. And if you want to rule out a heart cause,
21 you would need to repeat the CK/MB bands as well
22 as the troponin so you would have a -- a later
23 reference point, wouldn't you?
24 A. Well, you have to see every patient and
25 assess them over and over. When you see a patient

**Page 53**

1 don't -- don't respond to nitroglycerin, you
2 monitor for over 2-1/2 hours, there's absolutely
3 no ectopies, no PVCs or PAC or any irregular
4 rhythm, and you see them responded to Toradol.
5     I had -- I had -- I felt very comfortable.
6 You talk to them. You feel they are reliable. If
7 anything happened, they would come back. And you
8 act -- in a small town, you know they're going to
9 come back if any -- if anything happened.
10     But in my mind, there's absolutely no
11 cardiac issue there.
12 Q. So there was nothing of her presentation
13 that you felt was of significant concern to
14 warrant repeating labs?
15 A. At the end of the visit, no, sir.
16 Q. So her pain level, then, was significantly
17 improved; is that your impression?
18 A. I -- I remember I asked her specifically.
19 She said, I am better. When I asked her what was
20 the scale on her pain, I -- I don't remember. I
21 asked that question.
22 Q. You did order for her in addition to the
23 labs nitroglycerin; did you not?
24 A. I did.
25 Q. How many administrations of nitroglycerin

**Page 54**

1 did you order, Dr. Ilia?
2 A. One.
3 Q. And how did you choose the number one as
4 opposed to two, three, or four?
5 A. Well, she presented with multiple
6 complaints. And -- and I looked at it. I want to
7 give her nitroglycerin what we call as a
8 diagnostic and therapeutic test. I wasn't sure it
9 was cardiac. Since I had no relief from
10 nitroglycerin, so probably is not.
11 Q. To have a trial of nitroglycerin to help
12 rule in or rule out a heart cause, would you agree
13 that you need repeated administrations of the
14 nitroglycerin?
15 A. If you -- if you suspect heart attack,
16 yes, you do.
17 Q. At the time that you ordered the
18 nitroglycerin, there had to be a suspicion, then,
19 of a heart attack.
20     Am I wrong?
21 A. I won't say -- that was the concern, for
22 heart attack, yes.
23 Q. And if there is a concern for heart attack
24 and you're going to use nitroglycerin to try to
25 help rule that in or out --

**Page 55**

1 A. What --
2 Q. -- wouldn't this -- wouldn't the
3 appropriate protocol be for repeated
4 administrations of it?
5 A. Well, then after I -- I had the EKG and I
6 felt comfortable with the EKG, look at the vital
7 signs, look at the sunburn corresponded to exactly
8 what her pain was, and I -- I felt comfortable
9 monitoring her.
10 Q. Well, let's look at her -- her EKG,
11 Dr. Ilia. I believe that -- I'll give you a page
12 number here, Doctor. I believe it's Page 10.
13     Did you find that?
14 A. Yes, sir.
15 Q. There's a machine or a computer
16 interpretation provided with the EKG; is there
17 not?
18 A. Well, they all do, yes, sir.
19 Q. What are the advantages of this type of
20 multilead EKG versus what you see on a monitoring
21 screen?
22 A. Well, this is 12-lead EKG. The monitor
23 shows you 1 lead.
24 Q. So it gives you much more information?
25 A. Yes, sir.

**Page 56**

1 Q. What was the computer EKG machine
2 interpretation?
3 A. What -- do I have to read it?
4 Q. Well, what is it?
5 A. "Sinus rhythm with sinus arrhythmia.
6 Right atrial enlargement, rightward axis, possible
7 anterior infarct, age undetermined."
8 Q. And the conclusion was an abnormal
9 electrocardiogram?
10 A. Yes, sir.
11 Q. And you had --
12 A. That's the computer conclusion, yes, sir.
13 Q. And you had that to consider forever --
14 whatever it was worth in conjunction with her
15 earlier reports of chief complaints, all of the
16 triage notes to mix in with your clinical
17 impression?
18 A. In my opinion, this was a normal EKG when
19 I looked at it, and it did not concern me, no,
20 sir.
21 Q. When you had it to -- to look at, was the
22 printout already there, the -- what you just read,
23 the possible anterior infarct, age undetermined?
24 A. Usually -- yeah, all of the printout was
25 there, yes, sir.

