# In The Matter Of:
*David Cherry, et al. v.*
*Macon Hospital, et al.*

---

*Tracy Q. Callister, M.D.*
*October 24, 2013*

---

*Vowell and Jennings, Inc.*
*214 Second Avenue North*
*Suite 207*
*Nashville, Tenessee 37201*

# VJ VOWELL AND JENNINGS

Original File Callister_M.D._Tracy Q..txt
Min-U-Script® with Word Index

**Page 113**

THE WITNESS: Thank you.

MR. JAMESON: I have very few questions, Dr. Callister. And I just have individuals of varying engagement so this will be very brief.

EXAMINATION  
BY MR. JAMESON:

Q. I want you to assume that the plaintiff's expert cardiologist, a Dr. Krone, has testified under oath that in his opinion he believes that the infarction occurred the following morning after ER discharge while Mrs. Cherry was making coffee. I want you to assume that. And then let me ask you how does that tie in to your opinion that the most likely cause was sudden cardiac death? Specifically is a sudden infarction equivalent to a sudden cardiac death?

A. It could be a cause. And I throw around terms that make me look sophisticated, and they are not that sophisticated. So sudden cardiac death is one of the ways you die from your heart and it's easily defined. You just drop dead. A heart attack usually spreads over time. Acute coronary syndromes

**Page 114**

spread over time. And usually the mechanism of death is the heart slows down and stops. You just choke off the blood supply. It gets weaker and can't handle it. It doesn't have enough blood.

So that's why they talk about taking enzymes over hours or putting people in the hospital. But a certain number of people die instantly, suddenly, sudden cardiac death. That's due to somebody switching off the lights, turning off the electrical signal which is different than the pump failing.

And sudden cardiac death has several things that feed into shutting off the electrical signal. And one of those, a common -- perhaps more than half or at least half are either heart attacks where you totally shut off the blood or severe ischemia where you're restricting but don't totally shut it off so it's not a true -- and which would fall under acute coronary syndrome. But you may or may not have symptoms. Both of those can happen very -- they can trigger that event.

So it is possible that her event that morning where she dropped suddenly and when

**Page 115**

they took the -- ambulance came and saw her and they saw that her heart was just barely -- the electrical signal was not working, what -- what triggered that. And there are many things. And on that list could be a choking of the blood supply or a shutting off of the blood supply. And it could have happened and been going on for a while and just reached a level of magnitude or it could have happened right at that time. It's not clear. There was no objective evidence that it was occurring, in my opinion, in the ER.

I don't know about subjective because I didn't interview the patient. I didn't talk with them. Eight hours later her heart stops and shuts down. And certainly given her risk factors, given that they found in a cath lab that she at least had disease in one coronary artery and she could have disease in other arteries that were not as thick and out in the small branches which the angiogram doesn't look, she could have had ischemia, restriction that was so tight that it scrambled the signal or she could have closed off something. It might have happened right then or it might

**Page 116**

have been coming before.

If it was severe before, I would expect her to have her chest pain come back. I'd have her -- I think she'd say wow because the Toradol is gone. It's a good argument in my opinion that they gave her Toradol. She felt better, but it's not there that morning. It's not there later. She should say I'm having chest pain. I'm having a heart attack. I'm sweating. All these things we just established, she should have had those. But that's not the story I read from the Vanderbilt note. Sounds like she was just out getting coffee and she drops over.

It sounds like -- so it's very suspicious that she -- and then they get an EKG and she doesn't have a heart attack show up on the EKG. This is very suspicious for sudden cardiac death. That's my best opinion. And myocardial infarction could have been one of the causes of that.

Q. I want to hand you an original of a letter I received from plaintiff's counsel that attaches a notice to take videotaped deposition of Tracy Callister and ask was that