UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, Personal Representative ) <br> of the ESTATE OF PAMELA CHERRY, ) <br> DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HANNA C. ILIA, M.D., ) <br> ) <br> Defendant. ) | CASE NO. 2:12-cv-00043 |

## NOTICE OF SETTLEMENT

Comes now the plaintiff, by counsel, and hereby notifies the Court that the parties have reached a settlement in this matter. Dismissal documents will be forthcoming.

Respectfully submitted,

WILSON KEHOE WININGHAM LLC

s/D. Bruce Kehoe_____
D. Bruce Kehoe
Indiana Attorney #5410-49
Jonathon B. Noyes
Indiana Attorney #31444-49
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail jnoyes@wkw.com

Joe Bednarz, Sr.
Attorney #9347
BEDNARZ & BEDNARZ
Suite 330
100 Bluegrass Commons Boulevard
Hendersonville, TN  37219
Tel (615) 256-0100
Fax (615) 256-4130
E-mail [Joe@BednarzLaw.com](mailto:Joe@BednarzLaw.com)

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system which sent notification of such filing to the following:

Phillip North
pnorth@nprjlaw.com

J. Eric Miles
emiles@nprjlaw.com

Brent A. Kinney
bkinney@nprattorneys.com

John F. Floyd
johnfloyd@toddfloyd.com

Joe Bednarz Sr.
joe@bednarzlaw.com

                                                                                s/D. Bruce Kehoe_____
D. Bruce Kehoe
Indiana Attorney #5410-49
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
Attorney for Plaintiff