UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DAVID CHERRY, Personal Representative )
of the ESTATE OF PAMELA CHERRY, )
DECEASED, )
)
       Plaintiff, )
)    CASE NO. 2:12-cv-00043
vs. )
)
HANNA C. ILIA, M.D., )
)
       Defendant. )

## NOTICE OF SETTLEMENT

    Comes now the plaintiff, by counsel, and hereby notifies the Court that the parties have reached a settlement in this matter. Dismissal documents will be forthcoming.

    Respectfully submitted,

    WILSON KEHOE WININGHAM LLC

    s/D. Bruce Kehoe_____
    D. Bruce Kehoe
    Indiana Attorney #5410-49
    Jonathon B. Noyes
    Indiana Attorney #31444-49
    WILSON KEHOE WININGHAM LLC
    2859 North Meridian Street
    Indianapolis, IN 46208
    Tel (317) 920-6400
    Fax (317) 920-6405
    E-mail kehoe@wkw.com
    E-mail jnoyes@wkw.com

Joe Bednarz, Sr.
Attorney #9347
BEDNARZ & BEDNARZ
Suite 330
100 Bluegrass Commons Boulevard
Hendersonville, TN  37219
Tel (615) 256-0100
Fax (615) 256-4130
E-mail [Joe@BednarzLaw.com](mailto:Joe@BednarzLaw.com)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system which sent notification of such filing to the following:

Phillip North
pnorth@nprjlaw.com

J. Eric Miles
emiles@nprjlaw.com

Brent A. Kinney
bkinney@nprattorneys.com

John F. Floyd
johnfloyd@toddfloyd.com

Joe Bednarz Sr.
joe@bednarzlaw.com

                                                s/D. Bruce Kehoe_____
                                                D. Bruce Kehoe
                                                Indiana Attorney #5410-49
                                                WILSON KEHOE WININGHAM LLC
                                                2859 North Meridian Street
                                                Indianapolis, IN 46208
                                                Tel (317) 920-6400
                                                Fax (317) 920-6405
                                                E-mail kehoe@wkw.com
                                                Attorney for Plaintiff