UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, Personal Representative of the ESTATE OF PAMELA CHERRY, DECEASED, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>HANNA C. ILIA, M.D., <br><br>　　　　Defendant. | CASE NO. 2:12-cv-00043 |

**PLAINTIFF'S NOTICE OF COMPLETION OF SETTLEMENT
AND UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, David Cherry, Personal Representative of the Estate of Pamela Cherry, deceased, by counsel, respectfully submits his Notice of Completion of Settlement and Unopposed Motion to Dismiss with Prejudice and states as follows:

1. On March 27, 2015, Plaintiff submitted a Notice of Settlement to the Court.

2. On April 14, 2014, Defendant, Hanna C. Ilia, M.D., filed a Motion for Extension of fourteen days to file a stipulation of dismissal. This was granted by the Court on April 15, 2015.

3. Since that time, a release has been signed and the settlement has been completed. The Parties are in a position to dismiss this action with prejudice.

4. As a result, Plaintiff respectfully moves this Court to dismiss his action against Dr. Ilia with prejudice, each side to bear their own costs.

5. Plaintiff has contacted the Defendant's counsel; he has no objection to this Motion.

1

WHEREFORE, Plaintiff, David Cherry, Personal Representative of the Estate of Pamela Cherry, respectfully moves this Court to dismiss his action against Defendant, Hanna C. Ilia, M.D., with prejudice, each party to bear their own costs, and for all other relief just and proper in the premises.

Respectfully submitted,

WILSON KEHOE WININGHAM LLC

s/D. Bruce Kehoe_____
D. Bruce Kehoe
Indiana Attorney #5410-49
Jonathon B. Noyes
Indiana Attorney #31444-49
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail jnoyes@wkw.com

Joe Bednarz, Sr.
Attorney #9347
BEDNARZ & BEDNARZ
Suite 330
100 Bluegrass Commons Boulevard
Hendersonville, TN 37219
Tel (615) 256-0100
Fax (615) 256-4130
E-mail Joe@BednarzLaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system which sent notification of such filing to the following:

Phillip North
pnorth@nprjlaw.com

J. Eric Miles
emiles@nprjlaw.com

Brent A. Kinney
bkinney@nprattorneys.com

John F. Floyd
johnfloyd@toddfloyd.com

Joe Bednarz Sr.
joe@bednarzlaw.com

                                              s/D. Bruce Kehoe_____
D. Bruce Kehoe
Indiana Attorney #5410-49
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
Attorney for Plaintiff