UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CHERRY, Personal Representative ) <br> of the ESTATE OF PAMELA CHERRY, ) <br> DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HANNA C. ILIA, M.D., ) <br> ) <br> Defendant. ) | CASE NO. 2:12-cv-00043 |

## **ORDER**

Comes now the Court, having reviewed Plaintiff's Notice of Completion of Settlement and Unopposed Motion to Dismiss with Prejudice, and being duly and sufficiently advised in the premises now GRANTS said motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED WITH PREJUDICE, each party to bear their own costs.


DATED: _____  _____
                                                                                JUDGE, United States District Court

distribution to:

D. Bruce Kehoe
kehoe@wkw.com
Attorney for plaintiff

Jon Noyes
jnoyes@wkw.com
Attorney for plaintiff

Joe Bednarz Sr.
joe@bednarzlaw.com

1

Attorney for plaintiff

Phillip North
pnorth@nprjlaw.com
Attorney for defendant Hanna C. Ilia, M.D.

J. Eric Miles
emiles@nprjlaw.com
Attorney for defendant Hanna C. Ilia, M.D.

Brent A. Kinney
bkinney@nprattorneys.com
Attorney for defendant Hanna C. Ilia, M.D.

John F. Floyd
johnfloyd@toddfloyd.com
Attorney for defendant Hanna C. Ilia, M.D.