**Page 73**

1  A.  No, sir.
2  Q.  Or the enzymes?
3  A.  No, sir.
4      As far as I remember, no one was really
5  concerned about her condition. That's why we all
6  were devastated when she came back the next day.
7  Q.  Doctor, let me direct you to Exhibit
8  No. 4.
9  A.  Exhibit No. 4?
10 Q.  Yes, sir.
11 A.  What page number is that? What page? I'm
12 sorry.
13 Q.  It's at the end of the chart, which ends
14 at Page 44, I think we've determined, and then the
15 exhibits will continue after that, 2, 3, 4. And I
16 want you to go to Exhibit No. 4.
17 A.  Yes, sir. I found.
18      (Marked Exhibit No. 4A.)
19 BY MR. KEHOE:
20 Q.  I'll give you a 4A, which may be a little
21 easier to -- to use. And see if you can tell me
22 what Exhibit No. 4 and 4A would be.
23 A.  This is a fail safe checklist for chest
24 pain.
25 Q.  Is that something that you as an emergency

**Page 74**

1  room physician would have access to?
2  A.  When I work this -- this is from EmCare
3  who I work with. And I -- I give to all the
4  physicians. I have it in the doctor's lounge.
5  Q.  There's been some testimony that this is
6  even maintained in the crash cart in the emergency
7  room.
8      Have you ever seen it there?
9  A.  In the crash cart? I am not sure. I
10 really -- I really doubt it.
11 Q.  Is this something that would even be a
12 pocket carry item?
13 A.  Yeah, it could be. Yes, sir.
14 Q.  How many of these boxes would -- would
15 need to be checked before it would be of
16 significance if one has chest pain before it would
17 be indeed worrisome for a heart cause?
18      MR. JAMESON: Object to the form of
19 the question.
20      MS. BROWN: Objection.
21      THE WITNESS: We don't have --
22 BY MR. KEHOE:
23 Q.  I'll repeat it for you.
24      How many of these check boxes would --
25 would have to be checked off as -- as present

**Page 75**

1  before it would be incumbent upon you to do
2  everything reasonable to exclude a cardiac cause
3  of the chest pain?
4      MR. JAMESON: Same objection.
5      MS. BROWN: Same objection.
6  BY MR. KEHOE:
7  Q.  You can answer.
8  A.  I don't -- I don't know if there's any
9  number there, specific numbers they're talking
10 about.
11 Q.  Well, I'm asking for your assessment.
12     How many would you expect to be checked
13 off before it would be of concern to you?
14 A.  I don't have a number in mind. Any
15 concern, you know, your duty workup.
16 Q.  So if there's any -- any concern after you
17 use this fail safe checklist, then you would do
18 things like get the confirmatory redraws of
19 cardiac enzymes and repeat EKGs?
20 A.  These -- these are guidelines; these are
21 not authoritative. You have still to assess the
22 patient, still to examine them, still to monitor
23 them. And you go to your own conclusion. I mean,
24 that's -- that's how medicine is practiced.
25 Q.  Well, let's -- let's look at what is

**Page 76**

1  listed under the fail safe checklist for chest
2  pain under the History section.
3      If this was to be used, there would be a
4  check mark next to "is the patient older than 50?"
5      Would you agree with that?
6  A.  Yes, sir.
7  Q.  There would be a check mark next to "does
8  the patient have hypertension, diabetes, or high
9  cholesterol, or smoking history?"
10 A.  Yes, sir.
11 Q.  And there would be a check mark there
12 because --
13 A.  She was a smoker.
14 Q.  She has two of them? She has both high
15 cholesterol and a smoking history?
16     MR. JAMESON: Object to the form of
17 the question.
18 BY MR. KEHOE:
19 Q.  Is that correct?
20 A.  What's that?
21 Q.  She has both -- she has two of the items
22 listed in that category?
23 A.  Well, she -- she was treated for
24 cholesterol. Whether or not she had high
25 cholesterol when she came in, I did not know that.

**Page 77**

1 But, yes, she does have history of
2 hypercholesterolemia, yes.
3 Q. If a patient comes in and you're going to
4 go through this chest pain checklist, you would
5 have to assume if she's on simvastatin that it's
6 to treat high cholesterol, wouldn't you?
7 A. Hyperlipidemia, hypercholesterolemia, yes,
8 sir.
9 Q. And under the diagnostics, will you agree
10 that her cardiac markers would be listed as
11 indeterminate?
12 A. I don't know if indeterminate. I know
13 her cardiac mark was negative. Beyond that -- I
14 went with indetermined were negative when I
15 checked the ones I checked.
16 Q. Well, the box would be checked if you were
17 using this on Pamela, wouldn't it, that begins --
18 or the cardiac marker is positive or
19 indeterminate?
20 A. Maybe, maybe not. But I would say that's
21 okay. I mean, I...
22 Q. I mean, it says, "Indeterminate includes
23 only one set of markers." She only had one blood
24 draw, and that was less than three hours after a
25 sudden onset.

**Page 78**

1    Am I wrong?
2        MR. JAMESON: Object to the form of
3 the question.
4        THE WITNESS: According to the paper,
5 yeah, as indetermined, yes, I mean, I agree with
6 the paper. But it doesn't mean her presentation
7 was according to this, no.
8 BY MR. KEHOE:
9 Q. It just means that her cardiac markers
10 would be indeterminate in ruling in or ruling out
11 a -- a heart cause, which is really what this fail
12 safe checklist is designed for, isn't it?
13        MR. JAMESON: Object to the form of
14 the question.
15        THE WITNESS: Yes.
16 BY MR. KEHOE:
17 Q. It indicates that any if -- if any answer
18 is checked yes, this indicates a higher risk for
19 ACS and to consider additional evaluation.
20    Do you see that?
21 A. Yeah, I saw that, sir.
22 Q. What is ACS?
23 A. Acute coronary syndrome.
24 Q. And we've just gone through, she would
25 have had at least four if not more checked yes;

**Page 79**

1 would she not?
2        MR. JAMESON: Object to the form of
3 the question.
4        THE WITNESS: I still go back and
5 see, what is the presentation. You have to see
6 the patient. These are guidelines. This is not
7 what -- every time we -- we write about
8 guidelines, you always say, the doctors will
9 decide at the end, you know, what we feel are
10 appropriate and what is in the best interest for
11 the patient.
12        There's nothing here which say --
13 these are just information will guide you to what
14 you feel is best for the patient. None -- none of
15 this is authoritative.
16 BY MR. KEHOE:
17 Q. And being guided by what is best for the
18 patient means that you would have to err on the
19 side of patient safety?
20 A. Well, absolutely.
21 Q. And that means you would have to rule out
22 life endangering conditions that would be included
23 in a differential before reaching a lesser
24 significant -- lesser critical diagnosis?
25        You can -- you can answer, sir.

**Page 80**

1 A. Ultimately, you're going to rely on your
2 experience and your knowledge and what you see,
3 and that's what you're going to make your
4 decision, and in your -- the best to you, you can
5 decide what is really the best for the patient.
6    I mean, all this book will give out the
7 information. But ultimately, one comes to
8 judgment, you have to put all this together and
9 feel what is really best for the patient, and you
10 take it from there.
11 Q. Was Pamela Cherry's emergency room care of
12 the 30th the subject of a quality assurance
13 assessment or peer review process at the hospital?
14 A. I'm not aware of that.
15        MR. JAMESON: Objection.
16 BY MR. KEHOE:
17 Q. You were not a participant in any such
18 review; is that --
19        MR. JAMESON: Objection. I'm going
20 to instruct the client not to answer that
21 question. That is privileged under Tennessee's
22 peer review statute.
23 BY MR. KEHOE:
24 Q. I'm just asking -- just for the record,
25 I'm just asking you a -- a yes-or-no question.